AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA
v.
CLINTON WILLIAMS

**WARRANT FOR ARREST**

Case Number: 06-7209-03

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    CLINTON WILLIAMS
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

armed bank robbery,

in violation of Title  18   United States Code, Section(s)  2113(a) and (d)

David G. Bernthal                          s/ David G. Bernthal
Name of Issuing Officer                    Signature of Issuing Officer

United States Magistrate Judge             4/25/2006           Urbana, Illinois
Title of Issuing Officer                   Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Rantoul

| DATE RECEIVED 04-28-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 04-29-06 | S/A Kathy Adams, FBI | [signature] |