**E-FILED**

Thursday, 11 May, 2006  01:42:50 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 06-20032 |
| | ) | |
| CLINTON WILLIAMS, | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR PSYCHIATRIC EXAMINATION**

Now Comes the Defendant, CLINTON WILLIAMS, by his attorney, CAROL DISON of

BECKETT & WEBBER, P. C., and for his motion for psychiatric examination pursuant to 18 U.

S. C. § 4241, states as follows:

1.    Defendant is currently charged with bank robbery in violation of 18 U. S. C. §

2113(a) and (d), and assaulting persons by the use of a dangerous weapon, and carrying a firearm

during and in relation to a crime of violence in violation of 18 U. S. C. § 924(c) and 2.

2.    The undersigned counsel was appointed to represent Defendant with respect to the

aforementioned charges.

3.    In speaking with Defendant, counsel has noted that Defendant appears to have a

difficult time understanding the charges against him and the nature of the proceedings.

4.    In speaking with Defendant's family, counsel has learned the following:

  a.    As a child, Defendant suffered from a mental disease or defect.  The
        family is unable to recall the specific diagnosis.

  b.    At the age of twelve, defendant was hospitalized at Riverside Hospital in
        Kankakee, Illinois.

c.      Defendant was then placed in a residential institution in Chicago for two to three years.

d.      Later, Defendant was transferred to an institution in Milwaukee, Wisconsin, were he remained for approximately four years.

e.      Defendant is currently receiving social security benefits because of his mental disease or defect.

f.      Defendant was last examined in 2005, by Dr. Erwin Baukus, at 22 Heritage Plaza in Bourbonnais, Illinois, regarding his mental disease or defect with respect to his social security benefits.

5.      Section 4241 of Title 18 provides:

> At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant.  The court shall grant th emotion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U. S. C. § 4241.

6.      As a result of the time counsel has spent with Defendant and the information counsel received from Defendant's family, counsel believes that Defendant is unable to understand the nature of the proceedings and to assist in his defense in the trial of the above captioned matter.

7.      Defendant intends to file notice of the insanity defense in this case and to argue that at the time of the offense, he sufferded from a mental disease or defect and that because of the mental disease or defect he was unable to appreciate the wrongfulness or criminality of his

conduct.

8.    As part of his defense at trial, Defendant also intends to argue that Defendant lacked the ability to form the intent necessary to commit the offense.

9.    Specifically, Defendant requests the he be examined by a qualified expert regarding the following issues:

    a.    Whether Clinton Williams is competent to stand trial in this matter in that he is aware of the nature of the charges filed against him and he is able to participate in his defense.

    b.    Whether at the time of the offense Clinton Williams suffered from a mental disease or defect and because of this mental disease or defect he was unable to appreciate the criminality or wrongfulness of his actions; and

    c.    Whether at the time of the offense Clinton Williams was able to form the intent necessary to commit the crime for which he is charged.

10.    The Fourteenth Amendment to the United States Constitution guarantees indigent defendants the aid of government paid psychiatric assistance. *Ake v. Oklahoma*, 470 U.S. 68, 105 S.Ct. 1087, 1091 (1985). As such, in addition to ordering a psychiatric examination pursuant to 18 U. S. C. § 4241, the court also has the authority to direct a qualified expert to evaluate or examine defendant regarding any issues concerning his defense.

Wherefore, Defendant CLINTON WILLIAMS, respectfully requests the following relief:

(A)    The Court should enter an Order directing that Defendant be examined by a qualified expert  regarding the following issues:

    1.    Whether Clinton Williams is competent to stand trial in this matter in that he is aware of the nature of the charges filed against him and he is able to participate in his defense.

    2.    Whether at the time of the offense Clinton Williams suffered from a mental disease or defect and because of this mental disease or defect he

was unable to appreciate the criminality or wrongfulness of his actions; and

3.     Whether at the time of the offense Clinton Williams was able to form the intent necessary to commit the crime for which he is charged.

(B)     And for such other relief this Court deems necessary.

Respectfully submitted,
CLINTON WILLIAMS, Defendant,

BECKETT & WEBBER, P.C.

s/ Carol Dison
CAROL DISON, His Attorney
**BECKETT & WEBBER, P.C.**
508 South Broadway
P.O. Box 17160
Urbana IL 61803-7160
(217) 328-0263
(217) 328-0290 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, served, by e-mail, a copy of Defendant

Williams's  MOTION FOR PSYCHIATRIC EXAMINATION on the following:

**Tim Bass, Assistant United States Attorney**

and I hereby certify that on May 11, 2006, I mailed by United States Postal Service, first class

postage prepaid and legibly addressed, the document(s) to the following non-registered

participants:

**N/A**

Respectfully submitted,

s/Carol Dison
Carol Dison
Beckett & Webber, P.C.
508 S. Broadway Ave.
P. O. Box 17160
Urbana, IL  61803-7160
Phone: (217) 328-0263
Fax: (217) 328-0290
E-mail: carol@beckettwebber.com