IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 06-20032 |
| | ) | |
| CLINTON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its Motion For Psychiatric Or Psychological Evaluation. In support of its motion, the government states the following:

1.  On May 11, 2006, based on the defendant's post-arrest statements and demeanor and the defendant's statements and demeanor at the hearings following his arrest, the defendant's attorney filed a motion for a competency evaluation and hearing. The defendant also stated his intention to assert an insanity defense and requested a further psychological evaluation to determine the existence of insanity at the time of the offense. The government has no objection to either request.

2.  18 U.S.C. § 4242(a) provides that following the filing by the defendant of a notice of insanity defense, and upon a motion by the government, the Court may order that a psychiatric or psychological examination be conducted and that a report be filed

with the Court, pursuant to the provisions of section 4247(b) and (c). Given that the defendant has filed the requisite notice under Rule 12.2, the government respectfully requests that its Motion For Psychiatric Or Psychological Evaluation be granted. A proposed order is attached to this motion.

    WHEREFORE, the United States of America respectfully requests that its Motion For Psychiatric Or Psychological Evaluation be allowed.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Assistant United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Carol A. Dison
Attorney at Law
P.O. Box 17160
Urbana, IL 61803

    s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 06-20032 |
| ) | |
| CLINTON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This cause is before the Court on the defendant's motion for a competency evaluation of the defendant and a hearing to determine mental competency and on the government's motion for a psychiatric or psychological evaluation to determine the existence of insanity at the time of the offense.

On April 25, 2006, the defendant was charged in a criminal complaint with armed bank robbery, in violation of 18 U.S.C. § 2113(a) and (d). On that date and April 27, 2006, the defendant was brought before the Court for an initial appearance, preliminary hearing and detention hearing. The defendant was subsequently indicted by a grand jury on May 5, 2006.

On May 11, 2006, based on the defendant's post-arrest statements and demeanor and the defendant's statements and demeanor at the hearings following his arrest, the defendant's attorney filed a motion for a competency evaluation and hearing. The defendant also stated his intention to assert an insanity defense and requested a further psychological evaluation to determine the existence of insanity at the time of the

offense. The government has no objection to either request and, on May 15, 2006, filed its own motion for psychological evaluation pursuant to 18 U.S.C. § 4242(a).

Title 18, United States Code, Section 4241(a) provides that a motion for a hearing to determine the mental competency of the defendant may be granted "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Section 4241(b) further provides that, prior to the hearing, the Court may order that a psychiatric or psychological evaluation be conducted and that a report be filed with the Court, in accordance with the provisions of section 4247(b) and (c). Finally, section 4242(a) provides that following the filing by the defendant of a notice of insanity defense, and upon a motion by the government, the Court may order that a psychiatric or psychological examination be conducted and that a report be filed with the Court, pursuant to the provisions of section 4247(b) and (c). Based on the representations of the defendant's attorney at the pre-trial hearings and the Court's observations of the defendant, the Court finds that there is reasonable cause to allow the motions by the defendant and the government.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. §§ 4241(b) and 4242(a), an appropriate psychiatric or psychological examination be conducted to determine the mental competency of the defendant and to determine the existence of insanity at the time of the offenses charged in the indictment. Upon completion of the examination, a

report complying with the provisions of 18 U.S.C. § 4247(b) and (c) shall be filed with the Court. After the report is filed, the Court will notify the parties as to the date and time of the competency hearing.

                                                      DAVID G. BERNTHAL  
                                                     UNITED STATES MAGISTRATE JUDGE

Entered: May ___, 2006.