U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Correctional Center*

*71 W. Van Buren Street*
*Chicago, IL 60605*
June 21, 2006

The Honorable Judge David G. Bernthal
United States District Court Magistrate Judge
114 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

RE: WILLIAMS, Clinton
    Docket No.: 06-20032
    Reg. No.: 14381-026

Dear Judge Bernthal:

This is in response to your court order dated May 19, 2006, which committed Mr. Williams to an examination and evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242. Mr. Williams was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on June 1, 2006, and arrived at the institution on June 14, 2006.

The statute allows our psychology staff 45 days to complete the testing and examination. Our clinical psychologist requests a 30-day extension as permitted by the statute in order to complete the testing and examination necessary to develop a history, diagnosis, and opinion regarding both the 4241 and 4242 questions. The time period for the evaluation commenced upon arrival at MCC Chicago. It is anticipated that the evaluation will be completed by August 28, 2006. Three copies of the report will be submitted to the court within two weeks of completion of the evaluation. You can expect to receive the report by September 11, 2006, should you grant our request for extension.

If you should have any questions regarding this request, please contact Dr. John Pindelski at (312) 322-0567, Ext. 469. For any other questions, please contact me at (312) 322-0567, Ext. 500.

Sincerely,

Silas M. Irvin
Warden