UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, ) | |
| SEVILLE WILLIAMS, ) | |
| CLINTON WILLIAMS, ) | |
| TYRON THOMAS, ) | |
| RORY TUCKER, ) | |
| MARION JEFFERSON, II, ) | |
| BOBBY L. RILEY, ) | |
| and AHSHUN T. COLLINS, ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF THE CASE

The defendants are charged in an indictment as follows:

**Brad Williams**:

| Count(s) | Charges |
|---|---|
| 1 | Conspiracy to Commit Armed Robbery and Armed Bank Robbery, and to Carry and Use a Firearm During and in Relation to and to Possess a Firearm in Furtherance of a Crime of Violence |
| 2,6 | Armed Robbery |
| 4,8 | Armed Bank Robbery |
| 3,5,7,9 | Carrying and Using a Firearm During a Crime of Violence |
| 10 | Felon in Possession of a Firearm |

The defendant has pleaded not guilty to the charges.

**Seville Williams**:

| Count(s) | Charges |
|---|---|
| 1 | Conspiracy to Commit Armed Robbery and Armed Bank Robbery, and to Carry and Use a Firearm During and in Relation to and to Possess a Firearm in Furtherance of a Crime of Violence |
| 2 | Armed Robbery |
| 3,5 | Carrying and Using a Firearm During a Crime of Violence |
| 4 | Armed Bank Robbery |

The defendant has pleaded not guilty to the charges.

**Clinton Williams:**

| Count(s) | Charges |
|---|---|
| 1 | Conspiracy to Commit Armed Robbery and Armed Bank Robbery, and to Carry and Use a Firearm During and in Relation to and to Possess a Firearm in Furtherance of a Crime of Violence |
| 4,8 | Armed Bank Robbery |
| 5,9 | Carrying and Using a Firearm During a Crime of Violence |

The defendant has pleaded not guilty to the charges.

**Rory Tucker**:

| Count(s) | Charge |
|---|---|
| 1 | Conspiracy to Commit Armed Robbery and Armed Bank Robbery, and to Carry and Use a Firearm During and in Relation to and to Possess a Firearm in Furtherance of a Crime of Violence |
| 8 | Armed Bank Robbery |

9  Carrying and Using a Firearm During a Crime of Violence

The defendant has pleaded not guilty to the charges.

      Respectfully submitted,

      RODGER A. HEATON
      UNITED STATES ATTORNEY

  BY: s/Timothy A. Bass
      TIMOTHY A. BASS, Bar No. MO 45344
      Assistant United States Attorney
      201 S. Vine St., Suite 226
      Urbana, IL 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of October 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following and I hand delivered a copy of same to:

    All counsel of record

                              s/Timothy A. Bass
                              TIMOTHY A. BASS, Bar No. MO 45344
                              Assistant United States Attorney
                              201 S. Vine Street, Suite 226
                              Urbana, Illinois 61802
                              Phone: 217/373-5875
                              Fax: 217/373-5891
                              tim.bass@usdoj.gov