E-FILED
Thursday, 26 October, 2006  03:39:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, ET AL., ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Timothy A. Bass, Assistant United States Attorney, respectfully shows to this Honorable Court that Yolanda Williamson, date of birth XX/XX/XX, is now confined in the Dewitt County Jail, Clinton, Illinois, in the custody of the Warden or Sheriff thereof.

Yolanda Williamson will be called to provide testimony at the trial in the above-referenced cause and her appearance is necessary in connection with these proceedings on October 31, 2006, at 9:00 a.m.

That it is necessary and essential that Yolanda Williamson be transported and maintained in the Central District of Illinois for said hearing.

That, in the interest of all parties, it is therefore necessary that Yolanda Williamson be transported to the Central District of Illinois and be produced at the

United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m on October 31, 2006.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Sheriff or Warden of the Dewitt County Jail, Clinton, Illinois, and the United States Marshal for the Central District of Illinois, commanding them to transport the said Yolanda Williamson to the Central District of Illinois, and to produce the said Yolanda Williamson in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m. on October 31, 2006, and as necessary on any date thereafter.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass_____
TIMOTHY A. BASS, Bar No. MO 45344
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov