E-FILED
Thursday, 26 October, 2006  03:43:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, ET AL., ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Timothy A. Bass, Assistant United States Attorney, respectfully shows to this Honorable Court that James Creighton, date of birth XX/XX/XXXX is now confined in the Kankakee County Jail, Kankakee, Illinois, in the custody of the Warden or Sheriff thereof.

James Creighton will be called to provide testimony at the trial in the above-referenced cause and her appearance is necessary in connection with these proceedings on October 31, 2006, at 9:00 a.m.

That it is necessary and essential that James Creighton be transported and maintained in the Central District of Illinois for said hearing.

That, in the interest of all parties, it is therefore necessary that James Creighton be transported to the Central District of Illinois and be produced at the United States

District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m on October 31, 2006.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Sheriff or Warden of the Kankakee County Jail, Kankakee, Illinois, and the United States Marshal for the Central District of Illinois, commanding them to transport the said James Creighton to the Central District of Illinois, and to produce the said James Creighton in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m. on October 31, 2006, and as necessary on any date thereafter.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:  s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov