UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-20032 |
| BRAD O. WILLIAMS, ET AL., | ) |
| Defendant. | ) |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Yolanda Williamson, date of birth x/xx/72, is presently incarcerated in the Dewitt County Jail, Clinton, Illinois; it further appearing that the said Yolanda Williamson will be called as a witness in the trial in the above-entitled cause and her appearance is necessary in connection with these proceedings on October 31, 2006, at 9:00 a.m.;

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden or Sheriff of the Dewitt County Jail, Clinton, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Yolanda Williamson to the Central District of Illinois, and to produce the said Yolanda Williamson on October 31, 2006, at 9:00 a.m. in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, in connection with this cause and then and there to present her before the Court and from day to day thereafter as may be necessary.

ENTER this 27th day of October, 2006.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE