E-FILED
Friday, 27 October, 2006  10:53:23 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, ET AL., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Darrell Collins, date of birth xx/xx/78, is presently incarcerated in the Kankakee County Jail, Kankakee, Illinois; it further appearing that the said Darrell Collins will be called as a witness in the trial in the above-entitled cause and his appearance is necessary in connection with these proceedings on October 31, 2006, at 9:00 a.m.;

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden or Sheriff of the Kankakee County Jail, Kankakee, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Darrell Collins to the Central District of Illinois, and to produce the said Darrell Collins on October 31, 2006, at 9:00 a.m. in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, in connection with this cause and then and there to present him before the Court and from day to day thereafter as may be necessary.

ENTER this 27th day of October, 2006.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE