## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 06-20032 |
| | ) | |
| **CLINTON WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT CLINTON WILLIAMS'

### JURY INSTRUCTIONS

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of the larger number of witnesses.

Given  ____                                Defendant's Instruction No. 1

Refused ____                               7th Cir. Pattern Federal Criminal Jury Instruction No. 1.09

Each defendant is presumed to be innocent of the charge. This presumption continues during every stage of the trial and your deliberations on the verdict. It is not overcome unless from all the evidence in the case you are convinced beyond a reasonable doubt that each defendant is guilty as charged. The government has the burden of proving the guilt of each defendant beyond a reasonable doubt.

This burden of proof stays with the government throughout the case. Each defendant is never required to prove his innocence or to produce any evidence at all.

Given ____                              Defendant's Instruction No. 2

Refused ____                            7th Cir. Pattern Federal Criminal Jury Instruction No. 2.03 (modified)

You have received evidence of a statement said to be made by the Clinton Williams to Special Agent John Parrish and Special Agent Kevin Rollins. You must decide whether the defendant did in fact make the statement. If you find that Clinton Williams did make the statement, then you must decide what weight, if any, you feel the statement deserves. In making this decision, you should consider all matters in evidence having to do with the statement, including those concerning Clinton Williams himself and the circumstances under which the statement was made.

Given ____                    Defendant's Instruction No. 3

Refused ____                  7th Cir. Pattern Federal Criminal Jury Instruction No. 3.02

You have heard testimony from Ahshun Collins who received benefits from the government in connection with this case, namely immunity; that is, a promise from the government that any testimony or other information he provided would not be used against him in a criminal case; and a recommendation by the government of a lesser sentence in this case.

Given ____    Defendant's Instruction No. 4

Refused ____    7th Cir. Pattern Federal Criminal Jury Instruction No. 3.13

You have heard testimony from Marion Jefferson, III who received benefits from the government in connection with this case, namely immunity; that is, a promise from the government that any testimony or other information he provided would not be used against him in a criminal case; and a recommendation by the government of a lesser sentence in this case.

Given ____   Defendant's Instruction No. 5

Refused ____   7th Cir. Pattern Federal Criminal Jury Instruction No. 3.13

You have heard testimony from Tyron Thomas who received benefits from the government in connection with this case, namely immunity; that is, a promise from the government that any testimony or other information he provided would not be used against him in a criminal case; and a recommendation by the government of a lesser sentence in this case.

Given ____                    Defendant's Instruction No. 6

Refused ____                  7th Cir. Pattern Federal Criminal Jury Instruction No. 3.13

You have heard testimony from Bobby Riley who received benefits from the government in connection with this case, namely immunity; that is, a promise from the government that any testimony or other information he provided would not be used against him in a criminal case; and a recommendation by the government of a lesser sentence in this case.

Given ____          Defendant's Instruction No. 7

Refused ____        7th Cir. Pattern Federal Criminal Jury Instruction No. 3.13

You have heard recorded conversations. These recorded conversations are proper evidence and you may consider them, just as any other evidence.

When the recordings were played during the trial, you were furnished transcripts of the recorded conversations prepared by government agents.

The recordings are the evidence, and the transcripts were provided to you only as a guide to help you follow as you listen to the recordings. The transcripts are not evidence of what was actually said or who said it. It is up to you to decide whether the transcripts correctly reflect what was said and who said it. If you noticed any difference between what you heard on the recordings and what you read in the transcripts, you must rely on what you heard, not what you read. And if after careful listening, you could not hear or understand certain parts of the recordings, you must ignore the transcripts as far as those parts are concerned. You may consider the actions of a person, facial expressions and lip movements that you can observe on videotapes to help you to determine what was actually said and who said it.

Given ____          Defendant's Instruction No. 8

Refused ____       7th Cir. Pattern Federal Criminal Jury Instruction No. 3.17

If a defendant performed acts that advanced a criminal activity but had no knowledge that a crime was being committed or was about to be committed, those acts alone are not sufficient to establish the defendant's guilt.

Given \_\_\_\_  Defendant's Instruction No. 9

Refused \_\_\_\_  7th Cir. Pattern Federal Criminal Jury Instruction No. 5.11

If, at the time of the commission of the offense, the defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts, then the defendant is not guilty by reason of insanity.

Given ____  Defendant's Instruction No. 10

Refused ____  7th Cir. Pattern Federal Criminal Jury Instruction No. 6.02

Counts 1, 4, 5, 8 and 9 of the indictment charges Clinton Williams with having committed a separate offense.

Each count and the evidence relating to it should be considered separately, and a separate verdict should be returned as to each count. Your verdict of guilty or not guilty of an offense charged in one count should not control your decision as to any other count.

Given ____                                    Defendant's Instruction No. 11

Refused ____                                 7th Cir. Pattern Federal Criminal Jury Instruction No. 7.03