UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-20032 |
| BRAD O. WILLIAMS, ET AL., | ) ) ) | |
| Defendant. | ) | |

FILED  
OCT 3 0 2006  
JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA, IL

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Timothy A. Bass, Assistant United States Attorney, respectfully shows to this Honorable Court that Derrick Grace, date of birth XX/XX/XXXX is now confined in the Winnebago County Jail, Rockford, in the custody of the Warden or Sheriff thereof.

Derrick Grace will be called to provide testimony at the trial in the above-referenced cause and his appearance is necessary in connection with these proceedings on November 1, 2006, at 1:00 p.m.

That it is necessary and essential that Derrick Grace be transported and maintained in the Central District of Illinois for said hearing.

That, in the interest of all parties, it is therefore necessary that Derrick Grace be transported to the Central District of Illinois and be produced at the United States

District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 1:00 p.m. on November 1, 2006.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Testificandum be directed to the Sheriff or Warden of the Winnebago County Jail, Rockford, and the United States Marshal for the Central District of Illinois, commanding them to transport the said Derrick Grace to the Central District of Illinois, and to produce the said Derrick Grace in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 1:00 p.m. on November 1, 2006, and as necessary on any date thereafter.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass
      TIMOTHY A. BASS, Bar No. MO 45344
      United States Attorney
      201 S. Vine St., Suite 226
      Urbana, IL 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      tim.bass@usdoj.gov