UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-20032 |
| | ) |
| BRAD O. WILLIAMS, ET AL., | ) |
| | ) |
| Defendant. | ) |

### O R D E R

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Derrick Grace, date of birth 10/27/79, is presently incarcerated in the Winnebago County Jail, Rockford, Illinois; it further appearing that the said Derrick Grace will be called as a witness in the trial in the above-entitled cause and his appearance is necessary in connection with these proceedings on November 1, 2006, at 1:00 p.m.;

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden or Sheriff of the Winnebago County Jail, Rockford Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Derrick Grace to the Central District of Illinois, and to produce the said Derrick Grace on November 1, 2006, at 1:00 p.m. in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, in connection with this cause and then

and there to present him before the Court and from day to day thereafter as may be necessary.

_____
DAVID G. BERNTHAL
United States Magistrate Judge

ENTER: This 30th day of October 2006.