UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-20032 |
| BRAD O. WILLIAMS, | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE WARDEN OR SHERIFF OF THE WINNEBAGO COUNTY JAIL, ROCKFORD, ILLINOIS

THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden or Sheriff of the Winnebago County Jail, Rockford Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Derrick Grace and to produce the said Derrick Grace, date of birth 10/27/79, in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 1:00 p.m. on November 1, 2006, and then and there to appear in connection with this cause and then and there to present the said Derrick Grace before the court and from day to day thereafter as may be necessary, until the trial has been completed, upon which time you shall return said Derrick Grace to the Winnebago

County Jail, Rockford, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS, the Honorable John M. Waters, Clerk of the said Court, and the seal thereof, at the City of Urbana, this ____ day of _____, 2006.

> JOHN M. WATERS, Clerk
> United States District Court
> Central District of Illinois