E-FILED
Tuesday, 31 October, 2006  11:47:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRAD O. WILLIAMS, ET AL., )<br>)<br>Defendant. ) | Case No. 06-20032 |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that James Crayton, date of birth xx/xx/74, is presently incarcerated in the Kankakee County Jail, Kankakee, Illinois; it further appearing that the said James Crayton will be called as a witness in the trial in the above-entitled cause and his appearance is necessary in connection with these proceedings on November 1, 2006, at 9:00 a.m.;

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden or Sheriff of the Kankakee County Jail, Kankakee, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Darrell Collins to the Central District of Illinois, and to produce the said Darrell Collins on November 1, 2006, at 9:00 a.m. in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, in connection with this cause and then and there to present him before the Court and from day to day thereafter as may be necessary.

ENTER this 31st day of October, 2006

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE