UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE WARDEN OR SHERIFF OF THE KANKAKEE COUNTY JAIL, KANKAKEE, ILLINOIS

THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden or Sheriff of the Kankakee County Jail, Kankakee Illinois, and the United States Marshal for the Central District of Illinois, to transport the said James Crayton and to produce the said James Crayton, date of birth xx/xx/74, in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m. on November 1, 2006, and then and there to appear in connection with this cause and then and there to present the said James Crayton before the court and from day to day thereafter as may be necessary, until the trial has been completed, upon which time you shall return said James Crayton to the Kankakee County Jail, Kankakee Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS, the Honorable John M. Waters, Clerk of the said Court, and the seal thereof,

at the City of Urbana, this 31st day of October, 2006.

                                                        <u>s/John M. Waters</u>  
                                                        JOHN M. WATERS, Clerk  
                                                        United States District Court  
                                                        Central District of Illinois