UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, et al., ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS'**
**JURY INSTRUCTIONS**

The government has no objection to the defendants' jury instructions insofar as they appear to be accurate statements of the law. The government's ultimate position on the applicability of the instructions to this case will depend on the evidence at trial and the evidence, if any, presented by one or more of the defendants.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:  s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of November 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will hand deliver a copy to the following:

      All counsel of Record

      s/Timothy A. Bass
      TIMOTHY A. BASS, Bar No. MO 45344
      Attorney for Plaintiff
      Assistant United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      tim.bass@usdoj.gov