UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, ) | |
| SEVILLE WILLIAMS, ) | |
| CLINTON WILLIAMS, ) | |
| TYRON THOMAS, ) | |
| RORY TUCKER, ) | |
| MARION JEFFERSON, II, ) | |
| BOBBY L. RILEY, ) | |
| and AHSHUN T. COLLINS, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S RESPONSE TO
DEFENDANT SEVILLE WILLIAMS' MOTION IN LIMINE**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its response to defendant Seville Williams' motion in limine. The government states as follows:

**FACTS**

1. The defendants Brad and Seville Williams are charged in an indictment with various armed robberies, including the January 3, 2006, armed robbery of the Walgreen's store in Kankakee, Illinois.

2. In addition to presenting evidence concerning the occurrence of that robbery, the government will present the testimony of Nathein Franklin. Franklin will

testify that he lived at an apartment a short distance away from the Walgreen's store and that Brad and Seville Williams came to his apartment following the robbery to hide and to change clothes.

3. The government also intends to present the testimony of Nicole Triezenberg, Franklin's girlfriend, who lived with Franklin in the apartment. Triezenberg will testify that while in the bedroom of the apartment, she heard several male voices, one of which she recognized was Brad Williams. She will further testify that she heard one of the men mention the name "Seville."

4. The defendant has filed a motion in limine, seeking to exclude Triezenberg's testimony that she overheard the name "Seville." The defendant argues that such testimony would be inadmissible hearsay.

## ARGUMENT

5. Rule 801(c) of the Federal Rules of Evidence provides that "[h]earsay is a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." Rule 801(a) provides that "'a statement' is an oral or written assertion . . . of a person, <u>if it is inteded by the person as an assertion</u>." (emphasis added).

6. In this case, the defendant seeks to exclude the testimony of Nicole Triezenberg that she overheard someone speak the single word "Seville," arguing that it is hearsay. That argument is meritless.  The single-word "Seville" is not an "assertion," but is merely "non-assertive oral conduct." <u>United States v. Weeks</u>, 919 F.2d 248, 250-52

(5th Cir. 1990) (Penitentiary warden's testimony that he heard penitentiary inmates use certain nickname in reference to defendant, which testimony helped to establish identity of defendant as one of perpetrators of crime, reported nonassertive oral conduct, and thus, was not hearsay); United States v. Sheffey, 591 F.2d 861, 250-52 (D.C. Cir. 1990) (discussing similar cases and finding that information on slip of paper on which decedent had written the alleged nickname of one defendant, the first name of another defendant, and a telephone number was not hearsay as it asserted nothing except the possibility that one of the two defendants might have a particular phone number); United States v. Perez, 658 F.2d 654, 659 (9th Cir. 1981).

7. Combined with Franklin's testimony of personal knowledge that Seville Williams was at Franklin's apartment, Triezenberg's testimony that she overheard the word "Seville" is relevant as circumstantial, non-hearsay evidence of that fact. Accordingly, the defendant's motion should be denied.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass_____
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of November 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    All counsel of record

    s/Timothy A. Bass
    TIMOTHY A. BASS, Bar No. MO 45344
    Assistant United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov