UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-20032 |
| CLINTON WILLIAMS, ET AL., | ) |
| Defendant. | ) |

FILED
NOV 0 8 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## STIPULATION

The United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, and the defendant, Clinton Williams, personally and by and through his attorney, Carol A. Dison, hereby stipulate and agree to the following:

1. Clinton Williams was evaluated on August 9, 2006, by Jason V. Dana, Psy. D., Forensic Studies Unit Psychologist at the Metropolitan Correctional Center in Chicago, Illinois.

2. According to Dr. Dana, Clinton Williams was diagnosed with Borderline Intellectual Functioning with an IQ of 72. Borderline intellectual functioning is characterized by an IQ estimate between 71 and 80. This is representative of cognitive functioning that falls below a majority of the population of same age peers, but does not meet the full diagnostic criteria for mental retardation. Borderline intellectual functioning can also be diagnosed in individuals whose IQ score falls below the range identified above when the individual does not demonstrate significant impairment in

activities of daily living.

3. Mr. Williams' mental health prognosis is determined to be stable at this time. There is no indication of any significant mental illness that would require psychological or psychiatric intervention at the present time. The defendant appears to be capable of cognitive functioning in at least the borderline range of ability. Furthermore, intellectual ability is generally a stable trait. It is therefore reasonable to conclude that he will continue to be capable of functioning in the border line or better range of intellectual ability in the future. However, an assessment of his true intellectual ability was hampered by what appears to have been an intentional attempt on his part to present as severely mentally impaired.

s/Carol Dison
_____
CAROL A. DISON, Attorney for
Clinton Williams

s/Clinton Williams
_____
CLINTON WILLIAMS

RODGER A. HEATON
United States Attorney

BY: s/Tim Bass
_____
TIMOTHY A. BASS
Assistant United States Attorney