UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-20032 |
| ) | |
| SEVILLE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**FILED**
NOV 0 8 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**STIPULATION OF FACT**

1. That Seville Williams was incarcerated from January 19, 2006 to March 28, 2006 at the Winnebago County Jail in Rockford, Illinois.

2. That on March 28, 2006, law enforcement officials transported Seville Williams from the Winnebago County Jail to the DeWitt County Jail.

3. That Seville Williams was thereafter incarcerated at the DeWitt County Jail in Clinton, Illinois from March 28, 2006 through the current date.

s/Carlton Kagawa

Carlton M. Kagawa
Attorney for Rory Tucker

s/Carol Dison

Carol A. Dison
Attorney for Clinton Williams

s/John Taylor

John Taylor
Attorney for Seville Williams

s/Tim Bass

Timothy A. Bass
Attorney for United States Of America

s/Harvey C. Welch

Harvey C. Welch
Attorney for Brad O. Williams