WE would like to listen to audio of Tape between Derrick Grace and Seville Williams as presented in Closing Arguments

Foreperson



FILED
NOV 09 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL