UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
NOV 1 0 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | CRIMINAL NO. 06-20032 |
| | ) | VIOLATION: TITLE 18, UNITED |
| vs. | ) | STATES CODE, SECTIONS 371, |
| | ) | 2113(a) and (d), 1951, 924(c) and |
| CLINTON WILLIAMS, | ) | 922(g)(1) |
| | ) | |
| DEFENDANT. | ) | |

## VERDICT THREE

WE, THE JURY, FIND THE DEFENDANT, CLINTON WILLIAMS,

___Guilty___ OF THE OFFENSE OF CONSPIRACY TO COMMIT ARMED
(GUILTY, NOT GUILTY)

BANK ROBBERY, TO COMMIT ROBBERY, AND TO CARRY AND USE A FIREARM

DURING AND IN RELATION TO AND TO POSSESS A FIREARM IN FURTHERANCE OF

A CRIME OF VIOLENCE AS CHARGED IN COUNT 1 OF THE INDICTMENT.

WE, THE JURY, FIND THE DEFENDANT, CLINTON WILLIAMS,

___Guilty___ OF THE OFFENSE OF ARMED BANK ROBBERY
(GUILTY, NOT GUILTY)

AS CHARGED COUNT 4 OF THE INDICTMENT.

WE, THE JURY, FIND THE DEFENDANT, CLINTON WILLIAMS,

___Guilty___ OF THE OFFENSE OF CARRYING AND USING A
(GUILTY, NOT GUILTY)

FIREARM DURING A CRIME OF VIOLENCE AS CHARGED IN COUNT 5 OF THE

INDICTMENT.

VERDICT THREE
Page 1 of 2

WE, THE JURY, FIND THE DEFENDANT, CLINTON WILLIAMS,

__GUILTY__ OF THE OFFENSE OF ARMED BANK ROBBERY
(GUILTY, NOT GUILTY)

AS CHARGED COUNT 8 OF THE INDICTMENT.

WE, THE JURY, FIND THE DEFENDANT, CLINTON WILLIAMS,

__GUILTY__ OF THE OFFENSE OF CARRYING AND USING A
(GUILTY, NOT GUILTY)

FIREARM DURING A CRIME OF VIOLENCE AS CHARGED IN COUNT 9 OF THE

INDICTMENT.

DATE: Nov 10, 2006

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Foreperson

VERDICT THREE
Page 1 of 2