# GOVERNMENT'S EXHIBIT LIST

E-FILED
Monday, 13 November, 2006 01:11:24 PM
Clerk, U.S. District Court, ILCD

E-FILED
Thursday, 19 October, 2006 09:57:14 AM
Clerk, U.S. District Court, ILCD

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | | DOCKET NUMBER  06-20032 |
| | | | | | TRIAL DATE  10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | COURT REPORTER<br>Lisa Cosimini | | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
|---|---|---|---|---|---|---|
| | | | | | **Walgreen's, Kankakee, January 3, 2006** | |
| W1 | | 11/1 | ✓ | ✓ | KanCom records for 911 call on 12/30/05  *Jackson — no obj* | ✓ |
| W2 | | | | | Tape recording of 911 call on 12/30/05 | |
| W3 | | | | | KanCom records for 911 call on 1/3/06 | |
| W4 | | | | | Tape recording of 911 call on 1/3/06 | |
| W5 | | 11/2 | ✓ | ✓ | *not to jury*  Walgreen's surveillance video for 1/3/06  *Thompson N/O* | ✓ |
| W5A | | 11/2 | ✓ | ✓ | *Still photo's of video*  *Thompson N/O* | ✓ |
| W6 *group* | | 11/2 | ✓ | ✓ | Photos of Walgreens  *Thompson N/O* | ✓ |
| W7 | | | | | U.S. Cellular cell phone records for (815) 212-6712 | |
| W8 | | | | | Witness photo array questionnaires | |
| W9 | | | | | Photo arrays shown to witnesses | |
| | | | | | **Height's Finance, Kankakee, March 28, 2006** | |
| H1 | | | | | Walgreen's surveillance video for 3/28/06 | |

**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 |
| | | | TRIAL DATE 10/30/06 |
| PRESIDING JUDGE Michael P. McCuskey | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | | |
|---|---|---|---|---|---|---|---|
| group H2 | | 11/3 | ✓ | ✓ | Photos of Heights Finance, Kankakee | mason n/o | ✓ |
| H3 | | | | | Spent bullet retrieved from Height's | | |
| H4 | | | | | Photos of Michael Maycen | | |
| group H5 | | 11/2 | ✓ | ✓ | Photos of River's Edge Apartment Complex, Kankakee | Thompson | ✓ |
| H6 | | | | | Video statement of Nicole Triezenberg | | |
| H7 | | | | | Video statement of Nathein Franklin | | |
| H8 | | | | | Cell phone records for (815)   (Nathein Franklin) | | |
| group H9 A | | 11/3 | ✓ | ✓ | Photo array shown to witnesses | Franklin | ✓ |
| H9B | | 11/3 | ✓ | ✓ | | Franklin | ✓ |
| H9C | | 11/3 | ✓ | ✓ | | Franklin | ✓ |
| H9D | | 11/3 | ✓ | ✓ | | Franklin | ✓ |
| H10 | | | | | Witness photo array questionnaires | | |
| H11 | | | | | Video statement of Quion Williams | | |
| H12 | | | | | Report of stolen 1979 Chevrolet Impala | | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | | DISTRICT COURT Central District of Illinois |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 |
| | | | TRIAL DATE 10/30/06 |
| PRESIDING JUDGE Michael P. McCuskey | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| H13 | | | | | AR-15 firearm records |
| H14 | | | | | Floor plan drawing of Heights Finance, Kankakee |
| | | | | | **Commonwealth Credit Union, Kankakee, January 11, 2006** |
| C1 | | 11/2 | ✓ | ✓ | NCUA Certification  Love  N/o |
| C2 | | 11/2 | ✓ | ✓ | Photos of Commonwealth Credit Union  Love  N/o |
| C2A | | 11/2 | ✓ | ✓ | video still picture  Love  N/o |
| C3 | | 11/2 | ✓ | ✓ | not to jury  Surveillance video from Commonwealth Credit Union on 1/11/06  Love |
| C4 | | | | | Still photos of surveillance video |
| C5 | | 11/2 | ✓ | ✓ | not to jury  Recording of conversation between C.W. and Seville Williams  Graca  N/o |
| C6 | | | | | Transcript of recorded conversation between C.W. and Seville Williams |
| C7 | | 11/3 | ✓ | ✓ | Photo of money seized from Clinton Williams in Texas  Garza  N/o |
| C8 | | 11/3 | ✓ | ✓ | Documents regarding the purchase of 2000 Cadillac Catera  Scoggins |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER  06-20032 TRIAL DATE  10/30/06 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | | |
| C9 | | 11/3 | ✓ | ✓ | Photos of 2000 Cadillac Catera | Scroggins N/O | |
| C10 | | 11/3 | ✓ | ✓ | Documents regarding purchase of 1989 Chevrolet Caprice | Mallendine N/O | |
| C11 | | 11/3 | ✓ | ✓ | Photos of 1989 Chevrolet Caprice | Mallendine | |
| C12 | | 11/3 | ✓ | ✓ | Burch's Mini Storage records for storage unit - GMC | Kane N/O | |
| C13 | | 11/3 | ✓ | ✓ | Burch's Mini Storage records for storage unit - Caprice | Kane | |
| C14 | | 11/3 | ✓ | ✓ | Photo of GMC stored in Burch's storage unit | Kane N/O | |
| C14A | | 11/3 | ✓ | ✓ | Doc's found inside of vehicle | Kane | |
| C15 | | 11/3 | ✓ | ✓ | Storage unit records for Markam, IL storage unit | James N/O | |
| C16 | | 11/3 | ✓ | ✓ | Photo of 1979 Chevrolet Impala | Mallendine | |
| C17 | | 11/3 | ✓ | ✓ | Secretary of State records for 1979 Chevrolet Impala | Mallendine | |
| C18 | | 11/3 | ✓ | ✓ | not to jury  Tape recorded conversation between Olivia James and Clinton Williams | James N/O | |
| C19 | | | | | Transcript of recorded conversation between Olivia James and Clinton Williams | | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | DISTRICT COURT<br>Central District of Illinois | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032<br><br>TRIAL DATE 10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| C20 | | | | | Video statement of James Crayton |
| C21 | | | | | Floor plan drawing of Commonwealth Credit Union, Kankakee |
| C22 | | | | | Witness photo array questionnaires |
| C23 | | | | | Photo arrays shown to witnesses |
| | | | | | **First Community Bank and Trust, Peotone, April 7, 2006** |
| P1 | | 11/6 | ✓ | ✓ | F.D.I.C. Certification     Papp  N/O |
| P2 | | 11/6 | ✓ | ✓ | Crime scene photos of First Community Bank and Trust    Papp N/O |
| P3 | | 11/6 | ✓ | ✓ | Aerial photos and other outside and inside photos of First Community Bank and Trust    N/O  Papp |
| P4 | | 11/7 | ✓ | ✓ | Photo of green Ford Explorer    Buchanan N/O |
| P5 | | 11/2 | ✓ | ✓ | Photos comprising photo spread shown to witnesses    Hornung N/O |
| P6 | | | | | Photo of photo array shown to witnesses |
| P7 | | | | | Black coat found in back seat of green Ford Explorer |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 | |
| | | | | | | TRIAL DATE 10/30/06 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date 2006 | Marked | Admitted | EXHIBITS | | |
| P8 | | | | | Verizon cell phone found in back seat of Ford Explorer | | |
| P9 | | 11/8 | ✓ | ✓ | Papers in the name of Clinton Williams   Kane   N/O | | |
| P10 | | | | | Floor plan drawing of First Community Bank and Trust, Peotone | | |
| P11 | | 11/3 | ✓ | ✓ | Photos of Nicole Triezenberg's black Dodge Intrepid   Franklin | | |
| | | | | | **Community Plus Federal Credit Union, Rantoul, April 24, 2006** | | |
| R1 | | 10/31 | ✓ | ✓ | N.C.U.A. Certificate   Daugherty N/O | | |
| R2 A | | 10/31 | ✓ | ✓ | not to jury  Surveillance video from Community Plus from 4/24/06   N/O | | |
| R2 B | | 10/31 | ✓ | ✓ | video's not to jury   N/O | | |
| R2 C | | 10/31 | ✓ | ✓ | videos - not to jury   N/O | | |
| group R3 Q | | 10/31 | ✓ | ✓ | Still photos from Community Plus surveillance video on 4/24/06   cross N/O | | |
| R3 F, R3 GG R3 II, R3 mm | | | | | | | |
| group R4 | | 10/31 | ✓ | ✓ | Photos of Community Plus Federal Credit Union   Daugherty N/O | | |
| R5 A | | 10/31 | ✓ | ✓ | Aerial photos of Community Plus Federal Credit Union   McQueen N/O | | |
| R5 B | | 10/31 | ✓ | ✓ | Aerial photos   McQueen N/O | | |

# GOVERNMENT'S EXHIBIT LIST

| \multicolumn{2}{l}{UNITED STATES v. BRAD O. WILLIAMS, ET AL} | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 | |
| | | TRIAL DATE 10/30/06 | |
| PRESIDING JUDGE Michael P. McCuskey | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| R6 | | | | | Photo of brown 1977 Chevrolet Caprice bearing IL license plate number E163763 |
| R7 | | | | | Photo of red 2001 Chevrolet Impala bearing IL license plate number 9827676 |
| R8 | | 10/31 | ✓ | ✓ | Photo of Michael Daughtery  Daugherty no obj |
| R9 | | | | | Photo of Kamesa Harold |
| R10 | | 10/31 | ✓ | ✓ | .45 caliber glock handgun with extended magazine and ammunition  not to jury  McQueen  N/o |
| R11 | | 11/1 | ✓ | ✓ | Knit stocking cap with two holes cut out  Kyrouac  N/o |
| R12 | | 10/31 | ✓ | ✓ | 9mm semi automatic handgun with magazine and ammunition  not to jury  McQueen  N/o |
| R13 | | 11/1 | ✓ | ✓ | Light blue knit stocking cap (#2)  Kyrouac  N/o |
| R14 | | 11/1 | ✓ | ✓ | Right brown glove  Kyrouac  N/o |
| R15 | | 11/1 | ✓ | ✓ | Light blue knit cap with two holes cut out (#3)  Kyrouac  N/o |
| R16 | | 11/1 | ✓ | ✓ | Pair of brown gloves  Kyrouac  N/o |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 | |
| | | | | | TRIAL DATE 10/30/06 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| R17 | | 11/1 | ✓ | ✓ | Duffle bag | Kyrouac N/o |
| R18 | | 11/1 | ✓ | ✓ | Pair of gloves | Kyrouac N/o |
| R19 | | 11/1 | ✓ | ✓ | Light blue knit cap with two holes cut out (#4) | Kyrouac N/o |
| R20A | | 11/1 | ✓ | ✓ | Cloth – white | Kyrouac N/o |
| R20B | | 11/1 | ✓ | ✓ | Cloth bag | Kyrouac N/o |
| R21 | | 11/1 | ✓ | ✓ | Two batting gloves | Kyrouac N/o |
| R21A | | 11/1 | ✓ | ✓ | Batting gloves | Kyrouac N/o |
| R22 | | 11/1 | ✓ | ✓ | White bag with blue trim | Kyrouac N/o |
| R23 | | 10/31 | ✓ | ✓ | not to jury Sullivan McQueen 9mm semi automatic handgun with magazine and ammunition | N/o |
| R24 | | 11/1 | ✓ | ✓ | Pair brown gloves (#2) | Kyrouac N/o |
| R25 | | 11/1 | ✓ | ✓ | Long sleeve T-shirt with G Unit on front | Seltzer N/o |
| R26 | | 11/1 | ✓ | ✓ | not to jury Green padlocked zipper bag with "Credit Union Plus" | Pointer N/o |
| R27 | | 10/31 | ✓ | ✓ | Photo of $3,600 found inside green padlocked zipper bag | Daugherty N/o |

## GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 |
| | | | TRIAL DATE 10/30/06 |
| PRESIDING JUDGE Michael P. McCuskey | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | | | |
|---|---|---|---|---|---|---|---|---|
| R28 | | | | | Photo arrays shown to witnesses | | | |
| R28A | | 11/1 | ✓ | ✓ | photo's | Buckley | N/o | ✓ |
| | | | | | **Items from brown 1977 Chevrolet Caprice, IL license plate number E163763** | | | |
| R29 | | 11/1 | ✓ | ✓ | Light blue knit sleeve with end cut | Kyrouac | N/o | ✓ |
| R30 | | 11/1 | ✓ | ✓ | Vehicle sales receipt, registration card, insurance card | Kyrouac | N/o | ✓ |
| R31 | | 11/1 | ✓ | | ATM receipt dated 3/25/06 from Peoples Bank of Kankakee | Kyrouac | N/o | |
| R32 | | 11/1 | ✓ | ✓ | Gray knit cap | Kyrouac | N/o | ✓ |
| R33 | | 11/1 | ✓ | ✓ | Black hooded sweatshirt | Kyrouac | | ✓ |
| R34 | | | | | NY Yankees cap, size 7 3/8 | | | |
| R35 | | 11/1 | ✓ | ✓ | Red hooded sweatshirt | Kyrouac | | ✓ |
| R36 | | 11/1 | ✓ | ✓ | Dark blue knit Polo cap | Kyrouac | | ✓ |
| | | | | | **Items from red 2001 Chevrolet Impala, IL license plate number 9827676** | | | |

**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 | |
| | | | | | TRIAL DATE 10/30/06 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** | |
| R37 | | | | | Sunglasses | |
| group R38 | | 11/1 | ✓ | ✓ | A pair of brown cloth gloves | Kyrouac N/o ✓ |
| R39 | | 11/1 | ✓ | ✓ | Camouflage parka-type coat | Kyrouac N/o ✓ |
| R40 | | 11/1 | ✓ | ✓ | Dark blue T-shirt | Kyrouac N/o ✓ |
| R41 | | 11/1 | ✓ | ✓ | Vehicle registration and insurance card | Kyrouac N/o ✓ |
| R42 | | 11/1 | ✓ | ✓ | White plastic "GFS" bag | Kyrouac N/o ✓ |
| R43 | | 11/1 | ✓ | ✓ | Four light blue knit ski masks | Kyrouac N/o ✓ |
| R44 | | | | | Plastic bag containing plant material | |
| R45 | | 11/1 | ✓ | ✓ | Floor plan drawing of Community Plus Federal Credit Union, Rantoul | Nierenhausen no obj. ✓ |
| | | | | | **Other Exhibits** | |
| A1 | | | | | Video statement of Rory Tucker | |
| A2 | | | | | Booking photo of Brad Williams depicting tatoo | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 | |
| | | | | | TRIAL DATE 10/30/06 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| | | | | | | |
| A3 | | | | | Cooperation letter dated to Tyron Thomas | |
| A4 | | 11/6 | ✓ | ✓ | Plea Agreement and Cooperation letter for Marion Jefferson, III  *redacted Jefferson* | N/O ✓ |
| A5 | | 11/7 | ✓ | ✓ | Plea Agreement and Cooperation letter for Bobby L. Riley  *redacted Riley* | N/O ✓ |
| A6 | | 11/7 | ✓ | ✓ | Plea Agreement and Cooperation letter for Ahshun T. Collins  *redacted Collins* | N/O ✓ |
| A7 | | | | | Seville Williams Miranda waiver forms | |
| A8 | | | | | Marion Jefferson Miranda waiver form | |
| A9 | | | | | Video statement of Marion Jefferson | |
| A10 | | | | | Ahshun T. Collins Miranda waiver form | |
| A11 | | | | | Interview statement signed by Ahshun Collins | |
| A12 | | | | | Interview statement signed by Bobby Riley | |
| A13 | | | | | Video statement of Tyron Thomas | |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States | | vs. | Brad O. Williams et al. | CASE NO. 06-20032 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| A14 | | | | | Rantoul Police Department radio traffic recording |
| A15 | | | | | Transcript of Rantoul Police Department radio traffic recording |
| A16 | | 11/1/2006 | x | x | Rantoul Police vehicle video recording (not to jury)    Sullivan  no obj |
| A17 | A | 11/8/2006 | x | x | Letter seized at DeWitt County Jail    Gumm  no obj    redacted |
| A17 | B | 11/8/2006 | x | x | Letter seized at DeWitt County Jail    Gumm  no obj    redacted |
| A17 | C | 11/8/2006 | x | x | Letter seized at DeWitt County Jail    Gumm  no obj    redacted |
| A18 | | 10/31/2006 | x | x | Copy of photo of Brad O. Williams    Shieffler  no obj |
| A19 | | 11/1/2006 | x | x | cellular telephone    Kyrouac  no obj |
| A20 | | 11/2/2006 | x | x | Records from Winnebego Jail    Grace  no obj |
| A21 | | 11/2/2006 | x | x | Copy of prior inconsistent statement by Derrick Grace    Grace  no obj |
| A22 | A | 11/8/2006 | x | x | phone records in re Michael Williams    Lindgren  no obj |
| A22 | B | 11/8/2006 | x | x | phone records in re Jacqueline Davis    Lindgren  no obj |
| A22 | C | 11/8/2006 | x | x | phone records in re Angela Williams    Lindgren  no obj |
| A22 | D | 11/8/2006 | x | x | phone records in re James Brown    Lindgren  no obj |
| A22 | E | 11/8/2006 | x | x | phone records in re Marion Jefferson    Lindgren  no obj |
| A22 | F | 11/8/2006 | x | x | phone records in re Tyron Thomas    Lindgren  no obj |
| A22 | G | 11/8/2006 | x | x | phone record charts    Lindgren  no obj |
| A22 | H | 11/8/2006 | x | x | phone record charts    Lindgren  no obj |
| A22 | I | 11/8/2006 | x | x | phone record charts    Lindgren  no obj |
| A22 | J | 11/8/2006 | x | x | phone record charts    Lindgren  no obj |
| A22 | K | 11/8/2006 | x | x | phone record charts    Lindgren no obj |
| A22 | L | 11/8/2006 | x | x | phone record charts    Lindgren no obj |
| A22 | M | 11/8/2006 | x | x | phone record charts    Lindgren no obj |
| A22 | N | 11/8/2006 | x | x | phone record charts    Lindgren no obj |
| A23 | | 11/7/2006 | x | x | phone    Riley  no obj |
| A24 | | 11/8/2006 | x | X | Cell phone with photo on it    Kane  no obj |
| A25 | | 11/8/2006 | x | x | Letter from Brad Williams    Brad Williams  no obj (redacted) |

Page _____ of _____ Pages

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT Central District of Illinois | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER 06-20032 | |
| | | | | | TRIAL DATE 10/30/06 | |
| PRESIDING JUDGE Michael P. McCuskey | | | | COURT REPORTER Lisa Cosimini | COURTROOM DEPUTY | |
| Plf No | Def No | Date | Marked | Admitted | EXHIBITS | |
| A14 | | | | | Rantoul Police Department radio traffic recording | |
| A15 | | | | | Transcript of Rantoul Police Department radio traffic recording | |
| A16 | | 11/1 | ✓ | ✓ | Rantoul Police vehicle video recording   *not to jury*   Sullivan N/0 ✓ | |
| A17A | | 11/8 | ✓ | ✓ | Letters seized at DeWitt County Jail   Guinn ✓ | |
| A17B | | 11/8 | ✓ | ✓ | letter   Guinn ✓ | |
| A17C | | 11/8 | ✓ | ✓ | letter   Guinn ✓ | |
| A18 | | 10/31 | ✓ | ✓ | Copy of Photo of Brad Williams   Shuffler N/0 3-9-06 ✓ | |
| A19 | | 11/1 | ✓ | ✓ | cellular telephone ✓ | |
| A20 (gross E) | | 11/2 | ✓ | ✓ | Records from Winnebago Jail (trace) ✓ | |
| A21 | | 11/2 | ✓ | ✓ | Copy of prior consistent stmt — Derrick Trace ✓ | |
| A23 | | 11/2 | ✓ | ✓ | phone   Riley N/0 ✓ | |
| A24 | | 11/8 | ✓ | ✓ | Cell phone with photos on it   Kane N/0 ✓ | |
| A22A / A22-A | | 11/8 | ✓ | ✓ | phone records - Michael William   Lindgren | |
| A22B / A22-B | | 11/8 | ✓ | ✓ | phone records - Angela Williams   Lindgren | |
| A22C | | 11/8 | ✓ | ✓ | | |
| A22D | | 11/8 | ✓ | ✓ | phone records - Jamie Brown - Lindgren | |
| A22E | | 11/8 | ✓ | ✓ | phone records - Marion Jefferson Lindgren | |
| A22F | | 11/8 | ✓ | ✓ | phone records - Tyron Thomas Lindgren | |
| A22G | | 11/8 | ✓ | ✓ | phone records charts | |
| A22H | | 11/8 | ✓ | ✓ | " | |
| A22I | | 11/8 | ✓ | ✓ | " | |
| A22J | | 11/8 | ✓ | ✓ | " | |
| A22K | | 11/8 | ✓ | ✓ | " | |
| A22L | | 11/8 | ✓ | ✓ | " | |
| A22M | | 11/8 | ✓ | ✓ | " | |
| A22N | | 11/8 | ✓ | ✓ | letter from Brad Williams | |
| A25 | | 11/8 | ✓ | ✓ | | |