UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

FILED
FEB -7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO: THE WARDEN OR SHERIFF OF THE DEWITT COUNTY JAIL, CLINTON, ILLINOIS

THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden or Sheriff of the Dewitt County Jail, Clinton, Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Yolanda Williamson and to produce the said Yolanda Williamson, date of birth  /  /72, in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m. on October 31, 2006, and then and there to appear in connection with this cause and then and there to present the said Yolanda Williamson before the court and from day to day thereafter as may be necessary, until the trial has been completed, upon which time you shall return said Yolanda Williamson to the Dewitt County Jail, Clinton, Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS, the Honorable John M. Waters, Clerk of the said Court, and the seal thereof, at the City of Urbana, this 27th day of October, 2006.

s/ John M. Waters
_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois

I have partially executed this writ by taking custody of the within named **Jolanda Williamson** at **DeWitt Co. Jail** on **11/3/06** and transported him to the **Federal Courthouse** at **Urbana, Illinois** on **11/3/06**.

U. S. MARSHAL,

*[signature]*

DEPUTY U. S. MARSHAL


I have partially executed this writ by taking custody of the within named **Jolanda Williamson** at **Urbana Federal Courthouse** on **11/3/06** and transported him to the **DeWitt Co. Jail** at **Clinton, Illinois** on **11/3/06**.

U. S. MARSHAL,

*[signature]*

DEPUTY U. S. MARSHAL