E-FILED
Wednesday, 07 February, 2007 03:07:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-20032 |
| | ) | |
| BRAD O. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
FEB - 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   THE WARDEN OR SHERIFF OF THE KANKAKEE COUNTY JAIL, KANKAKEE, ILLINOIS

THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden or Sheriff of the Kankakee County Jail, Kankakee Illinois, and the United States Marshal for the Central District of Illinois, to transport the said Darrell Collins and to produce the said Darrell Collins, date of birth   /  /78, in the United States District Court, Courtroom A, 201 S. Vine Street, Urbana, Illinois, by the hour of 9:00 a.m. on October 31, 2006, and then and there to appear in connection with this cause and then and there to present the said Darrell Collins before the court and from day to day thereafter as may be necessary, until the trial has been completed, upon which time you shall return said Darrell Collins to the Kankakee County Jail, Kankakee Illinois, under safe and secure conduct, and have you then and there this Writ.

WITNESS, the Honorable John M. Waters, Clerk of the said Court, and the seal thereof, at the City of Urbana, this 27th day of October, 2006.

s/   John M. Waters
_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois

I have partially executed this writ by taking custody of the within named Darrell Collins at Kankakee County Jail on 11/7/06 and transported him to the Federal Courthouse at Urbana, Illinois on 11/7/06.

U. S. MARSHAL,

*[signature]*
DEPUTY U. S. MARSHAL

I have partially executed this writ by taking custody of the within named Darrell Collins at Urbana Federal Courthouse on 11/7/06 and transported him to the Kankakee Co. Jail at Kankakee, Illinois on 11/7/06.

U. S. MARSHAL,

*[signature]*
DEPUTY U. S. MARSHAL