JOHN M. WATERS
CLERK OF COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL DIVISION

TEL: 217-373-5830
FAX: 217-373-5834

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CASE NO. 06-20032-003 |
| vs. ) | |
| ) | |
| **CLINTON WILLIAMS** ) | |

### NOTICE OF APPEAL

**NOTICE** is hereby given that CLINTON WILLIAMS appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on 3/15/2007 in the above case.

PREPARED BY:
JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

DATE ENTERED: March 15, 2007