*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

**E-FILED**
Friday, 16 March, 2007  09:51:05 AM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District: Central District of Illinois*          *Docket No.: 06-20032-003*

*Division: Urbana*

**Plaintiff (Petitioner)Short CaptionDefendant (Respondent)**

*United States of America*          *v.*    *Clinton Williams*

-----------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name: Timothy Bass*                  *Name: Carol A. Dison*

*Firm: U.S. Attorney's Office*             *Firm: Beckett & Webber PC*

*Address: 201 S. Vine Street*             *Address: 508 S. Broadway, P.O. Box 17160*

*Urbana, IL 61802*                  *Urbana, IL 61803-7160*

*Phone: (217) 373-5875*               *Phone: (217) 328-0263*

-----------------------------------------------------------------------------------------------------

*Judge: Michael P. McCuskey*             *Nature of Suit Code:  Criminal*

*Court Reporter: Lisa Cosimini*           *Date Filed in District Court: 5/05/2006*

                         *Date of Judgment: 3/15/2007*

                         *Date of Notice of Appeal: 3/15/2007*

*Counsel:   X Appointed     ___Retained ___Pro Se*

*Fee Status:  ___Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      X Waived*

*(Please mark only 1 item above)*

*Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes      ___No*

*If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending*

*If certificate of appealability was granted or denied, what is the date of the order:  _____*

*If Defendant is in Federal custody, please provide United States Marshal number (USM#): 14381-026*

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**