# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, et. al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Richard N. Cox, Assistant United States Attorney, respectfully submits this notice of entry of appearance adding Richard N. Cox as an attorney of record for the plaintiff in this cause.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ RICHARD N. COX
RICHARD N. COX, Bar No. IL 0532258
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
richard.cox@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of the filing to the following:

> Harvey C. Welch, Attorney for Brad O. Williams
> Carol Dison, Attorney for Clinton Williams
> Carlton M. Kagawa, Attorney for Rory Tucker

and I further certify that I have mailed by United States Postal Service a copy of the foregoing to the following non-CM/ECF participant:

> Susan S. Kister
> Attorney at Law
> 8015 Forsyth Boulevard
> St. Louis, MO 63105

> s/ RICHARD N. COX
> RICHARD N. COX, Bar No. IL 0532258
> Assistant United States Attorney
> United States Attorney
> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> 217/373-5875
> FAX: 217-373-5891
> richard.cox@usdoj.gov