E-FILED
Thursday, 28 February, 2008  04:28:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-20032 |
| | ) |
| BRAD O. WILLIAMS, et. al., | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S MOTION TO WITHDRAW RECORD

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Richard N. Cox, Assistant United States Attorney, respectfully moves to withdraw the record, including prepared transcripts, in this case. In support of its motion, the government submits the following:

1. A grand jury charged eight defendants with conspiracy to commit robbery, robberies, and related crimes. Four of the defendants pleaded guilty to various charges. Four other defendants, Brad O. Williams, Seville Williams, Clinton Williams, and Rory Tucker, proceeded to a trial before a jury and were convicted of various offenses. This Court later sentenced each of the defendants to terms of imprisonment.

2. The four defendants who proceeded to trial each filed direct appeals to the United States Court of Appeals for the Seventh Circuit and their appeals have been consolidated. Circuit Rule 11(d) provides that an attorney for a party may withdraw

the record during the time allowed for the preparation of a brief on appeal by giving a receipt to the clerk who has physical custody of the record.

    3.    The defendants have filed their briefs with the Seventh Circuit and the government's consolidated brief is currently due on March 10, 2008. In order to prepare the government's brief on appeal and to properly respond to the defendants' claims, it is necessary that the government review the record, including prepared transcripts, in this case.

    4.    Accordingly, the government respectfully requests that it be allowed to withdraw the record in this case. The government will promptly return the record to the United States District Court Clerk's Office in Urbana, Illinois upon completion of the government's brief or upon notice that the United States Court of Appeals for the Seventh Circuit has requested transmittal of the record, whichever is earlier.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

                              Respectfully submitted,

                              RODGER A. HEATON
                              UNITED STATES ATTORNEY

BY:    s/Richard N. Cox
           Richard N. Cox, Bar No. IL 0532258
           United States Attorney
           201 S. Vine St., Suite 226
           Urbana, IL 61802
           Phone: 217/373-5875
           Fax: 217/373-5891
           richard.cox@.usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of the filing to the following:

>Harvey C. Welch, Attorney for Brad O. Williams
>Carol Dison, Attorney for Clinton Williams
>Carlton M. Kagawa, Attorney for Rory Tucker

and I further certify that I have mailed by United States Postal Service a copy of the foregoing to the following non-CM/ECF participant:

>Susan S. Kister
>Attorney at Law
>8015 Forsyth Boulevard
>St. Louis, MO 63105

>s/ RICHARD N. COX
>RICHARD N. COX, Bar No. IL 0532258
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>richard.cox@usdoj.gov