**E-FILED**
Tuesday, 04 March, 2008  03:51:03 PM
Clerk, U.S. District Court, ILCD



# United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

### CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

#### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  06-20032 |
| | ) | |
| **RORY TUCKER, BRAD O. WILLIAMS,** | ) | |
| **and CLINTON WILLIAMS** | ) | |
| Defendant. | ) | |

## RECEIPT

Received  from Clerk, U.S. District Court for the Central District of Illinois, Transcript #242 filed 12/12/07 and Transcripts #244 and #245 filed 12/28/07 in above cause (to be returned to Clerk's Office).

All other transcripts filed in this case were forwarded to the US Court of Appeals on 2/4/08 per their request for record on appeal as to Seville Williams.  No other documents are requested from U.S. Attorney's Office at this time.

Date: 3/4/08

By:   s/ MB for Richard Cox
U.S. Attorney's Office
201 S. Vine Street
Urbana, IL 61802