

# United States District Court

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             Plaintiff,  )<br>                     )<br>   v.  )<br>                     )<br>RORY TUCKER, BRAD O. WILLIAMS,  )<br>and CLINTON WILLIAMS,  )<br>             Defendant.  ) | CASE NO. 06-20032 |

**RECEIPT**

Received from Clerk, U.S. District Court for the Central District of Illinois 13 volumes of

Transcripts (#98, #164, #232 through #241, #243) in above cause.

Date:  3/13/08

By:  s/  R. Cox
Richard N. Cox
U.S. Attorney's Office
201 S. Vine Street
Urbana, IL 61802