# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ORAL ARGUMENT

Date: July 9, 2008

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | ] Appeals from the United<br>] States District Court for<br>] the Central District of |
| Nos. 07-1573, 07-1574, 07-1575<br>    and 07-1576               v. | ] Illinois.<br>]<br>] No. 06 CR 20032 |
| BRAD O. WILLIAMS, SEVILLE WILLIAMS,<br>CLINTON WILLIAMS and RORY TUCKER,<br>    Defendants-Appellants. | ]<br>] Michael P. McCuskey,<br>]    Chief Judge. |

    **IT IS ORDERED** that this case be orally argued on Friday, September 5, 2008, in the Courtroom of the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn, Room 2721, Chicago, Illinois at 9:30 a.m.

    Oral argument will be no more than 15 minutes for each side. Appeal no. 07-1574 is an Anders case and will be submitted for decision without argument. Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

    **IT IS FURTHER ORDERED** that counsel notify the Calendar Clerk (312-435-5850) who will present oral argument by completing and returning the enclosed post card to the court. Notice must be received in the clerk's office no later than 5 business days prior to the scheduled argument date.

    Copies of this notice have been sent to counsel of record.

NOTE: Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of service on all other counsel or parties, and must be received by the court within five calendar days from the date at the top of this notice. Postponements will be granted only in extraordinary circumstances. See Circuit Rule 34(e).

Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements and information about oral argument in the Court of Appeals.

(1006-102301)