**E-FILED**
Thursday, 10 July, 2008  02:44:50 PM
Clerk, U.S. District Court, ILCD



# United States District Court

## Central District of Illinois

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 10, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. Brad Williams, Clinton Williams, Rory Tucker
D. C. Docket No. 06-20032
U. S. C. A. Docket No. 07-1573, 07-1575, 07-1576

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

3 Volumes of Pleadings

3* Volumes of Transcript
(*13 Volumes of Transcript submitted with record as to co-defendant Seville Williams - USCA Case 07-1574)

* Volumes of Exhibits:  Trial Exhibits are bulky, #135 Exhibit List is included in the record

Other (specify): In Camera Documents - 5 Volumes

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY: _s/S. Porter_____
Deputy Clerk

**E-FILED**
Thursday, 10 July, 2008 02:45:26 PM
Clerk, U.S. District Court, ILCD

APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
### CRIMINAL DOCKET FOR CASE #: 2:06-cr-20032-MPM-DGB All Defendants
### Internal Use Only

Case title: USA v. Williams et al
Magistrate judge case number: 2:06-mj-07209-DGB

Date Filed: 05/05/2006
Date Terminated: 03/15/2007

---

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '07-1573' 'Seventh Circuit'

**Defendant (1)**

**Brad O Williams**
*TERMINATED: 03/15/2007*

represented by **Harvey C Welch**
WELCH & HICKS
401 W Elm St
Urbana , IL 61801
(217) 367-3200
Fax: 217-367-0241
Email: hcwincourt@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**James T Burns**
Ste 320
One Dearborn Square
Kankakee , IL 60901
815-933-0114
Fax: 815-933-7658
*TERMINATED: 10/19/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

A TRUE COPY
ATTEST·
PAMELA E. ROBINSON, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 7-10-08

**Pending Counts**

**Disposition**

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life.

CONSPIRACY TO DEFRAUD THE UNITED STATES. On or about 11/05 to 4/24/06 defendants did conspire to commit armed bank robbery, to commit robbery, and to carry and use a firearm during and in relation to and to possess a firearm in furtherance of a crime of violence in violation of 18 USC 371. (1)

INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE. On or about 1/3/06 defendants did unlawfully obstruct interstate commerce by committing the offense of robbery by means of actual and threatened force in violation of 18 USC 1951 and 2. (2)

Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment.

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment.

VIOLENT
CRIME/DRUGS/MACHINE GUN. On
or about 1/3/06 defendants used and
carried a firearm in relation to a crime
of violence in violation of 18 USC 924
(c).
(3)

It is the judgment of the Court that Brad
O. Williams is hereby committed to the
custody of the BOP for a term of life.
Said term shall consist of 60 months on
Count 1; 240 months on each of Counts
2 and 6, to run concurrently with one
another and with Count 1; 300 months
on each of Counts 4 and 8, to run
concurrently with one another and with
Counts 1, 2, and 6; 120 months on
Count 10, to run concurrently with
Counts 1, 2, 4, 6, and 8; and life
imprisonment on Counts 3, 5, 7, and 9,
to run consecutively to each other, and
consecutively to Counts 1, 2, 4, 6, 8,
and 10. Defendant shall pay
$421,052.43 in restitution; $317,891.90
to be jointly and severally with co-
defendant Seville Williams (02);
$416,713.53 jointly and severally with
co-defendant Clinton Williams (03);
and $103,160.53 to be jointly and
severally with co-defendants Tyron
Thomas (04), and Marion Jefferson III
(06). Defendant shall pay $1,000
special assessment.

BANK ROBBERY BY FORCE OR
VIOLENCE. On or about 1/11/06
defendants did by force and violence,
knowingly take property in custody of
Commonwealth Credit Union in
Kankakee, IL by using a firearm in
violation of 18 USC 2113(a) and (d).
(4)

It is the judgment of the Court that Brad
O. Williams is hereby committed to the
custody of the BOP for a term of life.
Said term shall consist of 60 months on
Count 1; 240 months on each of Counts
2 and 6, to run concurrently with one
another and with Count 1; 300 months
on each of Counts 4 and 8, to run
concurrently with one another and with
Counts 1, 2, and 6; 120 months on
Count 10, to run concurrently with
Counts 1, 2, 4, 6, and 8; and life
imprisonment on Counts 3, 5, 7, and 9,
to run consecutively to each other, and
consecutively to Counts 1, 2, 4, 6, 8,
and 10. Defendant shall pay
$421,052.43 in restitution; $317,891.90
to be jointly and severally with co-
defendant Seville Williams (02);
$416,713.53 jointly and severally with
co-defendant Clinton Williams (03);
and $103,160.53 to be jointly and
severally with co-defendants Tyron
Thomas (04), and Marion Jefferson III

(06). Defendant shall pay $1,000 special assessment.

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment.

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 1/11/06 defendants used and carried a firearm in relation to a crime of violence in violation of 18 USC 924 (c).
(5)

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03);

INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE. On or about 3/28/06 defendants did unlawfully affect interstate commerce by taking property from employees of Heights Finance, Kankakee, IL by threatened force in violation of 18 USC 1951 and 2.
(6)

and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment.

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment.

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 3/28/06 defendants used and carried a firearm during a crime of violence as charged in Count 6 in violation of 18 USC 924(c).
(7)

BANK ROBBERY BY FORCE OR VIOLENCE. On or about 4/24/06 defendants did knowingly take property in custody of Community Plus Federal Credit Union, Rantoul, IL, by use of a dangerous weapon in violation of 18 USC 2113(a) and (d).
(8)

defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment.

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment.

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 4/24/06 defendants used and carried a firearm during a crime of violence as charged in Count 8 in violation of 18 USC 924(c). (9)

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8,

UNLAWFUL TRANSPORT OF FIREARMS, ETC. On or about 4/24/06 defendants, after previously being convicted of a crime punishable by more than one year of imprisonment, did knowingly and unlawfully possess a firearm which had previously been

shipped in interstate commerce in violation of 18 USC 922(g)(1). (10)

and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04), and Marion Jefferson III (06). Defendant shall pay $1,000

18:2113A.F On or about 4/24/06 defendants did by force, violence and intimidation, take money belonging to and in the custody of Community Plus Federal Credit Union, whose deposits were insured by the NCUA, and in committing this offense did assault persons and carry a firearm during a crime of violence in violation of 18 USC 2113(a) and (d), and 924(c) and 2.

special assessment.

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '07-1574' 'Seventh Circuit'

## Defendant (2)

**Seville Williams**
*TERMINATED: 03/15/2007*

*Already prepared*
*& transmitted*
*Long record 2/4/08*

represented by **John C Taylor**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana , IL 61801
217-373--0666
Fax: 217-373-0667
Email: john_taylor@fd.org
*TERMINATED: 07/30/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Susan S Kister**
8015 Forsyth Boulevard
St Louis , MO 63105
314-725-3200
Fax: 314-725-3275
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Seventh Circuit*
*Appointment*

## Pending Counts

CONSPIRACY TO DEFRAUD THE UNITED STATES. On or about 11/05 to 4/24/06 defendants did conspire to commit armed bank robbery, to commit robbery, and to carry and use a firearm

## Disposition

It is the judgment of the Court that Seville Williams is hereby committed to the custody of the BOP for a term of 546 months. This term shall consist of 60 months on Count 1, and 162 months on each of Counts 2 and 4 to be served concurrently; followed by 84 months on Count 3 to run consecutively to imprisonment on Counts 2 and 4; and followed by 300 months on Count 5 to run consecutively to imprisonment on Count 3 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised

during and in relation to and to possess a firearm in furtherance of a crime of violence in violation of 18 USC 371.
(1)

INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE. On or about 1/3/06 defendants did unlawfully obstruct interstate commerce by committing the offense of robbery by means of actual and threatened force in violation of 18 USC 1951 and 2.
(2)

VIOLENT CRIME/DRUGS/MACHINE GUN. On

release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 2, and 5 years on each of Counts 3, 4, and 5, all to be served concurrently. Defendant shall pay $317,891.90 in restitution; total amount to be jointly and severally with co-defendant Brad O. Williams and $313,785 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Seville Williams is hereby committed to the custody of the BOP for a term of 546 months. This term shall consist of 60 months on Count 1, and 162 months on each of Counts 2 and 4 to be served concurrently; followed by 84 months on Count 3 to run consecutively to imprisonment on Counts 1, 2 and 4; and followed by 300 months on Count 5 to run consecutively to imprisonment on Count 3 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 2, and 5 years on each of Counts 3, 4, and 5, all to be served concurrently. Defendant shall pay $317,891.90 in restitution; total amount to be jointly and severally with co-defendant Brad O. Williams and $313,785 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Seville Williams is hereby committed to the custody of the BOP for a term of 546 months. This term shall consist of 60 months on Count 1, and 162 months on each of Counts 2 and 4 to be served concurrently; followed by 84 months on Count 3 to run consecutively to imprisonment on Counts 1, 2 and 4; and followed by 300 months on Count 5 to run consecutively to imprisonment on

or about 1/3/06 defendants used and carried a firearm in relation to a crime of violence in violation of 18 USC 924 (c).
(3)

BANK ROBBERY BY FORCE OR VIOLENCE. On or about 1/11/06 defendants did by force and violence, knowingly take property in custody of Commonwealth Credit Union in Kankakee, IL by using a firearm in violation of 18 USC 2113(a) and (d).
(4)

Count 3 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 2, and 5 years on each of Counts 3, 4, and 5, all to be served concurrently. Defendant shall pay $317,891.90 in restitution; total amount to be jointly and severally with co-defendant Brad O. Williams and $313,785 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Seville Williams is hereby committed to the custody of the BOP for a term of 546 months. This term shall consist of 60 months on Count 1, and 162 months on each of Counts 2 and 4 to be served concurrently; followed by 84 months on Count 3 to run consecutively to imprisonment on Counts 1, 2 and 4; and followed by 300 months on Count 5 to run consecutively to imprisonment on Count 3 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 2, and 5 years on each of Counts 3, 4, and 5, all to be served concurrently. Defendant shall pay $317,891.90 in restitution; total amount to be jointly and severally with co-defendant Brad O. Williams and $313,785 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Seville Williams is hereby committed to the custody of the BOP for a term of 546 months. This term shall consist of 60 months on Count 1, and 162 months on each of Counts 2 and 4 to be served concurrently; followed by 84 months on Count 3 to run consecutively to

VIOLENT
CRIME/DRUGS/MACHINE GUN. On
or about 1/11/06 defendants used and
carried a firearm in relation to a crime
of violence in violation of 18 USC 924
(c).
(5)

imprisonment on Counts 1, 2 and 4; and
followed by 300 months on Count 5 to
run consecutively to imprisonment on
Count 3 and all other counts. Upon
release from imprisonment, the
defendant shall be placed on supervised
release for a term of 5 years with
special conditions. This term shall
consist of 3 years on each of Counts 1
and 2, and 5 years on each of Counts 3,
4, and 5, all to be served concurrently.
Defendant shall pay $317,891.90 in
restitution; total amount to be jointly
and severally with co-defendant Brad
O. Williams and $313,785 to be jointly
and severally with co-defendant Clinton
Williams. Defendant shall pay $500
special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Disposition**

**Complaints**

None

**Disposition**

**Disposition**

---

Assigned to: Chief Judge Michael P.
McCuskey
Referred to: Magistrate Judge David G.
Bernthal

Appeals court case number: '07-1575'
'Seventh Circuit'

**Defendant (3)**

**Clinton Williams**
*TERMINATED: 03/15/2007*

represented by **Carol A Dison**
BECKETT & WEBBER PC
508 S Broadway
PO Box 17160
Urbana , IL 61803-7160
217-328-0263

Fax: 217-328-0290
Email: Carol@beckettwebber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

It is the judgment of the Court that
Clinton Williams is hereby committed
to the custody of the BOP for a term of
552 months. This term shall consist of
60 months on Count 1; 168 months on
Counts 4 and 8, to run concurrently
with each other, and with Count 1; 84
months on Count 5, to be served
consecutively to the term imposed in
Counts 1, 4, and 8; and 300 months on
Count 9, to run consecutively to Counts
1, 4, 5, and 8. Upon release from
imprisonment, the defendant shall be
placed on supervised release for a term
of 5 years with special conditions. This
term shall consist of 3 years on Count 1;
and 5 years on each of Counts 4, 5, 8
and 9, to be served concurrently.
Defendant shall pay $416,713.53 in
restitution; $313,785 to be jointly and
severally with co-defendants Brad O.
Williams and Seville Williams and
$102,928.53 jointly and severally with
co-defendants Brad O. Williams, Tyron
Thomas, and Marion Jefferson III.
Defendant shall pay $500 special
assessment.

CONSPIRACY TO DEFRAUD THE
UNITED STATES. On or about 11/05
to 4/24/06 defendants did conspire to
commit armed bank robbery, to commit
robbery, and to carry and use a firearm
during and in relation to and to possess
a firearm in furtherance of a crime of
violence in violation of 18 USC 371.
(1)

It is the judgment of the Court that
Clinton Williams is hereby committed
to the custody of the BOP for a term of
552 months. This term shall consist of
60 months on Count 1; 168 months on
Counts 4 and 8, to run concurrently
with each other, and with Count 1; 84
months on Count 5, to be served
consecutively to the term imposed in
Counts 1, 4, and 8; and 300 months on
Count 9, to run consecutively to Counts
1, 4, 5, and 8. Upon release from
imprisonment, the defendant shall be
placed on supervised release for a term
of 5 years with special conditions. This

BANK ROBBERY BY FORCE OR
VIOLENCE. On or about 1/11/06
defendants did by force and violence,
knowingly take property in custody of
Commonwealth Credit Union in
Kankakee, IL by using a firearm in

violation of 18 USC 2113(a) and (d).
(4)

VIOLENT
CRIME/DRUGS/MACHINE GUN. On
or about 1/11/06 defendants used and
carried a firearm in relation to a crime
of violence in violation of 18 USC 924
(c).
(5)

BANK ROBBERY BY FORCE OR

term shall consist of 3 years on Count 1;
and 5 years on each of Counts 4, 5, 8
and 9, to be served concurrently.
Defendant shall pay $416,713.53 in
restitution; $313,785 to be jointly and
severally with co-defendants Brad O.
Williams and Seville Williams and
$102,928.53 jointly and severally with
co-defendants Brad O. Williams, Tyron
Thomas, and Marion Jefferson III.
Defendant shall pay $500 special
assessment.

It is the judgment of the Court that
Clinton Williams is hereby committed
to the custody of the BOP for a term of
552 months. This term shall consist of
60 months on Count 1; 168 months on
Counts 4 and 8, to run concurrently
with each other, and with Count 1; 84
months on Count 5, to be served
consecutively to the term imposed in
Counts 1, 4, and 8; and 300 months on
Count 9, to run consecutively to Counts
1, 4, 5, and 8. Upon release from
imprisonment, the defendant shall be
placed on supervised release for a term
of 5 years with special conditions. This
term shall consist of 3 years on Count 1;
and 5 years on each of Counts 4, 5, 8
and 9, to be served concurrently.
Defendant shall pay $416,713.53 in
restitution; $313,785 to be jointly and
severally with co-defendants Brad O.
Williams and Seville Williams and
$102,928.53 jointly and severally with
co-defendants Brad O. Williams, Tyron
Thomas, and Marion Jefferson III.
Defendant shall pay $500 special
assessment.

It is the judgment of the Court that
Clinton Williams is hereby committed
to the custody of the BOP for a term of
552 months. This term shall consist of
60 months on Count 1; 168 months on
Counts 4 and 8, to run concurrently
with each other, and with Count 1; 84
months on Count 5, to be served
consecutively to the term imposed in
Counts 1, 4, and 8; and 300 months on

VIOLENCE. On or about 4/24/06 defendants did knowingly take property in custody of Community Plus Federal Credit Union, Rantoul, IL, by use of a dangerous weapon in violation of 18 USC 2113(a) and (d).
(8)

Count 9, to run consecutively to Counts 1, 4, 5, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1; and 5 years on each of Counts 4, 5, 8 and 9, to be served concurrently. Defendant shall pay $416,713.53 in restitution; $313,785 to be jointly and severally with co-defendants Brad O. Williams and Seville Williams and $102,928.53 jointly and severally with co-defendants Brad O. Williams, Tyron Thomas, and Marion Jefferson III. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Clinton Williams is hereby committed to the custody of the BOP for a term of 552 months. This term shall consist of 60 months on Count 1; 168 months on Counts 4 and 8, to run concurrently with each other, and with Count 1; 84 months on Count 5, to be served consecutively to the term imposed in Counts 1, 4, and 8; and 300 months on Count 9, to run consecutively to Counts 1, 4, 5, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1; and 5 years on each of Counts 4, 5, 8 and 9, to be served concurrently. Defendant shall pay $416,713.53 in restitution; $313,785 to be jointly and severally with co-defendants Brad O. Williams and Seville Williams and $102,928.53 jointly and severally with co-defendants Brad O. Williams, Tyron Thomas, and Marion Jefferson III. Defendant shall pay $500 special assessment.

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 4/24/06 defendants used and carried a firearm during a crime of violence as charged in Count 8 in violation of 18 USC 924(c).
(9)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

<table>
<tr><td></td><td>It is the judgment of the Court that Clinton Williams is hereby committed to the custody of the BOP for a term of 552 months. This term shall consist of 60 months on Count 1; 168 months on Counts 4 and 8, to run concurrently with each other, and with Count 1; 84 months on Count 5, to be served consecutively to the term imposed in Counts 1, 4, and 8; and 300 months on Count 9, to run consecutively to Counts 1, 4, 5, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1; and 5 years on each of Counts 4, 5, 8 and 9, to be served concurrently. Defendant shall pay $416,713.53 in restitution; $313,785 to be jointly and severally with co-defendants Brad O. Williams and Seville Williams and $102,928.53 jointly and severally with co-defendants Brad O. Williams, Tyron Thomas, and Marion Jefferson III. Defendant shall pay $500 special assessment.</td></tr>
</table>

18:2113A.F On or about 4/24/06 defendants did by force, violence and intimidation, take money belonging to and in the custody of Community Plus Federal Credit Union, whose deposits were insured by the NCUA, and in committing this offense did assault persons and carry a firearm during a crime of violence in violation of 18 USC 2113(a) and (d), and 924(c) and 2.

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

**Defendant (4)**

**Tyron Thomas**                                  represented by  **James C Dedman**
*TERMINATED: 03/15/2007*                                          SILVERMAN & ASSOCIATES
                                                                  102 West Main Street
                                                                  Urbana , IL 61801
                                                                  217-367-2400
                                                                  Email: coloneldedman@yahoo.com
                                                                  *LEAD ATTORNEY*



ATTORNEY TO BE NOTICED
Designation: CJA Appointment

**Pending Counts**

**Disposition**

It is the judgment of the Court that Tyron Thomas is hereby committed to the custody of the BOP for a term of 444 months. This term shall consist of 60 months on Count 1, 135 months on each of Counts 6 and 8, all to be served concurrently; followed by 120 months on Count 7, to run consecutively to imprisonment on Counts 1, 6, and 8 and followed by 189 months on Count 9, to run consecutively to imprisonment on Count 7 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, all to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Marion Jefferson III; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

CONSPIRACY TO DEFRAUD THE UNITED STATES. On or about 11/05 to 4/24/06 defendants did conspire to commit armed bank robbery, to commit robbery, and to carry and use a firearm during and in relation to and to possess a firearm in furtherance of a crime of violence in violation of 18 USC 371.
(1)

It is the judgment of the Court that Tyron Thomas is hereby committed to the custody of the BOP for a term of 444 months. This term shall consist of 60 months on Count 1, 135 months on each of Counts 6 and 8, all to be served concurrently; followed by 120 months on Count 7, to run consecutively to imprisonment on Counts 1, 6, and 8 and followed by 189 months on Count 9, to run consecutively to imprisonment on Count 7 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, all to be served concurrently. Defendant

INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE. On or about 3/28/06 defendants did unlawfully affect interstate commerce by taking property from employees of Heights Finance, Kankakee, IL by threatened force in violation of 18 USC 1951 and 2.
(6)

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 3/28/06 defendants used and carried a firearm during a crime of violence as charged in Count 6 in violation of 18 USC 924(c). (7)

BANK ROBBERY BY FORCE OR VIOLENCE. On or about 4/24/06 defendants did knowingly take property in custody of Community Plus Federal Credit Union, Rantoul, IL, by use of a dangerous weapon in violation of 18 USC 2113(a) and (d).

shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Marion Jefferson III; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Tyron Thomas is hereby committed to the custody of the BOP for a term of 444 months. This term shall consist of 60 months on Count 1, 135 months on each of Counts 6 and 8, all to be served concurrently; followed by 120 months on Count 7, to run consecutively to imprisonment on Counts 1, 6, and 8 and followed by 189 months on Count 9, to run consecutively to imprisonment on Count 7 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, all to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Marion Jefferson III; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Tyron Thomas is hereby committed to the custody of the BOP for a term of 444 months. This term shall consist of 60 months on Count 1, 135 months on each of Counts 6 and 8, all to be served concurrently; followed by 120 months on Count 7, to run consecutively to imprisonment on Counts 1, 6, and 8 and followed by 189 months on Count 9, to run consecutively to imprisonment on Count 7 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall

(8)



VIOLENT
CRIME/DRUGS/MACHINE GUN. On
or about 4/24/06 defendants used and
carried a firearm during a crime of
violence as charged in Count 8 in
violation of 18 USC 924(c).
(9)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

UNLAWFUL TRANSPORT OF
FIREARMS, ETC. On or about 4/24/06
defendants, after previously being
convicted of a crime punishable by
more than one year of imprisonment,
did knowingly and unlawfully possess a
firearm which had previously been

consist of 3 years on each of Counts 1
and 6, and 5 years on Counts 7, 8 and 9,
all to be served concurrently. Defendant
shall pay $103,160.53 in restitution; the
total amount to be jointly and severally
with co-defendants Brad O. Williams
and Marion Jefferson III; $102,928.53
to be jointly and severally with co-
defendant Clinton Williams. Defendant
shall pay $500 special assessment.

It is the judgment of the Court that
Tyron Thomas is hereby committed to
the custody of the BOP for a term of
444 months. This term shall consist of
60 months on Count 1, 135 months on
each of Counts 6 and 8, all to be served
concurrently; followed by 120 months
on Count 7, to run consecutively to
imprisonment on Counts 1, 6, and 8
followed by 189 months on Count 9, to
run consecutively to imprisonment on
Count 7 and all other counts. Upon
release from imprisonment, the
defendant shall be placed on supervised
release for a term of 5 years with
special conditions. This term shall
consist of 3 years on each of Counts 1
and 6, and 5 years on Counts 7, 8 and 9,
all to be served concurrently. Defendant
shall pay $103,160.53 in restitution; the
total amount to be jointly and severally
with co-defendants Brad O. Williams
and Marion Jefferson III; $102,928.53
to be jointly and severally with co-
defendant Clinton Williams. Defendant
shall pay $500 special assessment.

**Disposition**

Upon oral motion by the Government at
sentencing hearing, Count 10 is
dismissed.

shipped in interstate commerce in violation of 18 USC 922(g)(1). (10)

## Highest Offense Level (Terminated)

Felony

## Complaints                                    Disposition

18:2113A.F On or about 4/24/06 defendants did by force, violence and intimidation, take money belonging to and in the custody of Community Plus Federal Credit Union, whose deposits were insured by the NCUA, and in committing this offense did assault persons and carry a firearm during a crime of violence in violation of 18 USC 2113(a) and (d), and 924(c) and 2.

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '07-1576' 'USCA 7'

## Defendant (5)

**Rory Tucker**                    represented by    **Carlton M Kagawa**
*TERMINATED: 03/15/2007*                            CARLTON M KAGAWA LAW
                                                    OFFICES
                                                    Suite 200H Towne Center
                                                    2 E Main St
                                                    Danville , IL 61832
                                                    (217) 446-0145
                                                    Email: kagawa.law@sbcglobal.net
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

## Pending Counts                                   Disposition

CONSPIRACY TO DEFRAUD THE          It is the judgment of the Court that Rory
UNITED STATES. On or about 11/05    Tucker is hereby committed to the
to 4/24/06 defendants did conspire to   custody of the BOP for a term of 221
                                    months. This term shall consist of 60
                                    months on Count 1 and 137 months on
                                    Count 8, to be served concurrently, and

commit armed bank robbery, to commit robbery, and to carry and use a firearm during and in relation to and to possess a firearm in furtherance of a crime of violence in violation of 18 USC 371.
(1)

BANK ROBBERY BY FORCE OR VIOLENCE. On or about 4/24/06 defendants did knowingly take property in custody of Community Plus Federal Credit Union, Rantoul, IL, by use of a dangerous weapon in violation of 18 USC 2113(a) and (d).
(8)

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 4/24/06 defendants used and carried a firearm during a crime of violence as charged in Count 8 in violation of 18 USC 924(c).
(9)

84 months on Count 9, to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years with special conditions. This term shall consist of 3 years on Count 1, and 4 years on each of Counts 8 and 9, all to be served concurrently. Defendant shall pay $300 special assessment.

It is the judgment of the Court that Rory Tucker is hereby committed to the custody of the BOP for a term of 221 months. This term shall consist of 60 months on Count 1 and 137 months on Count 8, to be served concurrently, and 84 months on Count 9, to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years with special conditions. This term shall consist of 3 years on Count 1, and 4 years on each of Counts 8 and 9, all to be served concurrently. Defendant shall pay $300 special assessment.

It is the judgment of the Court that Rory Tucker is hereby committed to the custody of the BOP for a term of 221 months. This term shall consist of 60 months on Count 1 and 137 months on Count 8, to be served concurrently, and 84 months on Count 9, to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years with special conditions. This term shall consist of 3 years on Count 1, and 4 years on each of Counts 8 and 9, all to be served concurrently. Defendant shall pay $300 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

### Highest Offense Level (Terminated)

None

### Complaints

18:2113A.F On or about 4/24/06
defendants did by force, violence and
intimidation, take money belonging to
and in the custody of Community Plus
Federal Credit Union, whose deposits
were insured by the NCUA, and in
committing this offense did assault
persons and carry a firearm during a
crime of violence in violation of 18
USC 2113(a) and (d), and 924(c) and 2.

### Disposition

---

Assigned to: Chief Judge Michael P.
McCuskey
Referred to: Magistrate Judge David G.
Bernthal

### Defendant (6)

**Marion Jefferson, III**
*TERMINATED: 03/15/2007*

represented by **Baku Patel**
DOYLE LEHMAN & PATEL
1022 N Vermilion St
PO Box 974
Danville , IL 61834-0974
217-446-3844
Fax: 217-446-1734
Email: bnpatel@doylelawteam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

CONSPIRACY TO DEFRAUD THE
UNITED STATES. On or about 11/05
to 4/24/06 defendants did conspire to

### Disposition

It is the judgment of the Court that
Marion Jefferson III is hereby
committed to the custody of the BOP
for a term of 457 months. This term
shall consist of 37 months on each of
Counts 1, 6 and 8, to be served
concurrently with each other; 120
months on Count 7, to be served
consecutively to the terms imposed in
Counts 1, 6, and 8; and 300 months on
Count 9, to be served consecutively to
the terms imposed in Counts 1, 6, 7, and

commit armed bank robbery, to commit robbery, and to carry and use a firearm during and in relation to and to possess a firearm in furtherance of a crime of violence in violation of 18 USC 371.
(1)

INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE. On or about 3/28/06 defendants did unlawfully affect interstate commerce by taking property from employees of Heights Finance, Kankakee, IL by threatened force in violation of 18 USC 1951 and 2.
(6)

8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Tyron Thomas; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Marion Jefferson III is hereby committed to the custody of the BOP for a term of 457 months. This term shall consist of 37 months on each of Counts 1, 6 and 8, to be served concurrently with each other; 120 months on Count 7, to be served consecutively to the terms imposed in Counts 1, 6, and 8; and 300 months on Count 9, to be served consecutively to the terms imposed in Counts 1, 6, 7, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Tyron Thomas; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Marion Jefferson III is hereby committed to the custody of the BOP for a term of 457 months. This term shall consist of 37 months on each of Counts 1, 6 and 8, to be served concurrently with each other; 120 months on Count 7, to be served consecutively to the terms imposed in

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 3/28/06 defendants used and carried a firearm during a crime of violence as charged in Count 6 in violation of 18 USC 924(c).
(7)

BANK ROBBERY BY FORCE OR VIOLENCE. On or about 4/24/06 defendants did knowingly take property in custody of Community Plus Federal Credit Union, Rantoul, IL, by use of a dangerous weapon in violation of 18 USC 2113(a) and (d).
(8)

Counts 1, 6, and 8; and 300 months on Count 9, to be served consecutively to the terms imposed in Counts 1, 6, 7, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Tyron Thomas; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Marion Jefferson III is hereby committed to the custody of the BOP for a term of 457 months. This term shall consist of 37 months on each of Counts 1, 6 and 8, to be served concurrently with each other; 120 months on Count 7, to be served consecutively to the terms imposed in Counts 1, 6, and 8; and 300 months on Count 9, to be served consecutively to the terms imposed in Counts 1, 6, 7, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Tyron Thomas; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

It is the judgment of the Court that Marion Jefferson III is hereby committed to the custody of the BOP for a term of 457 months. This term shall consist of 37 months on each of Counts 1, 6 and 8, to be served

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 4/24/00 defendants used and carried a firearm during a crime of violence as charged in Count 8 in violation of 18 USC 924(c).
(9)

concurrently with each other; 120 months on Count 7, to be served consecutively to the terms imposed in Counts 1, 6, and 8; and 300 months on Count 9, to be served consecutively to the terms imposed in Counts 1, 6, 7, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Tyron Thomas; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

**Defendant (7)**

**Bobby L Riley**
*TERMINATED: 03/15/2007*

represented by **Thomas Anthony Bruno**
THOMAS A BRUNO & ASSOCIATES
301 W Green St
Urbana , IL 61801-3200
217-328-6000
Fax: 217-328-6765



Email: tombruno@tombruno.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

It is the judgment of the Court that Bobby L. Riley is hereby committed to the custody of the BOP for a term of 113 months. This term shall consist of 57 months on each of Counts 1 and 8 to be served concurrently and 56 months on Count 9 to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1 and 5 years on each of Counts 8 and 9, to be served concurrently. The Court finds the stolen funds have been returned; therefore restitution is not an issue. Defendant shall pay $300 special assessment.

CONSPIRACY TO DEFRAUD THE UNITED STATES. On or about 11/05 to 4/24/06 defendants did conspire to commit armed bank robbery, to commit robbery, and to carry and use a firearm during and in relation to and to possess a firearm in furtherance of a crime of violence in violation of 18 USC 371.
(1)

It is the judgment of the Court that Bobby L. Riley is hereby committed to the custody of the BOP for a term of 113 months. This term shall consist of 57 months on each of Counts 1 and 8 to be served concurrently and 56 months on Count 9 to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1 and 5 years on each of Counts 8 and 9, to be served concurrently. The Court finds the stolen funds have been returned; therefore restitution is not an issue. Defendant shall pay $300 special assessment.

BANK ROBBERY BY FORCE OR VIOLENCE. On or about 4/24/06 defendants did knowingly take property in custody of Community Plus Federal Credit Union, Rantoul, IL, by use of a dangerous weapon in violation of 18 USC 2113(a) and (d).
(8)

It is the judgment of the Court that Bobby L. Riley is hereby committed to the custody of the BOP for a term of 113 months. This term shall consist of 57 months on each of Counts 1 and 8 to

VIOLENT CRIME/DRUGS/MACHINE GUN. On or about 4/24/06 defendants used and carried a firearm during a crime of violence as charged in Count 8 in violation of 18 USC 924(c). (9)

be served concurrently and 56 months on Count 9 to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1 and 5 years on each of Counts 8 and 9, to be served concurrently. The Court finds the stolen funds have been returned; therefore restitution is not an issue. Defendant shall pay $300 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

It is the judgment of the Court that Bobby L. Riley is hereby committed to the custody of the BOP for a term of 113 months. This term shall consist of 57 months on each of Counts 1 and 8 to be served concurrently and 56 months on Count 9 to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1 and 5 years on each of Counts 8 and 9, to be served concurrently. The Court finds the stolen funds have been returned; therefore restitution is not an issue. Defendant shall pay $300 special assessment.

18:2113A.F On or about 4/24/06 defendants did by force, violence and intimidation, take money belonging to and in the custody of Community Plus Federal Credit Union, whose deposits were insured by the NCUA, and in committing this offense did assault persons and carry a firearm during a crime of violence in violation of 18 USC 2113(a) and (d), and 924(c) and 2.

Assigned to: Chief Judge Michael P. McCuskey

Referred to: Magistrate Judge David G.
Bernthal

**Defendant (8)**

**Ahshun T Collins**             represented by    **John C Taylor**
*TERMINATED: 03/15/2007*                          (See above for address)
                                                  *TERMINATED: 05/11/2006*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Public Defender or*
                                                  *Community Defender Appointment*

                                                  **Michael B McClellan**
                                                  Suite 301
                                                  102 E Main St
                                                  Urbana , IL 61801
                                                  217-352-0528
                                                  Fax: 217-367-1335
                                                  Email: mbmcclellan@ameritech.net
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

**Pending Counts**                                **Disposition**

                                                  It is the judgment of the Court that
                                                  Ahshun T Collins is hereby committed
                                                  to the custody of the BOP for a term of
                                                  218 months. This term shall consist of
                                                  60 months on Count 1, 134 months on
CONSPIRACY TO DEFRAUD THE                         Count 8, to be served concurrently;
UNITED STATES. On or about 11/05                  followed by 84 months on Count 9, to
to 4/24/06 defendants did conspire to             run consecutively to imprisonment on
commit armed bank robbery, to commit              Counts 1 and 8. Upon release from
robbery, and to carry and use a firearm           imprisonment, the defendant shall be
during and in relation to and to possess          placed on supervised release for a term
a firearm in furtherance of a crime of            of 5 years with special conditions. This
violence in violation of 18 USC 371.              term shall consist of 3 years on Count 1
(1)                                               and 5 years on each of Counts 8 and 9,
                                                  to be served concurrently. The Court
                                                  finds the stolen funds have been
                                                  returned; therefore restitution is not an
                                                  issue. Defendant shall pay $300 special
                                                  assessment.

                                                  It is the judgment of the Court that
                                                  Ahshun T Collins is hereby committed
                                                  to the custody of the BOP for a term of
                                                  218 months. This term shall consist of
                                                  60 months on Count 1, 134 months on

BANK ROBBERY BY FORCE OR
VIOLENCE. On or about 4/24/06
defendants did knowingly take property
in custody of Community Plus Federal
Credit Union, Rantoul, IL, by use of a
dangerous weapon in violation of 18
USC 2113(a) and (d).
(8)

VIOLENT
CRIME/DRUGS/MACHINE GUN. On
or about 4/24/06 defendants used and
carried a firearm during a crime of
violence as charged in Count 8 in
violation of 18 USC 924(c).
(9)

Count 8, to be served concurrently;
followed by 84 months on Count 9, to
run consecutively to imprisonment on
Counts 1 and 8. Upon release from
imprisonment, the defendant shall be
placed on supervised release for a term
of 5 years with special conditions. This
term shall consist of 3 years on Count 1
and 5 years on each of Counts 8 and 9,
to be served concurrently. The Court
finds the stolen funds have been
returned; therefore restitution is not an
issue. Defendant shall pay $300 special
assessment.

It is the judgment of the Court that
Ahshun T Collins is hereby committed
to the custody of the BOP for a term of
218 months. This term shall consist of
60 months on Count 1, 134 months on
Count 8, to be served concurrently;
followed by 84 months on Count 9, to
run consecutively to imprisonment on
Counts 1 and 8. Upon release from
imprisonment, the defendant shall be
placed on supervised release for a term
of 5 years with special conditions. This
term shall consist of 3 years on Count 1
and 5 years on each of Counts 8 and 9,
to be served concurrently. The Court
finds the stolen funds have been
returned; therefore restitution is not an
issue. Defendant shall pay $300 special
assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

UNLAWFUL TRANSPORT OF
FIREARMS, ETC. On or about 4/24/06
defendants, after previously being
convicted of a crime punishable by
more than one year of imprisonment,
did knowingly and unlawfully possess a
firearm which had previously been
shipped in interstate commerce in
violation of 18 USC 922(g)(1).
(10)

**Disposition**

Upon oral motion by Government,
Count 10 is dismissed.



## Highest Offense Level (Terminated)

Felony

## Complaints

18:2113A.F On or about 4/24/06
defendants did by force, violence and
intimidation, take money belonging to
and in the custody of Community Plus
Federal Credit Union, whose deposits
were insured by the NCUA, and in
committing this offense did assault
persons and carry a firearm during a
crime of violence in violation of 18
USC 2113(a) and (d), and 924(c) and 2.

## Disposition

## Plaintiff

**USA**                                    represented by    **Timothy A Bass**
                                                             US ATTY
                                                             618 South Sixth Street
                                                             Springfield , IL 62701-1806
                                                             217-492-4450
                                                             Fax: 217-492-4512
                                                             Email: tim.bass@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Richard N Cox**
                                                             US ATTY
                                                             201 South Vine
                                                             Urbana , IL 61801
                                                             217-373-5875
                                                             Fax: 217-373-5891
                                                             Email: richard.cox@usdoj.gov
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2006 | 1 | COMPLAINT as to Rory Tucker (1), Bradley O Williams (2), Clinton Williams (3), Bobby L Riley (4), Ahshun T Collins (5), Tyron Thomas (6). (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | | Arrest of Rory Tucker, Bradley O Williams, Clinton Williams, Bobby L Riley, Ahshun T Collins. (KM, ilcd) Modified on 4/26/2006 to correct arrest date (KM, ilcd). [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | | Minute Entry for proceedings held 4/25/06 before Judge David G. Bernthal. |

| | | |
|---|---|---|
| | | Appearance for Government by AUSA Timothy Bass. Defendant RORY TUCKER present in person. Initial Appearance as to Rory Tucker held. Defendant advised of charges and rights, including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed. Court finds defendant qualifies for court-appointed counsel and appoints Carlton Kagawa from the CJA panel. Attorney Kagawa is present in court. Parties request preliminary hearing be held today. Court in recess for initial appearance hearings as to co-defendants to be held. (Tape #C339; 396-773.) (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | | Minute Entry for proceedings held 4/25/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant Rory Tucker present with counsel Carlton Kagawa, Bradley O Williams present with counsel Harvey Welch, Clinton Williams present with counsel Carol Dison, Bobby L Riley present with counsel Thomas Bruno, Ahshun T Collins present with counsel John Taylor. Preliminary Examination held. Government relies on affidavit attached to Complaint. Defendant Ahshun Collins stipulates to affidavit. Evidence for defendants. Witness sworn; testimony heard. Arguments heard. Court finds probable cause exists and cause is bound over to Grand Jury for further proceedings. Government seeks detention as to all defendants. Defendant Ahshun Collins requests detention hearing be held today. Defendants Rory Tucker, Clinton Williams and Bobby Riley request detention hearing be continued to later date; temporary orders of detention to be entered. Defendant Bradley Williams waives detention hearing at this time due to parole hold; detention order to be entered. Defendants Tucker, C Williams, Riley, and B Williams remanded to custody of US Marshal. Court orders case unsealed. (Tape #C339; 1934-4100.) (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | 8 | CJA 23 Financial Affidavit by Rory Tucker (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | | Minute Entry for proceedings held 4/25/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant BRADLEY O WILLIAMS present in person. Initial Appearance as to Bradley O Williams held; defendant advised correct first name is Brad. Defendant advised of charges and rights, including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed. Court finds defendant qualifies for court-appointed counsel and appoints Harvey Welch from the CJA panel. Attorney Welch is present in court. Parties request preliminary hearing be held today. Court in recess for initial appearance hearings as to co-defendants to be held. (Tape #C339; 1186-1492.) (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | 9 | CJA 23 Financial Affidavit by Bradley O Williams (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | | Minute Entry for proceedings held 4/25/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant CLINTON WILLIAMS present in person. Initial Appearance as to Clinton Williams held on 4/25/2006. Defendant advised of charges and rights, |

| | | |
|---|---|---|
| | | including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed. Court finds defendant qualifies for court-appointed counsel and appoints Carol Dison from the CJA panel. Attorney Dison is present in court. Parties request preliminary hearing be held today. Court in recess for initial appearance hearings as to co-defendants to be held. (Tape #C339; 773-1186.) (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | 10 | CJA 23 Financial Affidavit by Clinton Williams (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | | Minute Entry for proceedings held 4/25/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant BOBBY L RILEY present in person. Initial Appearance as to Bobby L Riley held. Defendant advised of charges and rights, including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed. Court finds defendant qualifies for court-appointed counsel and appoints Thomas Bruno from the CJA panel. Attorney Bruno is present in court. Parties request preliminary hearing be held today. Court in recess for initial appearance hearings as to co-defendants to be held. (Tape #C339; 1492-1934.) (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | 11 | CJA 23 Financial Affidavit by Bobby L Riley (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | | Minute Entry for proceedings held 4/25/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant AHSHUN T COLLINS present in person. Initial Appearance as to Ahshun T Collins held. Defendant advised of charges and rights, including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed. Court finds defendant qualifies for court-appointed counsel and appoints the Federal Defender's Office. AFPD John Taylor is present in court. Parties request preliminary hearing be held today. Court in recess for co-defendants to be present for preliminary hearing. (Tape #C339; 1492-1934.) (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | | Minute Entry for proceedings held 4/25/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant AHSHUN T COLLINS present with counsel AFPD John Taylor. Detention Hearing as to Ahshun T Collins held. Evidence for Government. No evidence for defendant. Argument by Government heard; no argument for defendant. Defendant ordered detained and remanded to custody of US Marshal. (Tape #C339; 4100-4715.) (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/25/2006 | 12 | CJA 23 Financial Affidavit by Ahshun T Collins (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | | NOTICE OF HEARING as to Rory Tucker: Detention Hearing set for 4/27/2006 at 1:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | 13 | TEMPORARY ORDER OF DETENTION as to Rory Tucker entered by |

| | | |
|---|---|---|
| | | Judge David G. Bernthal on 4/26/06. (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | | NOTICE OF HEARING as to Clinton Williams: Detention Hearing set for 4/27/2006 at 3:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | 14 | TEMPORARY ORDER OF DETENTION as to Clinton Williams entered by Judge David G. Bernthal on 4/26/06. (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | | NOTICE OF HEARING as to Bobby L Riley: Detention Hearing set for 4/27/2006 at 3:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | 15 | TEMPORARY ORDER OF DETENTION as to Bobby L Riley entered by Judge David G. Bernthal on 4/26/06. (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | | Arrest of Tyron Thomas (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | | NOTICE OF HEARING as to Tyron Thomas: Initial Appearance set for 4/26/2006 at 4:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/26/2006 | | Minute Entry for proceedings held 4/26/06 before Judge David G. Bernthal. Appearance for Government by AUSA Richard Cox for AUSA Timothy Bass. Defendant TYRON THOMAS present in person. Initial Appearance as to Tyron Thomas held. Defendant advised of charges and rights, including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed. Court finds defendant qualifies for court-appointed counsel and appoints James Dedman from the CJA panel. Attorney Dedman present in court. Cause called for Preliminary Examination as to Tyron Thomas. Defendant waives preliminary hearing. Court finds waiver as knowing and voluntary and the cause is bound over to Grand Jury for further proceedings. Government requests defendant be detained. Defendant waives detention hearing. Court finds waiver as knowing and voluntary and defendant is ordered detained. Order of detention to be entered. Defendant is remanded to custody of US Marshal. (Tape #C340; 1252-1822.) (KM, ilcd) [2:06-mj-07209-DGB] (Entered: 04/26/2006) |
| 04/27/2006 | | Minute Entry for proceedings held 4/27/06 before Judge David G. Bernthal. Appearance of AUSA Tim Bass. Appearance of RORY TUCKER in person, with counsel Carl Kagawa. Detention Hearing held. Evidence for Government. Evidence for Defendant. Witness sworn, testimony heard. Arguments by counsel heard. Rebuttal by Government. The Court finds the defendant shall be detained. Written order to be entered. Defendant remanded to the custody of the US Marshal. (Tape #C340; 1822-3824.) (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/27/2006) |
| 04/27/2006 | | Minute Entry for proceedings held 4/27/06 before Judge David G. Bernthal. Appearance of AUSA Tim Bass. Appearance of CLINTON WILLIAMS in |

| | | |
|---|---|---|
| | | person, with counsel Carol Dison. Cause called for detention hearing. Oral motion by defendant to continue detention hearing so a motion for examination re: mental competency can be filed. No objection by Government. Oral motion granted and detention hearing is continued generally. Temporary order of Detention remains in effect. Defendant remanded to the custody of the US Marshal.(Tape #C340:3824-4912.) (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/27/2006) |
| 04/27/2006 | | Oral MOTION to Continue by Clinton Williams. (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/27/2006) |
| 04/27/2006 | | TEXT ORDER granting Oral Motion to Continue as to Clinton Williams (3)Entered by Judge David G. Bernthal at hearing held 4/27/06. (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/27/2006) |
| 04/27/2006 | | Minute Entry for proceedings held 4/27/06 before Judge David G. Bernthal. Appearance of AUSA Tim Bass. Appearance of BOBBY L RILEY in person, with counsel Thomas Bruno. Detention Hearing held. Government stands on affidavit in support of complaint. No evidence for defendant. Arguments by counsel heard. Rebuttal by Government. The court orders defendant be detained pending trial. Written order to be entered. Defendant remanded to the custody of the US Marshal. (Tape #C341; 123-867.) (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/27/2006) |
| 04/28/2006 | 19 | ORDER OF DETENTION PENDING TRIAL as to Rory Tucker Entered by Judge David G. Bernthal on 4/28/06. (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/28/2006) |
| 04/28/2006 | 18 | ORDER OF DETENTION PENDING TRIAL as to Bradley O Williams Entered by Judge David G. Bernthal on 4/28/06. (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/28/2006) |
| 04/28/2006 | 20 | ORDER OF DETENTION PENDING TRIAL as to Bobby L Riley Entered by Judge David G. Bernthal on 4/28/06. (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/28/2006) |
| 04/28/2006 | 17 | ORDER OF DETENTION PENDING TRIAL as to Ahshun T Collins Entered by Judge David G. Bernthal on 4/28/06. (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/28/2006) |
| 04/28/2006 | 16 | CJA 23 Financial Affidavit by Tyron Thomas (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/28/2006) |
| 04/28/2006 | 21 | ORDER OF DETENTION PENDING TRIAL as to Tyron Thomas Entered by Judge David G. Bernthal on 4/28/06. (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 04/28/2006) |
| 05/04/2006 | 22 | Arrest Warrant Returned Executed on 4/26/06 as to Tyron Thomas. (SKD, ilcd) [2:06-mj-07209-DGB] (Entered: 05/04/2006) |
| 05/05/2006 | 23 | INDICTMENT as to Brad O Williams (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10; Seville Williams (2) count(s) 1, 2, 3, 4, 5; Clinton Williams (3) count(s) 1, 4, 5, 8, 9; Tyron Thomas (4) count(s) 1, 6, 7, 8, 9, 10; Rory Tucker (5) count(s) 1, 8, 9; Marion Jefferson, III (6) count(s) 1, 6, 7, 8, 9; Bobby L |

| | | Riley (7) count(s) 1, 8, 9; Ahshun T Collins (8) count(s) 1, 8, 9, 10. (KM, ilcd) (Entered: 05/05/2006) |
|---|---|---|
| 05/05/2006 | 24 | +++ **SEALED DOCUMENT.** (KM, ilcd) (Entered: 05/05/2006) *(Unredacted Indictmen* |
| 05/05/2006 | | Arrest of Seville Williams (in Federal custody on case 06-20026). (KM, ilcd) (Entered: 05/12/2006) |
| 05/08/2006 | | The Court is advised that the defendant information sheet as to Marion Jefferson III (06) is incorrect. AUSA Bass makes an ORAL MOTION for the issuance of an arrest warrant based upon the return of the Indictment as to Marion Jefferson III. (KM, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | TEXT ORDER granting Government's oral motion for issuance of arrest warrant as to Marion Jefferson III (6) entered by Judge David G. Bernthal on 5/8/06. The Clerk of Court is directed to issue a warrant. (KM, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | Arrest of Marion Jefferson, III (KM, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF HEARING as to Marion Jefferson, III: Initial Appearance set for 5/8/2006 at 3:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF HEARING as to Brad O Williams: Arraignment set for 5/12/2006 at 10:00 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF HEARING as to Seville Williams: Initial Appearance/Arraignment set for 5/12/2006 at 10:15 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF HEARING as to Tyron Thomas: Arraignment set for 5/12/2006 at 10:30 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF HEARING as to Rory Tucker: Arraignment set for 5/11/2006 at 9:45 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF HEARING as to Bobby L Riley: Arraignment set for 5/11/2006 at 10:00 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF HEARING as to Ahshun T Collins: Arraignment set for 5/11/2006 at 10:15 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | | Minute Entry for proceedings held on 5/8/2006 before Judge David G. Bernthal : Appearance for Government by AUSA Colin Bruce on behalf of AUSA Tim Bass. Defendant Marion Jefferson appeared in person. Cause called for Initial Appearance. Defendant advised of charges and rights, including right to counsel. Defendant requests court-appointed counsel; |

| | | files financial affidavit. The Court finds defendant qualifies and appoints Atty Baku Patel. The Government is seeking detention. Matter continued in order for counsel to be present. Arraignment/Detention hearing set for 5/10/2006 at 10:00 AM in Courtroom C before Magistrate Judge David G. Bernthal. Order of Temporary Detention entered. Defendant remanded to the custody of the U S Marshal.(Tape #C341:867-1359) (SP, ilcd) (Entered: 05/08/2006) |
|---|---|---|
| 05/08/2006 | 26 | CJA 23 Financial Affidavit by Marion Jefferson, III (SP, ilcd) (Entered: 05/08/2006) |
| 05/08/2006 | 27 | ORDER OF TEMPORARY DETENTION entered by Judge David G. Bernthal on 5/8/2006 as to Marion Jefferson, III (SP, ilcd) (Entered: 05/08/2006) |
| 05/09/2006 | | ORAL MOTION Reset Arraignment by Atty Kagawa as to Rory Tucker scheduled for 5/11/2006 at 9:45 a.m. (SP, ilcd) (Entered: 05/09/2006) |
| 05/09/2006 | | TEXT ORDER entered by Judge David G. Bernthal on 5/9/2006: Atty Kagawa's Oral Motion Reset Arraignment as to Rory Tucker (5) scheduled for 5/11/2006 at 9:45 a.m. is GRANTED. The arraignment is reset from 5/11/2006 at 9:45 a.m. to 5/11/2006 at 1:00 p.m. (SP, ilcd) (Entered: 05/09/2006) |
| 05/09/2006 | | NOTICE OF HEARING as to Rory Tucker: Pursuant to text order entered 5/9/2006, Arraignment reset for 5/11/2006 at 1:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 05/09/2006) |
| 05/10/2006 | | Minute Entry for proceedings held 5/10/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant MARION JEFFERSON III present in person and with counsel Baku Patel. Arraignment as to Marion Jefferson III (6) Counts 1,6,7,8,9 held. Defendant sworn; advised of charges, rights and possible penalties. Defendant pleads not guilty. Scheduling order to be entered. Detention Hearing as to Marion Jefferson III held. Government makes proffer. Argument heard from Government and defendant. Court orders defendant detained and defendant is remanded to custody of US Marshal. Order of detention to be entered. (Tape #C341; 1359-2845.) (KM, ilcd) (Entered: 05/10/2006) |
| 05/10/2006 | 28 | SCHEDULING ORDER as to Marion Jefferson, III entered by Judge David G. Bernthal on 5/10/06. Pretrial Conference set for 6/30/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/10/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (KM, ilcd) (Entered: 05/10/2006) |
| 05/10/2006 | 29 | Arrest Warrant Returned Executed on 4/24/06 as to Brad O Williams. (KM, ilcd) (Entered: 05/10/2006) |
| 05/10/2006 | 30 | Arrest Warrant Returned Executed on 4/24/06 as to Clinton Williams. (KM, ilcd) (Entered: 05/10/2006) |
| 05/10/2006 | 31 | Arrest Warrant Returned Executed on 4/24/06 as to Rory Tucker. (KM, |

| | | |
|---|---|---|
| | | ilcd) (Entered: 05/10/2006) |
| 05/10/2006 | 32 | Arrest Warrant Returned Executed on 4/24/06 as to Bobby L Riley. (KM, ilcd) (Entered: 05/10/2006) |
| 05/10/2006 | 33 | Arrest Warrant Returned Executed on 4/24/06 as to Ahshun T Collins. (KM, ilcd) (Entered: 05/10/2006) |
| 05/10/2006 | 34 | MOTION to Withdraw as Attorney by John Taylor. by Ahshun T Collins. (Taylor, John) (Entered: 05/10/2006) |
| 05/11/2006 | | Minute Entry for proceedings held 5/11/06 before Judge David G. Bernthal. Appearance for Government by AUSA Richard Cox for AUSA Timothy Bass. Defendant BOBBY L RILEY (7) present in person and with counsel Thomas Bruno. Arraignment as to Bobby L Riley (7) Count 1, 8, 9 held. Defendant sworn; advised of charges and possible penalties. Defendant enters not guilty plea to charges in Indictment. Scheduling order 28 previously entered. Pretrial Conference set for 6/30/06 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/10/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to custody of US Marshal. (Tape #C341; 3559-4235.) (KM, ilcd) (Entered: 05/11/2006) |
| 05/11/2006 | | Minute Entry for proceedings held 5/11/06 before Judge David G. Bernthal. Appearance for Government by AUSA Richard Cox for AUSA Timothy Bass. Defendant AHSHUN T COLLINS (8) present in person and with counsel AFPD John Taylor. Motion to withdraw as counsel 34 discussed. Government has no objection but sees no conflict of interest; defendant Collins has no objection. Court grants motion to withdraw 34 and appoints attorney Michael McClellan from the CJA panel; Attorney McClellan is present in court. Arraignment as to Ahshun T Collins (8) Count 1, 8, 9, 10 held. Defendant sworn; advised of charges and possible penalties. Defendant enters not guilty plea to charges in Indictment. Scheduling order 28 previously entered. Pretrial Conference set for 6/30/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/10/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to custody of US Marshal. (Tape #C341; 4235-4913 and C342; 1-345.) (KM, ilcd) (Entered: 05/11/2006) |
| 05/11/2006 | | TEXT ORDER granting 34 Motion to Withdraw as Attorney for AHSHUN T COLLINS (8) entered by Judge David G. Bernthal on 5/11/06. John C Taylor withdrawn from case. Attorney Michael McClellan appointed to represent Ahshun T Collins. (KM, ilcd) (Entered: 05/11/2006) |
| 05/11/2006 | 35 | MOTION for Psychiatric Exam by Clinton Williams. (Dison, Carol) (Entered: 05/11/2006) |
| 05/11/2006 | | Minute Entry for proceedings held 5/11/06 before Judge David G. Bernthal. Appearance for Government by AUSA Richard Cox for AUSA Timothy Bass. Defendant RORY TUCKER (5) present in person and with counsel Carlton Kagawa. Arraignment as to Rory Tucker (5) Count 1, 8, 9 held. Defendant sworn; advised of charges and possible penalties. Defendant |

| | | enters not guilty plea to charges in Indictment. Scheduling order 28 previously entered. Pretrial Conference set for 6/30/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/10/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to custody of US Marshal. (Tape #C342; 345-704.) (KM, ilcd) (Entered: 05/11/2006) |
|---|---|---|
| 05/12/2006 | | Minute Entry for proceedings held 5/12/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant BRAD O WILLIAMS (1) present in person and with counsel Harvey C Welch. Arraignment as to Brad O Williams (1) Counts 1,2,3,4,5,6,7,8,9,10 held. Defendant sworn; advised of charges and possible penalties. Defendant enters not guilty plea to charges in Indictment. Scheduling order 28 previously entered. Pretrial Conference set for 6/30/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/10/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to custody of US Marshal. (C343; 452-1946.) (KM, ilcd) (Entered: 05/12/2006) |
| 05/12/2006 | | Minute Entry for proceedings held 5/12/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant SEVILLE WILLIAMS present in person. Initial Appearance as to Seville Williams held. Defendant advised of charges and rights, including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed in #06-20026 discussed. Court appoints Federal Defender's Office; AFPD John Taylor present in Court. Arraignment as to Seville Williams (2) Count 1,2,3,4,5 held. Defendant sworn; advised of charges and possible penalties. Defendant enters not guilty plea to charges in Indictment. Scheduling order 28 previously entered. Pretrial Conference set for 6/30/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/10/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant previously detained in #06-20026; order of detention to be entered. Defendant remanded to custody of US Marshal. (C343; 1946-2573.) (KM, ilcd) (Entered: 05/12/2006) |
| 05/12/2006 | | Minute Entry for proceedings held 5/12/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant TYRON THOMAS (4) present in person and with counsel James Dedman. Arraignment as to Tyron Thomas (4) Count 1,6,7,8,9,10 held. Defendant sworn; advised of charges and possible penalties. Defendant enters not guilty plea to charges in Indictment. Scheduling order 28 previously entered. Pretrial Conference set for 6/30/2006 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 7/10/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to custody of US Marshal. (Tape #C343; 2573-3340.) (KM, ilcd) (Entered: 05/12/2006) |
| 05/12/2006 | | NOTICE OF HEARING ON MOTION as to Clinton Williams: Motion Hearing regarding the pending MOTION for Psychiatric Evaluation 25 is scheduled by personal appearance for 5/16/2006 at 9:30 AM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 05/12/2006) |
| 05/12/2006 | 36 | Arrest Warrant Returned Executed on 5/8/06 at Kankakee, IL as to Marion Jefferson, III. (KM, ilcd) (Entered: 05/12/2006) |
| 05/15/2006 | 37 | First MOTION for Psychiatric Exam by USA as to Clinton Williams. (Attachments: # 1 Text of Proposed Order)(Bass, Timothy) (Entered: 05/15/2006) |
| 05/16/2006 | | Minute Entry for proceedings held 5/16/06 before Judge David G. Bernthal. Appearance for Government by AUSA Richard Cox for AUSA Timothy Bass. Defendant CLINTON WILLIAMS present in person and with counsel Carol Dison. Motion Hearing as to Clinton Williams held re 35 MOTION for Psychiatric Exam filed by Clinton Williams and 37 First MOTION for Psychiatric Exam filed by USA. Government's proposed order attached to motion 37 discussed. Motion Hearing continued to 5/19/2006 at 10:00 AM in Courtroom C before Magistrate Judge David G. Bernthal. Defendant remanded to custody of US Marshal.(Tape #C345; 1284-2064.) (KM, ilcd) (Entered: 05/16/2006) |
| 05/16/2006 | | TEXT ORDER taking under advisement defendant's 35 Motion for Psychiatric Exam as to Clinton Williams (3) and taking under advisement Government's 37 Motion for Psychiatric Exam as to Clinton Williams (3) entered by Judge David G. Bernthal at motion hearing held 5/16/06. (KM, ilcd) (Entered: 05/16/2006) |
| 05/19/2006 | | Minute Entry for proceedings held on 5/19/2006 before Judge David G. Bernthal : Appearance for Government by AUSA David Hoff on behalf of AUSA Tim Bass. Defendant CLINTON WILLIAMS appeared in person with counsel, Atty Carol Dison. Motion Hearing as to Clinton Williams held re 35 MOTION for Psychiatric Exam filed by Clinton Williams and 37 First MOTION for Psychiatric Exam filed by USA. Defense counsel agrees to order as proposed by Government, reserving right to request examination as to capacity. The Court GRANTS 37 , order to be entered, and finds 35 MOOT. Defendant remanded to the custody of the U S Marshal. (Tape #C346:339-592) (SP, ilcd) (Entered: 05/19/2006) |
| 05/19/2006 | | TEXT ORDER entered by Judge David G. Bernthal pursuant to hearing held on 5/19/2006 as to Clinton Williams re Motion for Psychiatric Exam. The Court finds in granting the motion 37 , the ends of justice are met pursuant to Title 18 U.S.C. 3161(h)(8)(A). Time is excluded from 5/19/2006 until a finding is made as to defendant's competency (SP, ilcd) (Entered: 05/19/2006) |
| 05/19/2006 | | TEXT ORDER entered by Judge David G. Bernthal at hearing held on 5/19/2006 finding as moot 35 Motion for Psychiatric Exam as to Clinton Williams (3). (SP, ilcd) (Entered: 05/19/2006) |
| 05/19/2006 | 38 | ORDER entered by Judge David G. Bernthal on 5/19/2006 granting 37 Motion for Psychiatric Exam as to Clinton Williams (3). See written order. (SP, ilcd) (Entered: 05/19/2006) |
| 05/19/2006 | 39 | ORDER OF DETENTION as to Seville Williams entered by Judge David |

| | | |
|---|---|---|
| | | G. Bernthal on 5/19/2006. (SP, ilcd) (Entered: 05/19/2006) |
| 05/25/2006 | 40 | ORDER OF DETENTION as to Marion Jefferson, III entered by Judge David G. Bernthal on 5/25/06. (KM, ilcd) (Entered: 05/25/2006) |
| 06/22/2006 | 41 | First MOTION to Continue *Pretrial Conference And Trial Dates* by Seville Williams. (Taylor, John) (Entered: 06/22/2006) |
| 06/22/2006 | 42 | MOTION to Continue *Jury Trial* by Marion Jefferson, III. (Patel, Baku) (Entered: 06/22/2006) |
| 06/28/2006 | 43 | MOTION to Continue by Rory Tucker. (Kagawa, Carlton) (Entered: 06/28/2006) |
| 06/28/2006 | 44 | SEALED DOCUMENT. (LETTER to the Court re: evaluation of defendant Clinton Williams) (SP, ilcd) Modified on 7/10/2006 to add document as to defendant Clinton Williams (KM, ilcd). Modified on 11/9/2006 to UNSEAL document pursuant to order of the Court at Jury Trial on 11/8/06 (SKD, ilcd). (Entered: 06/28/2006) |
| 06/28/2006 | | NOTICE OF HEARING as to Clinton Williams: A telephone status conference with AUSA Bass and defense counsel Dison is scheduled for 7/7/2006 at 10:30 AM before Magistrate Judge David G. Bernthal. The Court will initiate the call.(SP, ilcd) (Entered: 06/28/2006) |
| 06/30/2006 | | Minute Entry for proceedings held 6/30/06 before Judge Michael P. McCuskey. Appearance of AUSA Timothy Bass for Government/defendant BRAD O WILLIAMS appears with Atty Harvey Welch/defendant SEVILLE WILLIAMS appears with AFPD John Taylor/defendant TYRON THOMAS appears with Atty James Dedman/defendant RORY TUCKER appears with Atty Carlton Kagawa/defendant MARION JEFFERSON III appears with Atty Baku Patel/defendant BOBBY L RILEY appears with Atty Thomas Bruno/defendant AHSHUN T COLLINS appears with Atty Michael McClellan. Cause called for Final Pretrial Conference. Motion hearing held. No objection to continuance by defendants with no written motion. No objection to motions by Government. Court is granting 41 Motion to Continue as to Seville Williams (2); granting 42 Motion to Continue as to Marion Jefferson III (6) and granting 43 Motion to Continue as to Rory Tucker (5). Jury Trial set at 9:00 7/10/06 is VACATED. Final Pretrial Conference is reset for 10/19/2006 at 10:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 10/30/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (8-10 days) All motions by all parties are due by 9/15/2006. Responses are due 21 days from the date the motions are filed or by 9/29/06. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from 6/30/06 to 10/30/06 is excluded. Defendants are remanded to the custody of the US Marshal. (Court Reporter L C.) (VB, ilcd) Modified on 6/30/2006 to take out duplication of minutes (VB, ilcd). (Entered: 06/30/2006) |
| 07/07/2006 | | Minute Entry for proceedings held 7/7/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Appearance for defendant Clinton Williams by attorney Carol Dison via telephone. Status |

|  |  |  |
|---|---|---|
|  |  | Conference as to Clinton Williams held. Sealed document #44 discussed. No objection by parties to thirty day extension for completion of psychiatric exam. Speedy trial issue discussed. Extension is granted. (Tape #C350; 4693-5064 and C351; 1-861.) (KM, ilcd) (Entered: 07/07/2006) |
| 07/10/2006 | 45 | +++ SEALED DOCUMENT. (KM, ilcd) Modified on 7/10/2006 to add document as to defendant Clinton Williams (KM, ilcd). (Entered: 07/10/2006) |
| 07/26/2006 | 46 | Letter from Brad Williams regarding discovery. (KM, ilcd) (Entered: 07/26/2006) |
| 08/10/2006 |  | TEXT ORDER as to Clinton Williams entered by Judge David G. Bernthal on 8/10/06. A telephone Status Conference is scheduled for 8/15/2006 at 1:30 PM before Magistrate Judge David G. Bernthal. The Court will initiate the call to AUSA Bass and CJA Attorney Dison only. (KM, ilcd) (Entered: 08/10/2006) |
| 08/14/2006 | 47 | PSYCHIATRIC REPORT RECEIVED as to Clinton Williams (copy to AUSA Bass and Attorney Dison). (KM, ilcd) Modified on 11/9/2006 to UNSEAL document pursuant to order of the Court at Jury Trial 11/8/06 (SKD, ilcd). (Entered: 08/14/2006) |
| 08/15/2006 |  | Minute Entry for proceedings held 8/15/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Appearance by counsel Carol Dison for defendant Clinton Williams. Telephone status conference as to Clinton Williams held. Psychiatric Report received and filed. Competency Hearing set for 8/22/2006 at 1:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. Defendant Clinton Williams is to be personally present for competency hearing. (Tape #C355; 639-919.) (KM, ilcd) (Entered: 08/15/2006) |
| 08/22/2006 |  | Minute Entry for proceedings held 8/22/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant CLINTON WILLIAMS present in person and with counsel Carol Dison. Competency Hearing as to Clinton Williams held. Arguments heard. Report and recommendation to be entered. Court notes that arraignment will not be held as to defendant Clinton Williams until he is found to be competent. (Court Reporter TJ.) (KM, ilcd) (Entered: 08/22/2006) |
| 08/23/2006 | 48 | Letter from the Court in response to defendant Brad Williams' 46 letter. (MB, ilcd) (Entered: 08/23/2006) |
| 08/25/2006 | 49 | Letter from defendant Tyron Thomas. (KM, ilcd) (Entered: 08/25/2006) |
| 08/25/2006 | 50 | Letter from the Court in response to defendant Tyron Thomas' 49 letter. (MB, ilcd) (Entered: 08/25/2006) |
| 08/29/2006 | 51 | +++ SEALED DOCUMENT. Report and Recommendation entered by Judge David G Bernthal regarding mental competency of defendant Clinton Williams (03). R&R ordered sealed. Clerk of Court is directed to provide copies to defendant's counsel, AUSA, and USPO. Any objections to R&R must be filed within 10 working days. (KM, ilcd) (Entered: 08/29/2006) |

| 08/30/2006 | 52 | MOTION to Withdraw as Attorney by John Taylor. by Seville Williams. (Taylor, John) (Entered: 08/30/2006) |
|---|---|---|
| 09/06/2006 |  | NOTICE OF HEARING: A hearing on the 52 Motion to Withdraw as Attorney for Seville Williams by John Taylor is set for 9/21/2006 at 3:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. AUSA Timothy Bass, FPD John Taylor, and defendant Seville Williams need to be present in open Court for this hearing. (MB, ilcd) (Entered: 09/06/2006) |
| 09/14/2006 | 53 | MOTION for Bill of Particulars by Rory Tucker. (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 54 | MEMORANDUM OF LAW by Rory Tucker re 53 MOTION for Bill of Particulars filed by Rory Tucker (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 55 | MOTION to Sever Defendant by Rory Tucker. (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 56 | MEMORANDUM OF LAW by Rory Tucker re 55 MOTION to Sever Defendant filed by Rory Tucker (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 57 | MOTION for Discovery A LIST OF WITNESSES by Rory Tucker. (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 58 | MEMORANDUM OF LAW by Rory Tucker re 57 MOTION for Discovery A LIST OF WITNESSES filed by Rory Tucker (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 59 | MOTION for Hearing PRETRIAL HEARING ON ADMISSIBILITY OF CO-CONSPIRATORS DECLARATIONS by Rory Tucker. (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 60 | MEMORANDUM OF LAW by Rory Tucker re 59 MOTION for Hearing PRETRIAL HEARING ON ADMISSIBILITY OF CO-CONSPIRATORS DECLARATIONS filed by Rory Tucker (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 61 | MOTION for Discovery PRODUCTION OF FAVORABLE EVIDENCE by Rory Tucker. (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 62 | MEMORANDUM OF LAW by Rory Tucker re 61 MOTION for Discovery PRODUCTION OF FAVORABLE EVIDENCE filed by Rory Tucker (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 63 | MOTION for Disclosure TO REQUIRE NOTICE OF INTENTION TO USE OTHER CRIMES, WRONGS, OR ACTS EVIDENCE by Rory Tucker. (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/14/2006 | 64 | MEMORANDUM OF LAW by Rory Tucker re 63 MOTION for Disclosure TO REQUIRE NOTICE OF INTENTION TO USE OTHER CRIMES, WRONGS, OR ACTS EVIDENCE filed by Rory Tucker (Kagawa, Carlton) (Entered: 09/14/2006) |
| 09/15/2006 | 65 | MOTION in Limine For Pretrial Hearing On Admissibility Of Co-Conspirators Declarations by Seville Williams. (Taylor, John) (Entered: |

| | | 09/15/2006) |
|---|---|---|
| 09/15/2006 | 66 | MEMORANDUM *Of Law* by Seville Williams re 65 MOTION in Limine *For Pretrial Hearing On Admissibility Of Co-Conspirators Declarations* filed by Seville Williams (Taylor, John) (Entered: 09/15/2006) |
| 09/19/2006 | | NOTICE OF HEARING: Pursuant to minute entry of 6/30/06, responses to all motions are due by 9/29/06. A hearing on all pending motions is set for 10/19/2006 at 10:00 AM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 09/19/2006) |
| 09/20/2006 | 67 | ORDER APPROVING REPORT AND RECOMMENDATION (#51) as to Clinton Williams entered by Chief Judge Michael P. McCuskey on 9/20/06. (KM, ilcd) (Entered: 09/20/2006) |
| 09/20/2006 | | TEXT ORDER as to Clinton Williams entered by Judge David G. Bernthal on 9/20/06. An Arraignment is scheduled for 9/25/2006 at 4:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) (Entered: 09/20/2006) |
| 09/21/2006 | | Minute Entry for proceedings held 9/21/06 before Chief Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of SEVILLE WILLIAMS in person, with counsel John C. Taylor. Motion hearing held re: 52 MOTION to Withdraw as Attorney by John Taylor. Motion 52 is DENIED. Matter remains set for Pretrial on 10/19/06. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/21/2006) |
| 09/25/2006 | | Minute Entry for proceedings held 9/25/06 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant CLINTON WILLIAMS (3) present in person and with counsel Carol Dison. Arraignment as to Clinton Williams (3) Counts 1,4,5,8,9 held. Defendant sworn; advised of charges and possible penalties. Defendant pleads not guilty to all counts of Indictment. Hearings previously set as to co-defendants are now set as to defendant Clinton Williams. Pretrial Conference set for 10/19/2006 at 10:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 10/30/2006 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Government moves for detention of defendant. Detention Hearing as to Clinton Williams held. Government stands on PT Services Report and Competency Report. No evidence for defendant. Arguments heard. Court grants Government's motion for detention and orders defendant Clinton Williams detained. Detention order to be entered. Defendant is remanded to custody of US Marshal. (Tape #C367; 2147-5084 and C368; 1-560.) (KM, ilcd) (Entered: 09/26/2006) |
| 09/25/2006 | | ORAL MOTION to detain by USA as to Clinton Williams at hearing held 9/25/06. (KM, ilcd) (Entered: 09/26/2006) |
| 09/25/2006 | | TEXT ORDER granting Government's oral motion to detain as to Clinton Williams (3) entered by Judge David G. Bernthal at hearing held 9/25/06. (KM, ilcd) (Entered: 09/26/2006) |
| | | |

| | | |
|---|---|---|
| 09/27/2006 | 68 | ORDER OF DETENTION as to Clinton Williams entered by Judge David G. Bernthal on 9/27/06. (KM, ilcd) (Entered: 09/27/2006) |
| 09/29/2006 | 69 | MOTION for Extension of Time to File Response/Reply as to 65 MOTION in Limine *For Pretrial Hearing On Admissibility Of Co-Conspirators Declarations*, 61 MOTION for Discovery *PRODUCTION OF FAVORABLE EVIDENCE*, 57 MOTION for Discovery *A LIST OF WITNESSES*, 59 MOTION for Hearing *PRETRIAL HEARING ON ADMISSIBILITY OF CO-CONSPIRATORS DECLARATIONS*, 53 MOTION for Bill of Particulars, 55 MOTION to Sever Defendant, 63 MOTION for Disclosure *TO REQUIRE NOTICE OF INTENTION TO USE OTHER CRIMES, WRONGS, OR ACTS EVIDENCE* by USA as to Rory Tucker, Seville Williams. (Bass, Timothy) (Entered: 09/29/2006) |
| 10/02/2006 | | TEXT ORDER granting 69 Motion for Extension of Time to File Responses to Pretrial Motions. The Government is allowed until 10/5/06 to file its responses to Defendants' pretrial motions. Entered by Judge Michael P. McCuskey on 10/2/06. (BB, ilcd) (Entered: 10/02/2006) |
| 10/06/2006 | 70 | RESPONSE to Motion by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Bobby L Riley, Ahshun T Collins, Tyron Thomas, Seville Williams, Marion Jefferson, III re 69 MOTION for Extension of Time to File Response/Reply as to 65 MOTION in Limine *For Pretrial Hearing On Admissibility Of Co-Conspirators Declarations*, 61 MOTION for Discovery *PRODUCTION OF FAVORABLE EVIDENCE*, 57 MOTION for Discovery MOTION for Extension of Time to File Response/Reply as to 65 MOTION in Limine *For Pretrial Hearing On Admissibility Of Co-Conspirators Declarations*, 61 MOTION for Discovery *PRODUCTION OF FAVORABLE EVIDENCE*, 57 MOTION for Discovery MOTION for Extension of Time to File Response/Reply as to 65 MOTION in Limine *For Pretrial Hearing On Admissibility Of Co-Conspirators Declarations*, 61 MOTION for Discovery *PRODUCTION OF FAVORABLE EVIDENCE*, 57 MOTION for Discovery (Bass, Timothy) (Entered: 10/06/2006) |
| 10/10/2006 | | TEXT ORDER granting 59 Motion for Pretrial Hearing on Admissiblity of Co-Conspirators' Declarations as to Defendant Tucker and granting 65 Motion for Pretrial Hearing on Admissiblity of Co-Conspirators' Declarations as to Defendant Williams. The court will hold the hearing on admissiblity of co-conspirator declarations at the final pretrial conference scheduled in this matter for October 19, 2006, at 10:00 a.m. Entered by Judge Michael P. McCuskey on 10/10/06. (BB, ilcd) (Entered: 10/10/2006) |
| 10/12/2006 | | Minute Entry for proceedings held 10/12/06 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant TYRON THOMAS present in person and with counsel James Dedman. Change of Plea Hearing as to Tyron Thomas held. Defendant sworn; advised of rights, charges and possible penalties. Open plea entered by Tyron Thomas (4) of Guilty to Counts 1,6,7,8,9,10. Court accepts guilty plea and finds the defendant guilty as charged. Jury trial of 10/30/06 as to Tyron Thomas is vacated. Cause referred to US Probation for presentence investigation report. Sentencing set for 1/12/2007 at 2:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant is remanded to |

| | | custody of US Marshal to be held separate and apart from co-defendants. (Court Reporter LC.) (KM, ilcd) (Entered: 10/13/2006) |
|---|---|---|
| 10/13/2006 | 71 | ORDER on Implementation of Sentencing Guidelines as to Tyron Thomas entered by Chief Judge Michael P. McCuskey on 10/13/06. (KM, ilcd) (Entered: 10/13/2006) |
| 10/18/2006 | 72 | NOTICE OF ATTORNEY APPEARANCE: James T Burns appearing for Brad O Williams (SKD, ilcd) (Entered: 10/18/2006) |
| 10/18/2006 | 73 | MOTION for Leave to File Nonelectronic Documents by Brad O Williams. (SKD, ilcd) (Entered: 10/18/2006) |
| 10/18/2006 | 74 | MOTION to Continue Trial by Brad O Williams. (SKD, ilcd) (Entered: 10/18/2006) |
| 10/18/2006 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey. On 10/18/2006 the Court received via facsimile from Attorney James T. Burns an 72 Entry of Appearance, 73 Motion for Leave to File Nonelectronic Documents, and a 74 Motion to Continue Trial as to Brad O Williams. The Court GRANTS the 73 Motion for Leave to File Nonelectronic Documents and the clerk was directed to e-file the documents accordingly. A hearing on the 74 Motion to Continue Trial as to Brad O Williams will be held at 10:00 AM, 10/19/2006 in Courtroom A before Chief Judge Michael P. McCuskey. Attorneys James T. Burns and Harvey Welch, as well as the defendant, Brad O Williams, must be present in open Court for the hearing on the 74 Motion. The final pretrial conference as to all defendants will be held immediately following the hearing on the 74 Motion. All defendants, except Tyron Thomas, and their counsel must be present in open Court for the final pretrial conference on 10/19/2006. The Government is directed to file a response to the 74 Motion to Continue Trial prior to the hearing on the motion. (MB, ilcd) (Entered: 10/18/2006) |
| 10/19/2006 | 75 | RESPONSE to Motion by USA as to Brad O Williams re 74 MOTION to Continue (Bass, Timothy) (Entered: 10/19/2006) |
| 10/19/2006 | 76 | Proposed Jury Instructions by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Bobby L Riley, Ahshun T Collins, Tyron Thomas, Seville Williams, Marion Jefferson, III (Bass, Timothy) (Entered: 10/19/2006) |
| 10/19/2006 | 77 | STATEMENT OF THE CASE by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Bobby L Riley, Ahshun T Collins, Tyron Thomas, Seville Williams, Marion Jefferson, III. (Bass, Timothy) (Entered: 10/19/2006) |
| 10/19/2006 | 78 | EXHIBIT LIST by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Bobby L Riley, Ahshun T Collins, Tyron Thomas, Seville Williams, Marion Jefferson, III (Bass, Timothy) (Entered: 10/19/2006) |
| 10/19/2006 | 80 | MOTION for Disclosure *List of Witnesses and List of Exhibits* by Rory Tucker. (Kagawa, Carlton) Modified on 10/20/2006 to show document is STRICKEN. Refiled as #84 pursuant to text order of 10/20/06 (SKD, ilcd). |

*Handwritten annotations in left margin:* Witness List by USA · Witness List by Clinton Williams #79 · #81 Witness List by

| | | |
|---|---|---|
| | | (Entered: 10/19/2006) |
| 10/19/2006 | 82 | EXHIBIT LIST by Seville Williams (Taylor, John) (Entered: 10/19/2006) |
| 10/19/2006 | | TEXT ORDER Entered by Judge David G. Bernthal re: Bobby Riley. A Change of Plea Hearing is set for 10/23/2006 at 10:30 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SKD, ilcd) Modified on 10/19/2006 to correct typographical error (SKD, ilcd). (Entered: 10/19/2006) |
| 10/19/2006 | | Minute Entry for proceedings held 10/19/06 before Chief Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of BRAD O WILLIAMS in person, with counsel Harvey Welch and James T. Burns. Attorney Burns requests 90 day continuance for Jury Trial. Court advised he couldn't reschedule a Jury Trial until February. Government orally responds by defendant. 74 . Oral reply by defendant. Tom Bruno on behalf of defendant Riley objects to a 4 month continuance. 74 Motion to Continue is DENIED. Jury Trial remains scheduled for 10/30/06. Attorney Burns directed to register for eletronic filing if he continues as counsel for Brad Williams. Oral motion by attorney Burns to withdraw as counsel for defendant Brad Williams. Oral motion GRANTED. Harvey Welch to remain as counsel for Brad Williams. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/20/2006) |
| 10/19/2006 | | Minute Entry for proceedings held 10/19/06 before Chief Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Personal Appearances of: BRAD O WILLIAMS, with counsel Harvey Welch; SEVILLE WILLIAMS, with counsel AFPD John Taylor; CLINTON WILLIAMS, with counsel Carol Dison; RORY TUCKER, with counsel Carl Kagawa; MARION JEFFERSON III, with counsel Baku Patel; BOBBY L RILEY, with counsel Thomas Bruno; AHSHUN T COLLINS, with counsel Michael McClellan. MOTION HEARING held. Court makes the following rulings: 53 Motion for Bill of Particulars as to Rory Tucker (5) is DENIED; 55 Motion to Sever Defendant as to Rory Tucker (5) is DENIED; 57 MOTION for Discovery (A LIST OF WITNESSES) filed by Rory Tucker is DENIED AS MOOT; 61 MOTION for Discovery (Production of Favorable Evidence) filed by Rory Tucker is DENIED AS MOOT; 63 MOTION for Disclosure to Require Notice of Intention to Use Other Crimes, Wrongs, or Acts Evidence filed by Rory Tucker is DENIED IN PART AND MOOT IN PART. Defendant Seville Williams withdraws 65 Motion. Santiago Proffer hearing held. Evidence for Government. Witness sworn, testimony heard. Arguments heard in support of proffer. Court accepts Government's proffer. Any objections to jury instructions due 10/26/06. Alternative or additional jury instructions due 10/26/06. Any change of pleas to be set before Judge Bernthal. Acceptance of responsibility deadline is 10/26/06. Any objections to Exhibit List/Witness List are due 10/26/06. All defendant's exhibit and witness lists are due by 10/24/06. Government's objections to witness/exhibit lists are due 10/26/06. Any objectons or additional jury instructions are due 10/26/06. Government to prepare a list of potential witness list to present to jurors prior to Jury Selection; Government to prepare 50 copies (one for each juror). Jury |

|  |  | Selection only will be held 10/30/06. Opening Statements will begin at 9:00 a.m. on 10/31/06. Defendants remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/20/2006) |
|---|---|---|
| 10/20/2006 |  | TEXT ORDER entered by Judge David G. Bernthal on 10/20/2006 as to Marion Jefferson, III. A Change of Plea Hearing is set for 10/26/2006 at 11:00 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 10/20/2006) |
| 10/20/2006 |  | TEXT ORDER Entered by Judge Michael P. McCuskey. On 10/19/06, Defendant Rory Tucker filed 80 Motion for Disclosure (List of Witnesses and List of Exhibits). This document is incorrectly filed and is STRICKEN. The Clerk is directed to refile the document as a Witness/Exhibit List. (SKD, ilcd) (Entered: 10/20/2006) |
| 10/20/2006 |  | Notice of Docket Text or Event Modification re 10/19/06 Text Order: Change of Plea is set for Bobby Riley on 10/23/06 at 10:30 before Magistrate Judge David G. Bernthal. (SKD, ilcd) Modified on 10/20/2006 to correct typographical error (SKD, ilcd). (Entered: 10/20/2006) |
| 10/23/2006 | 85 | Notice Regarding Entry of Plea and Signed Consent as to Bobby L Riley (SKD, ilcd) (Entered: 10/23/2006) |
| 10/23/2006 |  | Minute Entry for proceedings held 10/23/06 before Judge David G. Bernthal. Appearance of David Hoff, AUSA for Government. Appearance of BOBBY L RILEY in person, with counsel Thomas Bruno. CHANGE OF PLEA Hearing held. Written Notice and Consent to Plead before Magistrate Judge filed. Defendant sworn, advised of rights, charges and possible penalties. Defendant enters Guilty Plea as to Counts 1,8 and 9 of Indictment. Written plea agreement filed. Report and Recommendation to be entered recommending the District Judge enter judgement on plea of guilty. Sentencing set for 2/2/2007 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Cause referred to US Probation Office for Presentence Investigation Report. Defendant remanded to the custody of the US Marshal.(Court Reporter LC.) (SKD, ilcd) (Entered: 10/23/2006) |
| 10/23/2006 | 86 | PLEA AGREEMENT as to Bobby L Riley (SKD, ilcd) (Entered: 10/23/2006) |
| 10/23/2006 | 87 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Bobby L Riley Entered by Judge David G. Bernthal. (SKD, ilcd) (Entered: 10/23/2006) |
| 10/24/2006 | 88 | REPORT AND RECOMMENDATIONS on Plea of Guilty to Counts 1,8 and 9 of Indictment as to Bobby L Riley Entered by Judge David G. Bernthal. Objections to R&R due by 11/7/2006. (SKD, ilcd) (Entered: 10/24/2006) |
| 10/24/2006 |  | TEXT ORDER Entered by Judge David G. Bernthal as to Ahshun T Collins. A Change of Plea Hearing is set for 10/25/2006 at 3:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. (SKD, ilcd) (Entered: 10/24/2006) |

# 84) Witness List by Rory Tucker

| 10/24/2006 | 89 | NOTICE of Intent to Use Evidence by Ahshun T Collins *DisclosureWitandDef* (McClellan, Michael) (Entered: 10/24/2006) |
|---|---|---|
| 10/24/2006 | | TEXT ORDER entered by Judge David G. Bernthal on 10/24/2006 as to Ahshun T Collins. A Change of Plea Hearing is set for 10/25/2006 at 3:30 PM in Courtroom C before Magistrate Judge David G. Bernthal. (SP, ilcd) (Entered: 10/24/2006) |
| 10/25/2006 | 90 | EXHIBIT LIST by Seville Williams (Taylor, John) (Entered: 10/25/2006) |
| 10/25/2006 | | Minute Entry for proceedings held on 10/25/2006 before Judge David G. Bernthal : Appearance for the Government by AUSA David Hoff on behalf of AUSA Tim Bass. Defendant AHSHUN T COLLINS appeared in person with counsel, Atty Michael McClellan. CHANGE OF PLEA Hearing held as to Ahshun T Collins. Consent to plea before the Magistrate Judge filed. Defendant sworn and questioned by the Court. Defendant advised of rights, charges and possible penalties. Plea entered by Ahshun T Collins (8) Guilty to Counts 1,8,9. Written plea agreement filed. The Court finds the plea knowing and voluntary and will enter a Report and Recommendation that the plea be accepted and adjudication of guilt be entered to Counts 1, 8, and 9. Count 10 to be dismissed at sentencing. Sentencing set for 2/1/2007 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Cause referred to U S Probation for presentence report. Defendant is remanded to the custody of the U S Marshal. (Court Reporter TJ) (SP, ilcd) (Entered: 10/26/2006) |
| 10/25/2006 | 91 | Notice Regarding Entry of Plea and Signed Consent as to Ahshun T Collins (SP, ilcd) (Entered: 10/26/2006) |
| 10/25/2006 | 92 | PLEA AGREEMENT as to Ahshun T Collins (SP, ilcd) (Entered: 10/26/2006) |
| 10/26/2006 | 93 | ORDER on Implementation of Sentencing Guidelines entered by Judge David G. Bernthal on 10/26/2006 as to Ahshun T Collins. (SP, ilcd) (Entered: 10/26/2006) |
| 10/26/2006 | 94 | REPORT AND RECOMMENDATIONS on Plea of Guilty to Counts 1, 8, and 9 of Indictment as to Ahshun T Collins, entered by Judge David G. Bernthal on 10/26/2006. Objections to R&R due by 11/9/2006. (SP, ilcd) (Entered: 10/26/2006) |
| 10/26/2006 | 95 | Notice Regarding Entry of Plea and Signed Consent as to Marion Jefferson, III (SP, ilcd) (Entered: 10/26/2006) |
| 10/26/2006 | 96 | Proposed Jury Instructions by Rory Tucker (Kagawa, Carlton) (Entered: 10/26/2006) |
| 10/26/2006 | | Minute Entry for proceedings held on 10/26/2006 before Judge David G. Bernthal : Appearance for the Government by AUSA David Hoff on behalf of AUSA Tim Bass. Defendant MARION JEFFERSON, III, appeared in person with counsel, Atty Baku Patel. CHANGE OF PLEA Hearing held as to Marion Jefferson, III. Written Notice and Consent to Plead before the Magistrate Judge filed. Defendant sworn and questioned by the Court. |

| | | |
|---|---|---|
| | | Defendant advised of rights, charges and possible penalties. Plea entered by Marion Jefferson III (6) Guilty to Counts 1,6,7,8,9. Written Plea Agreement filed. Report and Recommendation to be entered recommending the District Judge enter judgment on plea of guilty. Sentencing set for 2/2/2007 at 3:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Cause referred to U S Probation for presentence report. Defendant is remanded to the custody of the U S Marshal. (Court Reporter TJ) (SP, ilcd) (Entered: 10/26/2006) |
| 10/26/2006 | 97 | PETITION for Writ of Habeas Corpus ad testificandum *for Yolanda Williamson* by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams. (Bass, Timothy) (Entered: 10/26/2006) |
| 10/26/2006 | 98 | TRANSCRIPT of Proceedings of the Testimony of Kathleen Adams heard on 10/19/06 before Judge Chief Judge Michael P. McCuskey. Court Reporter: LC. (MT, ilcd) (Entered: 10/26/2006) |
| 10/26/2006 | 99 | PETITION for Writ of Habeas Corpus ad testificandum *for James Creighton* by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams. (Bass, Timothy) (Entered: 10/26/2006) |
| 10/26/2006 | 100 | PETITION for Writ of Habeas Corpus ad testificandum *for Darrell Collins* by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams. (Bass, Timothy) (Entered: 10/26/2006) |
| 10/26/2006 | 101 | PLEA AGREEMENT as to Marion Jefferson, III (SP, ilcd) (Entered: 10/26/2006) |
| 10/26/2006 | 102 | ORDER on Implementation of Sentencing Guidelines entered by Judge David G. Bernthal on 10/26/2006 as to Marion Jefferson, III. (SP, ilcd) (Entered: 10/26/2006) |
| 10/27/2006 | 103 | REPORT AND RECOMMENDATIONS on Plea of Guilty to Counts 1,6,7,8,9 as to Marion Jefferson, III, entered by Judge David G. Bernthal on 10/27/2005. Objections to R&R due by 11/10/2006. (SP, ilcd) (Entered: 10/27/2006) |
| 10/27/2006 | 104 | ORDER entered by Judge David G. Bernthal on 10/27/2006 granting 97 Motion for Writ of Habeas Corpus ad testificandum (Yolanda Williamson). (SP, ilcd) (Entered: 10/27/2006) |
| 10/27/2006 | 105 | Writ of Habeas Corpus ad Testificandum Issued to the Warden of Dewitt County Jail as to Yolanda Williamson for 10/31/2006 in case as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams (SP, ilcd) (Entered: 10/27/2006) |
| 10/27/2006 | 106 | ORDER entered by Judge David G. Bernthal on 10/27/2006 granting 99 Motion for Writ of Habeas Corpus ad testificandum (James Creighton). (SP, ilcd) (Entered: 10/27/2006) |
| 10/27/2006 | 107 | Writ of Habeas Corpus ad Testificandum Issued to the Warden of Kankakee County Jail as to James Creighton for 10/31/2006 in case as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams (SP, ilcd) (Entered: 10/27/2006) |

| 10/27/2006 | 108 | ORDER entered by Judge David G. Bernthal on 10/27/2006 granting 100 Motion for Writ of Habeas Corpus ad testificandum (Darrell Collins). (SP, ilcd) (Entered: 10/27/2006) |
|---|---|---|
| 10/27/2006 | 109 | Writ of Habeas Corpus ad Testificandum Issued to the Warden of Kankakee County Jail as to Darrell Collins for 10/31/2006 in case as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams (SP, ilcd) (Entered: 10/27/2006) |
| 10/27/2006 | 110 | MOTION in Limine *To Exclude Statements By Nicole Triezenberg* by Seville Williams. (Taylor, John) (Entered: 10/27/2006) |
| 10/27/2006 | 111 | BRIEF *In Support Of Motion In Limine* by Seville Williams re 110 MOTION in Limine *To Exclude Statements By Nicole Triezenberg* filed by Seville Williams (Taylor, John) (Entered: 10/27/2006) |
| 10/27/2006 | 112 | Proposed Jury Instructions by Clinton Williams (Dison, Carol) (Entered: 10/27/2006) |
| 10/30/2006 | 113 | SEALED MOTION (GOVERNMENT'S MOTION FOR MATERIAL WITNESS ARREST WARRANT) (SKD, ilcd) Modified on 11/9/2006 to UNSEAL document pursuant to order of the Court at Jury Trial on 11/8/06 (SKD, ilcd). (Entered: 10/30/2006) |
| 10/30/2006 | 114 | PETITION for Writ of Habeas Corpus ad testificandum by USA as to Derrick Grace. (SKD, ilcd) (Entered: 10/30/2006) |
| 10/30/2006 | 115 | ORDER Entered by Judge David G. Bernthal granting 114 Motion for Writ of Habeas Corpus ad testificandum for Derrick Grace to appear 11/1/06 at 1:00 p.m. (SKD, ilcd) (Entered: 10/30/2006) |
| 10/30/2006 | 116 | Writ of Habeas Corpus ad Testificandum Issued as to Derrick Grace for 11/1/06 at 1:00 p.m. (SKD, ilcd) Modified on 11/3/2006 to show Writ is QUASHED pursuant to order of the Court at trial held 11/2/06 (SKD, ilcd). (Entered: 10/30/2006) |
| 10/30/2006 | | **\*SEALED\* TEXT ORDER Entered by Judge David G. Bernthal. The Government's Motion for Material Witness Arrest Warrant 113 is GRANTED. A Material Witness Arrest Warrant shall issue for Derrick Grace . (SKD, ilcd)** (Entered: 10/30/2006) |
| 10/30/2006 | 118 | PETITION for Writ of Habeas Corpus ad testificandum *for James Crayton* by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams. (Bass, Timothy) (Entered: 10/30/2006) |
| 10/30/2006 | | Minute Entry for proceedings held 10/30/06 before Chief Judge Michael P. McCuskey. Appearances of: Brad O Williams with counsel Harvey Welch, Seville Williams with counsel AFPD John Taylor, Clinton Williams with counsel Carol Dison and Rory Tucker with counsel Carl Kagawa. Government to file response to defendants jury instructions by 11/1/06. Government to file response to motion by 11/1/06. Voir Dire begins. Jurors in and sworn as to qualifications. Jurors seated. Jury selected and sworn to try the case. Jury excused until 9:00 a.m. on 10/31/06. Recess until 8:45 a.m. on 10/31/06. Defendants remanded to the custody of the US Marshal |

| | | |
|---|---|---|
| | | (Court Reporter LC.) (SKD, ilcd) (Entered: 10/31/2006) |
| 10/31/2006 | 119 | ORDER Entered by Judge David G. Bernthal granting 118 Motion for Writ of Habeas Corpus ad testificandum for James Crayton to appear 11/1/06 at 9:00 a.m. (SKD, ilcd) (Entered: 10/31/2006) |
| 10/31/2006 | 120 | Writ of Habeas Corpus ad Testificandum Issued as to James Crayton for 11/1/06 at 9:00 a.m. (SKD, ilcd) (Entered: 10/31/2006) |
| 10/31/2006 | | Minute Entry for proceedings held 10/31/06 before Chief Judge Michael P. McCuskey. Jury Trial continued; Same appearances. Jury In. Preliminary Instructions read to jury. Opening Statements by Government, dfts Brad Brad O Williams, Seville Williams and Clinton Williams. Opening statement waived by dft Rory Tucker. Evidence for Government. Witnesses sworn, testimony heard. Jury out until 9:00 a.m. on 11/1/06. Government moves to withdraw firearms; allowed. Government moves to retain group exhibit R3 and R4; allowed. Recess until 8:45 a.m. on 11/1/06. Defendants remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/02/2006) |
| 11/01/2006 | | Minute Entry for proceedings held 11/1/06 before Chief Judge Michael P. McCuskey. Jury Trial continued; Same appearances. Jury In. Witnesses sworn, testimony heard. Jury Out until 9:00 a.m. on 11/2/06. Recess until 8:45 a.m. on 11/2/06. Defendants remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/02/2006) |
| 11/02/2006 | 121 | Response by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams *to Defendants' Jury Instructions* (Bass, Timothy) (Entered: 11/02/2006) |
| 11/02/2006 | 122 | RESPONSE to Motion by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams re 65 MOTION in Limine *For Pretrial Hearing On Admissibility Of Co-Conspirators Declarations* (Bass, Timothy) (Entered: 11/02/2006) |
| 11/02/2006 | | Minute Entry for proceedings held 11/2/06 before Chief Judge Michael P. McCuskey. Jury Trial continued. Same Appearances. Jury In. Witnesses sworn, testimony heard. Jury out until 9:00 a.m. on 11/3/06. Government orally moves to quash writ and material witness warrant as to Derrick Grace. Motion granted. Witness to be taken back to Winnebago County Jail. Recess until 8:45 a.m. on 11/3/06. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/03/2006) |
| 11/03/2006 | | Minute Entry for proceedings held 11/3/06 before Chief Judge Michael P. McCuskey. Jury Trial Continued. Same Appearances. Court grants 110 Motion in Limine as to Seville Williams (2). Jury In. Witnesses sworn, testimony heard. Court orders Witness Nathein Franklin's subpoena extended to 11/6/06 at 9:00. Jury out until 11/6/06 at 9:00 a.m. Recess until 11/6/06 at 8:45 a.m. Defendants remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/06/2006) |
| 11/06/2006 | | Minute Entry for proceedings held 11/6/06 before Chief Judge Michael P. McCuskey. Jury Trial continued. Same Appearances. Jury In. Witnesses |

*#(124) Supplemental Witness List by Rory Tucker*

| | | |
|---|---|---|
| | | sworn, testimony heard. Jury Out until 11/7/06 at 9:00 a.m. Recess until 11/7/06 at 8:45 a.m. Defendants remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 11/07/2006) |
| 11/07/2006 | | Minute Entry for proceedings held 11/7/06 before Chief Judge Michael P. McCuskey. Jury Trial Continued. Same Appearances. Jury In. Witnesses sworn, testimony heard. Jury out until 9:00 a.m. on 11/8/06. Witness Bobby Riley directed to be remanded to the custody of the US Marshal and returned at 9:00 a.m. on 11/8/06. Preliminary Jury Instruction Conference held. Government tendered "A" Jury Instruction; no objection. Given. Recess until 8:45 a.m. on 11/8/06. Defendants remanded to the custody of the US Marshal. (Court Reporter TJ.) (SKD, ilcd) (Entered: 11/09/2006) |
| 11/08/2006 | | Minute Entry for proceedings held 11/8/06 before Chief Judge Michael P. McCuskey. Jury Trial continued. Same appearances. 2 written stipulations filed by Government. Written stipulation of facts filed by Defendant Seville Williams. Jury In. Witnesses sworn, testimony heard. Government rests. Jury out. All defendants orally move for judgment of acquittal under Rule 29 at close of Government's evidence. No oral arguments. Motion denied as to all defendants. Jury In. Evidence for defendant Brad O. Williams. Defendant Brad O Williams sworn, testimony heard. Defendant Brad O. Williams rests. Stipulation of Fact re: Defendant Seville Williams read to jury. Defendant Seville Williams rests. Jury out. Written Stipulation between Government and Clinton Williams filed. Jury in. Evidence for Defendant Clinton Williams. Witnesses sworn, testimony heard. Written stipulation re: Jason B. Dana for defendant Clinton Williams. Defendant Clinton Williams rests. Evidence for Defendant Rory Tucker. Defendant Rory Tucker sworn, testimony heard. Defendant Rory Tucker rests. All parties rest. Jury out until 9:00 a.m. on 11/9/06. Court orders Documents #44, 47 and 113 UNSEALED. All defendants at close of evidence motion for judgment of acquittal pursuant to 29A. No arguments. Denied. Jury instruction conference continued. Recess until 8:30 a.m. on 11/9/06. Defendants remanded to the custody of the US Marhsal. (Court Reporter TJ.) (SKD, ilcd) (Entered: 11/09/2006) |
| 11/08/2006 | (123) | Jury Instructions GIVEN/REFUSED/WITHDRAWN as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams (SKD, ilcd) (Entered: 11/09/2006) |
| 11/08/2006 | (125) | STIPULATION between Government and Brad O Williams. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/08/2006 | (126) | STIPULATION between Government and Brad O Williams. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/08/2006 | (127) | STIPULATION between Government and Clinton Williams. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/08/2006 | (128) | STIPULATION as to Seville Williams between Government, Brad O Williams, Seville Williams, Clinton Williams and Rory Tucker. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/09/2006 | | Minute Entry for proceedings held 11/9/06 before Chief Judge Michael P. |

| | | McCuskey. Jury Trial continued. Same appearances. Jury In. Jury instructions read to jury. Closing arguments by Government, Defendant Brad O. Williams, Defendant Seville Williams, Defendant Clinton Williams and Defendant Rory Tucker. Rebuttal by Government. Court Security Officer sworn. Jury out to deliberate. Question #1. Jury In. Audio tape played in open court with jury present. Jury out. Jury requests to go home and return 11/10/06. Jury in. Jury excused until 9:00 a.m. on 11/10/06. Adjourned until 9:00 a.m. on 11/10/06. Defendants remanded to the custody of the US Marshal. (Court Reporter TJ.) (SKD, ilcd) (Entered: 11/13/2006) |
| 11/09/2006 | (129) | Jury Instructions as GIVEN as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams (SKD, ilcd) (Entered: 11/13/2006) |
| 11/09/2006 | (130) | Jury Notes as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | | Minute Entry for proceedings held 11/10/06 before Chief Judge Michael P. McCuskey. Jury Trial continued. Same appearances. Jury In. Verdicts rendered. Finding Brad O Williams Guilty on Counts 1-10; Seville Williams Guilty as to counts 1-5; Clinton Williams Guilty as to Counts 1,4,5,8,9 and Rory Tucker Guilty on Counts 1,8,9. Jurors polled and excused. Court enters judgment of conviction as to all 4 verdict forms. Sentencings set as follows: Rory Tucker at 9:00 a.m. on 3/12/07; Seville Williams at 10:30 a.m. on 3/12/07; Clinton Williams at 1:30 p.m. on 3/12/07 and Brad O Williams at 3:00 p.m. on 3/12/07. Defendants remanded to the custody of the US Marshal. (Court Reporter TJ.) (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | (131) | JURY VERDICT as to Brad O Williams (1) Guilty on Counts 1,2,3,4,5,6,7,8,9,10. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | 132 | JURY VERDICT as to Seville Williams (2): Guilty on Counts 1,2,3,4,5. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | (133) | JURY VERDICT as to Clinton Williams (3): Guilty on Counts 1,4,5,8,9. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | (134) | JURY VERDICT as to Rory Tucker (5): Guilty on Counts 1,8,9. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | (135) | EXHIBIT LIST (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | | NOTICE OF HEARING as to Brad O Williams. Sentencing set for 3/12/2007 at 3:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | | NOTICE OF HEARING as to Seville Williams. Sentencing set for 3/12/2007 at 10:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/10/2006 | | NOTICE OF HEARING as to Clinton Williams. Sentencing set for 3/12/2007 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 11/13/2006) |

| 11/10/2006 | | NOTICE OF HEARING as to Rory Tucker. Sentencing set for 3/12/2007 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 11/13/2006) |
|---|---|---|
| 11/13/2006 | 136 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Marion Jefferson, III for 103 Report and Recommendations on Guilty Plea Entered by Judge Michael P. McCuskey on 11/13/06. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/13/2006 | 137 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Bobby L Riley for 88 Report and Recommendations on Guilty Plea Entered by Judge Michael P. McCuskey on 11/13/06. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/13/2006 | 138 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Ahshun T Collins for 94 Report and Recommendations on Guilty Plea Entered by Judge Michael P. McCuskey on 11/13/06. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/13/2006 | 139 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Brad O Williams Entered by Judge Michael P. McCuskey on 11/13/06. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/13/2006 | 140 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Seville Williams Entered by Judge Michael P. McCuskey on 11/13/06. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/13/2006 | 141 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Clinton Williams Entered by Judge Michael P. McCuskey on 11/13/06. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/13/2006 | 142 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Rory Tucker Entered by Judge Michael P. McCuskey on 11/13/06. (SKD, ilcd) (Entered: 11/13/2006) |
| 11/17/2006 | 143 | MOTION for New Trial *Rule 33 Motion for New Trial* by Rory Tucker. (Kagawa, Carlton) (Entered: 11/17/2006) |
| 11/17/2006 | 144 | MOTION for Acquittal *Rule 29 Motion for Judgment of Acquittal* by Rory Tucker. (Kagawa, Carlton) (Entered: 11/17/2006) |
| 11/20/2006 | | NOTICE OF HEARING entered by Chief Judge Michael P. McCuskey on 11/20/2006. On the Court's own motion, the sentencing hearings as to Bobby L Riley, Ahshun T Collins, Tyron Thomas, and Marion Jefferson, III are RESET as follows: Defendant Thomas' sentencing is RESET from 1/12/2007 at 2:30 PM to 3/13/2007 at 10:00 AM. Defendant Collins' sentencing is RESET from 2/1/2007 at 1:30 PM to 3/13/2007 at 11:00 AM. Defendant Riley's sentencing is RESET from 2/2/2007 at 1:30 PM to 3/13/2007 at 2:00 PM. Defendant Jefferson's sentencing is RESET from 2/2/2007 at 3:30 PM to 3/13/2007 at 3:00 PM. All sentencings are by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 11/20/2006) |
| 11/20/2006 | | Set/Reset Deadlines/Hearings as to Marion Jefferson, III: Sentencing set for |

| | | 3/13/2007 at 3:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 11/20/2006) |
|---|---|---|
| 11/20/2006 | | Set/Reset Deadlines/Hearings as to Bobby L Riley: Sentencing set for 3/13/2007 at 2:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 11/20/2006) |
| 11/20/2006 | | Set/Reset Deadlines/Hearings as to Ahshun T Collins: Sentencing set for 3/13/2007 at 11:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 11/20/2006) |
| 11/20/2006 | | TEXT ORDER as to Rory Tucker. The Government is ordered to file a response to Defendant Rory Tucker's Motion for New Trial (#143) and Motion for Judgment of Acquittal (#144) by 12/5/06. Entered by Judge Michael P. McCuskey on 11/20/06. (BB, ilcd) (Entered: 11/20/2006) |
| 11/20/2006 | 145 | First MOTION for New Trial by Brad O Williams. (Welch, Harvey) (Entered: 11/20/2006) |
| 12/07/2006 | 146 | RESPONSE to Motion by USA as to Rory Tucker, Brad O Williams re 144 MOTION for Acquittal *Rule 29 Motion for Judgment of Acquittal*, 145 First MOTION for New Trial, 143 MOTION for New Trial *Rule 33 Motion for New Trial* (Bass, Timothy) (Entered: 12/07/2006) |
| 12/12/2006 | 147 | ORDER denying 143 Motion for New Trial as to Rory Tucker (5); denying 144 Motion for Acquittal as to Rory Tucker (5); denying 145 Motion for New Trial as to Brad O Williams (1) entered by Chief Judge Michael P. McCuskey on 12/12/06. See written Order. (KM, ilcd) (Entered: 12/12/2006) |
| 12/29/2006 | 148 | Letter from Debra J Hornung to Hon. Michael McCuskey filed. (VB, ilcd) Modified on 12/29/2006 to add corrected document to this entry (VB, ilcd). (Entered: 12/29/2006) |
| 01/04/2007 | 149 | Letter from Fred Edwards in support of Tyron Thomas. (KM, ilcd) (Entered: 01/04/2007) |
| 01/17/2007 | 151 | Letter in support of defendant Tyron Thomas (04) from Jolenta Thomas. (KM, ilcd) (Entered: 01/17/2007) |
| 01/31/2007 | 152 | Writ of Habeas Corpus ad Testificandum 116 for Derrick Grace returned partially executed in case as to Brad O Williams as Writ was QUASHED pursuant to order of the Court at trial held 11/2/06. (KM, ilcd) (Entered: 01/31/2007) |
| 02/01/2007 | 153 | Letter from defendant Ahshun Collins (08) to Chief Judge McCuskey. (KM, ilcd) Modified on 2/1/2007 to correct defendant number (KM, ilcd). (Entered: 02/01/2007) |
| 02/07/2007 | 154 | Writ of Habeas Corpus ad Testificandum Returned Executed for Yolanda Williamson on 11/3/06 at Dewitt County Jail in Clinton, IL.(KM, ilcd) (Entered: 02/07/2007) |
| 02/07/2007 | 155 | Writ of Habeas Corpus ad Testificandum Returned Executed for James |

#160) Witness List by Rory Tucker

| | | |
|---|---|---|
| | | Crayton on 11/1/06 from Kankakee County Jail to Ford County Jail; returned to Kankakee County Jail 11/15/06. (KM, ilcd) (Entered: 02/07/2007) |
| 02/07/2007 | 156 | Writ of Habeas Corpus ad Testificandum Returned Executed for Darrell Collins on 11/7/06 at Kankakee County Jail, Kankakee, IL.(KM, ilcd) (Entered: 02/07/2007) |
| 02/22/2007 | 157 | NOTICE *OF FILING* by Rory Tucker (Kagawa, Carlton) (Entered: 02/22/2007) |
| 03/01/2007 | 158 | Letter from Bobby Riley to Chief Judge McCuskey. (Attachments: # 1 Exhibit: Letter to USPO Coates from Bobby Riley) (KM, ilcd) (Entered: 03/01/2007) |
| 03/06/2007 | 159 | COMMENTARIES ON SENTENCING FACTORS by Rory Tucker. (Kagawa, Carlton) (Entered: 03/06/2007) |
| 03/09/2007 | 161 | SENTENCING MEMORANDUM by USA as to Rory Tucker, Brad O Williams (Bass, Timothy) (Entered: 03/09/2007) |
| 03/12/2007 | | Minute Entry for proceedings held 3/12/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant SEVILLE WILLIAMS present in person and with counsel John Taylor. Sentencing held for Seville Williams (2), Count(s) 1, 2, 3, 4, 5. No objections to presentence investigation report. Recommendations by counsel heard. Statement in allocution by defendant. It is the judgment of the Court that Seville Williams is hereby committed to the custody of the BOP for a term of 546 months. This term shall consist of 60 months on Count 1, and 162 months on each of Counts 2 and 4 to be served concurrently; followed by 84 months on Count 3 to run consecutively to imprisonment on Counts 1, 2 and 4; and followed by 300 months on Count 5 to run consecutively to imprisonment on Count 3 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 2, and 5 years on each of Counts 3, 4, and 5, all to be served concurrently. Defendant shall pay $317,891.90 in restitution; total amount to be jointly and severally with co-defendant Brad O. Williams (01) and $313,785 to be jointly and severally with co-defendant Clinton Williams (03). Defendant shall pay $500 special assessment. Appeal rights given to defendant. Clerk is directed to file notice of appeal on defendant's behalf. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 03/12/2007) |
| 03/12/2007 | 162 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Seville Williams (KM, ilcd) (KM, ilcd). Modified on 8/16/2007 to add document (KM, ilcd). (Entered: 03/12/2007) |
| 03/12/2007 | 163 | +++ **SENTENCING RECOMMENDATION** as to Seville Williams. (KM, ilcd) (KM, ilcd). Modified on 8/16/2007 to add document (KM, ilcd). (Entered: 03/12/2007) |
| 03/12/2007 | 164 | TRANSCRIPT of Proceedings of excerpt from jury trial (testimony of |

| | | |
|---|---|---|
| | | Marion Jefferson) held 11/6/06 before Chief Judge Michael P McCuskey. Court Reporter: LC. (KM, ilcd) (Entered: 03/12/2007) |
| 03/12/2007 | | Minute Entry for proceedings held 3/12/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant CLINTON WILLIAMS present in person and with counsel Carol Dison. Sentencing held for Clinton Williams (3), Counts 1, 4, 5, 8, 9. No objections to presentence investigation report. Recommendations by counsel heard. It is the judgment of the Court that Clinton Williams is hereby committed to the custody of the BOP for a term of 552 months. This term shall consist of 60 months on Count 1; 168 months on Counts 4 and 8, to run concurrently with each other, and with Count 1; 84 months on Count 5, to be served consecutively to the term imposed in Counts 1, 4, and 8; and 300 months on Count 9, to run consecutively to Counts 1, 4, 5, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1; and 3 years on Counts 4, 5, 8 and 9, to be served concurrently. Defendant shall pay $416,713.53 in restitution; $313,785 to be jointly and severally with co-defendants Brad O. Williams and Seville Williams and $102,928.53 jointly and severally with co-defendants Brad O. Williams, Tyron Thomas, and Marion Jefferson III. Defendant shall pay $500 special assessment. Appeal rights given to defendant. Clerk is directed to file notice of appeal on defendant's behalf. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 03/13/2007) |
| 03/12/2007 Sealed | 165 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Clinton Williams (KM, ilcd). Modified on 8/3/2007 to add document (KM, ilcd). (Entered: 03/13/2007) |
| 03/12/2007 Sealed | 166 | +++ **SENTENCING RECOMMENDATION** as to Clinton Williams. (KM, ilcd). Modified on 8/3/2007 to add document (KM, ilcd). (Entered: 03/13/2007) |
| 03/12/2007 | | Minute Entry for proceedings held 3/12/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant RORY TUCKER present in person and with counsel Carlton Kagawa. Sentencing held for Rory Tucker (5), Counts 1, 8, 9. Objections by defendant to presentence investigation report. Arguments heard. Evidence for defendant. Witness sworn; testimony heard. Recommendations heard. Statement in allocution by defendant. It is the judgment of the Court that Rory Tucker is hereby committed to the custody of the BOP for a term of 221 months. This term shall consist of 60 months on Count 1 and 137 months on Count 8, to be served concurrently, and 84 months on Count 9, to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 4 years with special conditions. This term shall consist of 3 years on Count 1, and 4 years on each of Counts 8 and 9, all to be served concurrently. The Court finds the stolen funds have been returned; therefore restitution is not an issue. Defendant shall pay $300 special assessment. Appeal rights given to defendant. Clerk is directed |

| | | |
|---|---|---|
| | | to file notice of appeal on defendant's behalf. Defendant is remanded to custody of US Marshal.(Court Reporter LC.) (KM, ilcd) (Entered: 03/13/2007) |
| 03/12/2007 *Sealed* | 167 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Rory Tucker (KM, ilcd). Modified on 8/3/2007 to add document (KM, ilcd). (Entered: 03/13/2007) |
| 03/12/2007 *Sealed* | 168 | +++ **SENTENCING RECOMMENDATION** as to Rory Tucker. (KM, ilcd) Modified on 8/3/2007 to add document (KM, ilcd). (Entered: 03/13/2007) |
| 03/12/2007 | | Minute Entry for proceedings held 3/12/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant BRAD O. WILLIAMS present in person and with counsel Harvey Welch. Sentencing held for Brad O Williams (1), Counts 1-10. Objections by defendant to presentence investigation report. Recommendations heard. Statement in allocution by defendant. It is the judgment of the Court that Brad O. Williams is hereby committed to the custody of the BOP for a term of life. Said term shall consist of 60 months on Count 1; 240 months on each of Counts 2 and 6, to run concurrently with one another and with Count 1; 300 months on each of Counts 4 and 8, to run concurrently with one another and with Counts 1, 2, and 6; 120 months on Count 10, to run concurrently with Counts 1, 2, 4, 6, and 8; and life imprisonment on Counts 3, 5, 7, and 9, to run consecutively to each other, and consecutively to Counts 1, 2, 4, 6, 8, and 10. Defendant shall pay $421,052.43 in restitution; $317,891.90 to be jointly and severally with co-defendant Seville Williams (02); $416,713.53 jointly and severally with co-defendant Clinton Williams (03); and $103,160.53 to be jointly and severally with co-defendants Tyron Thomas (04) and Marion Jefferson III (06). Defendant shall pay $1,000 special assessment. Appeal rights given to defendant. Clerk is directed to file notice of appeal on defendant's behalf. Defendant is remanded to custody of US Marshal.(Court Reporter LC.) (KM, ilcd) (Entered: 03/14/2007) |
| 03/12/2007 *Sealed* | 169 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Brad O Williams (KM, ilcd) Modified on 8/3/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/12/2007 *Sealed* | 170 | +++ **SENTENCING RECOMMENDATION** as to Brad O Williams. (KM, ilcd) Modified on 8/3/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/13/2007 | | Minute Entry for proceedings held 3/13/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant TYRON THOMAS present in person and with counsel James Dedman. Sentencing held for Tyron Thomas (4), Count(s) 1, 6, 7, 8, 9. Upon oral motion by the Government, Count 10 is dismissed. No objections to presentence investigation report. Oral motion by Government for downward departure pursuant to USSG 5K1.1; motion granted. Recommendations by counsel heard. Statement in allocution by defendant. It is the judgment of the Court that Tyron Thomas is hereby committed to |

| | | |
|---|---|---|
| | | the custody of the BOP for a term of 444 months. This term shall consist of 60 months on Count 1, 135 months on each of Counts 6 and 8, all to be served concurrently; followed by 120 months on Count 7, to run consecutively to imprisonment on Counts 1, 6, and 8 followed by 189 months on Count 9, to run consecutively to imprisonment on Count 7 and all other counts. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, all to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams and Marion Jefferson III; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment. Appeal rights given to defendant. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 03/14/2007) |
| 03/13/2007 | 171 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Tyron Thomas (KM, ilcd). Modified on 8/3/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/13/2007 | 172 | +++ **SENTENCING RECOMMENDATION** as to Tyron Thomas. (KM, ilcd). Modified on 8/3/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/13/2007 | | Minute Entry for proceedings held 3/13/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant AHSHUN T COLLINS present in person and with counsel Michael McClellan. Sentencing held for Ahshun T Collins (8), Count(s) 1, 8, 9. Objections by defendant to presentence investigation report. Oral motion by Government for downward departure purusant to USSG 5K1.1; motion granted. Recommendations by counsel heard. Letters in support of defendant filed. Statement in allocution by defendant. It is the judgment of the Court that Ahshun T Collins is hereby committed to the custody of the BOP for a term of 218 months. This term shall consist of 60 months on Count 1, 134 months on Count 8, to be served concurrently; followed by 84 months on Count 9, to run consecutively to imprisonment on Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1 and 5 years on each of Counts 8 and 9, to be served concurrently. The Court finds the stolen funds have been returned; therefore restitution is not an issue. Defendant shall pay $300 special assessment. Upon oral motion by Government, Count 10 is dismissed. Appeal rights waived by defendant. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 03/14/2007) |
| 03/13/2007 | 173 | Letters in support of defendant Ahshun T. Collins filed at sentencing hearing. (KM, ilcd) (Entered: 03/14/2007) |
| 03/13/2007 | 174 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Ahshun T Collins (KM, ilcd). Modified on 8/6/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |

| | | |
|---|---|---|
| 03/13/2007 | <u>175</u> | +++ **SENTENCING RECOMMENDATION** as to Ahshun T Collins. (KM, ilcd). Modified on 8/6/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/13/2007 | | Minute Entry for proceedings held 3/13/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant BOBBY L. RILEY present in person and with counsel Thomas Bruno. Sentencing held for Bobby L Riley (7), Counts 1, 8, 9. Objections by defendant to presentence investigation report. Oral motion by Government for downward departure purusant to USSG 5K1.1; motion granted. Recommendations by counsel heard. Statement in allocution by defendant. It is the judgment of the Court that Bobby L. Riley is hereby committed to the custody of the BOP for a term of 113 months. This term shall consist of 57 months on each of Counts 1 and 8 to be served concurrently and 56 months on Count 9 to be served consecutively to the term imposed in Counts 1 and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on Count 1 and 5 years on each of Counts 8 and 9, to be served concurrently. The Court finds the stolen funds have been returned; therefore restitution is not an issue. Defendant shall pay $300 special assessment. Appeal rights waived by defendant. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 03/14/2007) |
| 03/13/2007 | <u>176</u> | +++ **PRESENTENCE INVESTIGATION REPORT** as to Bobby L Riley (KM, ilcd). Modified on 8/6/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/13/2007 | <u>177</u> | +++ **SENTENCING RECOMMENDATION** as to Bobby L Riley. (KM, ilcd). Modified on 8/6/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/13/2007 | | Minute Entry for proceedings held 3/13/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Timothy Bass. Defendant MARION JEFFERSON III present in person and with counsel Baku Patel. Sentencing held for Marion Jefferson, III (6), Counts 1, 6, 7, 8, 9. Objections by defendant to presentence investigation report. Oral motion by Government for downward departure purusant to USSG 5K1.1; motion granted. Recommendations by counsel heard. Letters in support of defendant filed. Statement in allocution by defendant. It is the judgment of the Court that Marion Jefferson III is hereby committed to the custody of the BOP for a term of 457 months. This term shall consist of 37 months on each of Counts 1, 6 and 8, to be served concurrently with each other; 120 months on Count 7, to be served consecutively to the terms imposed in Counts 1, 6, and 8; and 300 months on Count 9, to be served consecutively to the terms imposed in Counts 1, 6, 7, and 8. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years with special conditions. This term shall consist of 3 years on each of Counts 1 and 6, and 5 years on Counts 7, 8 and 9, to be served concurrently. Defendant shall pay $103,160.53 in restitution; the total amount to be jointly and severally with co-defendants Brad O. Williams |

| | | and Tyron Thomas; $102,928.53 to be jointly and severally with co-defendant Clinton Williams. Defendant shall pay $500 special assessment. Appeal rights waived by defendant. Defendant remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 03/14/2007) |
|---|---|---|
| 03/13/2007 | 178 | Letters in support of defendant Marion Jefferson III filed at sentencing hearing. (KM, ilcd) (Entered: 03/14/2007) |
| 03/13/2007 | 179 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Marion Jefferson, III (KM, ilcd) Modified on 8/6/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/13/2007 | 180 | +++ **SENTENCING RECOMMENDATION** as to Marion Jefferson, III. (KM, ilcd) Modified on 8/6/2007 to add document (KM, ilcd). (Entered: 03/14/2007) |
| 03/15/2007 | 181 | JUDGMENT as to Rory Tucker (5), Count(s) 1, 8, 9, entered by Chief Judge Michael P. McCuskey on 3/15/07. (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 182 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Rory Tucker (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 183 | JUDGMENT as to Brad O Williams (1), Count(s) 1-10, entered by Chief Judge Michael P. McCuskey on 3/15/07. (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 184 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Brad O Williams (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 185 | JUDGMENT as to Seville Williams (2), Count(s) 1, 2, 3, 4, 5, entered by Chief Judge Michael P. McCuskey on 3/15/07. (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 186 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Seville Williams (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 187 | JUDGMENT as to Clinton Williams (3), Count(s) 1, 4, 5, 8, 9 entered by Chief Judge Michael P. McCuskey on 3/15/07. (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 188 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Clinton Williams (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 189 | JUDGMENT as to Tyron Thomas (4), Count(s) 1, 6, 7, 8, 9, entered by Chief Judge Michael P. McCuskey on 3/14/2007. (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 190 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Tyron Thomas (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 191 | JUDGMENT as to Marion Jefferson, III (6), Count(s) 1, 6, 7, 8, 9, entered by Chief Judge Michael P. McCuskey on 3/15/07. (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 192 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Marion Jefferson, III (KM, ilcd) (Entered: 03/15/2007) |

| 03/15/2007 | 193 | JUDGMENT as to Bobby L Riley (7), Count(s) 1, 8, 9, entered by Chief Judge Michael P. McCuskey on 3/15/07. (KM, ilcd) (Entered: 03/15/2007) |
| --- | --- | --- |
| 03/15/2007 | 194 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Bobby L Riley (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 195 | JUDGMENT as to Ahshun T Collins (8), Count(s) 1, 8, 9, entered by Chief Judge Michael P. McCuskey on 3/15/07. (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 196 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Ahshun T Collins (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 197 | NOTICE OF APPEAL by Brad O Williams re 183 Final Judgment (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 198 | NOTICE OF APPEAL by Seville Williams re 185 Final Judgment (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 199 | NOTICE OF APPEAL by Clinton Williams re 187 Final Judgment (KM, ilcd) (Entered: 03/15/2007) |
| 03/15/2007 | 200 | NOTICE OF APPEAL by Rory Tucker re 181 Final Judgment (KM, ilcd) (Entered: 03/15/2007) |
| 03/16/2007 | 201 | Short Record of Appeal as to Brad O Williams sent to US Court of Appeals re 197 Notice of Appeal - Final Judgment (KM, ilcd) (Entered: 03/16/2007) |
| 03/16/2007 | 202 | Short Record of Appeal as to Seville Williams sent to US Court of Appeals re 198 Notice of Appeal - Final Judgment (KM, ilcd) (Entered: 03/16/2007) |
| 03/16/2007 | 203 | Short Record of Appeal as to Clinton Williams sent to US Court of Appeals re 199 Notice of Appeal - Final Judgment (KM, ilcd) (Entered: 03/16/2007) |
| 03/16/2007 | 204 | Short Record of Appeal as to Rory Tucker sent to US Court of Appeals re 200 Notice of Appeal - Final Judgment (KM, ilcd) (Entered: 03/16/2007) |
| 03/16/2007 | 205 | USCA Case Number 07-1573 for 197 Notice of Appeal - Final Judgment filed by Brad O Williams. (KM, ilcd) (Entered: 03/16/2007) |
| 03/16/2007 | 206 | USCA Case Number 07-1574 for 198 Notice of Appeal - Final Judgment filed by Seville Williams. (KM, ilcd) (Entered: 03/16/2007) |
| 03/16/2007 | 207 | USCA Case Number 07-1575 for 199 Notice of Appeal - Final Judgment filed by Clinton Williams. (KM, ilcd) (Entered: 03/16/2007) |
| 03/19/2007 | 208 | NOTICE of Docketing Record on Appeal from USCA as to Rory Tucker re 200 Notice of Appeal - Final Judgment filed by Rory Tucker. USCA Case Number 07-1576. (VB, ilcd) (Entered: 03/19/2007) |
| 03/22/2007 | 209 | JURISDICTIONAL STATEMENT by Seville Williams re 198 Notice of Appeal - Final Judgment. (Taylor, John) (Entered: 03/22/2007) |
| 04/06/2007 | 210 | TRANSCRIPT REQUEST by Seville Williams for proceedings held on 3/12/04 before Chief Judge Michael P. McCuskey, re 198 Notice of Appeal - Final Judgment (SKD, ilcd) Modified on 4/6/2007 to add attachment (SKD, ilcd). (Entered: 04/06/2007) |

| 04/06/2007 | | Notice of Docket Text or Event Modification re 210 Transcript Request - Appeal; modified to add attachment. (SKD, ilcd) (Entered: 04/06/2007) |
| 04/16/2007 | 211 | TRANSCRIPT REQUEST by Rory Tucker for proceedings held on 10/19/06 and 10/30/06 - 11/13/06 before Chief Judge Michael P. McCuskey, re 200 Notice of Appeal - Final Judgment. (KM, ilcd) Modified on 4/16/2007 to add copy mailed to USCA (KM, ilcd). (Entered: 04/16/2007) |
| 04/16/2007 | 212 | Letter from Bureau of Prisons to Chief Judge McCuskey regarding recommendation as to Tyron Thomas. (KM, ilcd) (Entered: 04/16/2007) |
| 04/16/2007 | 213 | Letter from Bureau of Prisons to Chief Judge McCuskey regarding recommendation as to Marion Jefferson III. (KM, ilcd) (Entered: 04/16/2007) |
| 04/16/2007 | 214 | Letter Bureau of Prisons to Chief Judge McCuskey regarding recommendation as to Ahshun T. Collins. (KM, ilcd) (Entered: 04/16/2007) |
| 04/23/2007 | 215 | Letter from Bureau of Prisons regarding Court's recommendation as to Seville Williams (2). (KM, ilcd) (Entered: 04/23/2007) |
| 05/21/2007 | 216 | Judgment Returned Executed as to Seville Williams on 5/3/07. Defendant delivered to USP THP, Terre Haute, IN. (VB, ilcd) (Entered: 05/21/2007) |
| 05/29/2007 | 217 | PRO SE MOTION for copy of sentencing transcript by Seville Williams. (KM, ilcd) (Entered: 05/29/2007) |
| 06/05/2007 | | TEXT ORDER finding as moot 217 Motion for Production of Sentencing Transcript as to Seville Williams. Defendant Seville Williams' counsel ordered the sentencing transcript in this matter on April 6, 2007 (#210). The sentencing transcript has not yet been filed by the court reporter. Once Defendant's counsel receives the transcript, Defendant may obtain a copy of the transcript from his counsel. Entered by Judge Michael P. McCuskey on 6/5/07. (BB, ilcd) (Entered: 06/05/2007) |
| 06/25/2007 | 218 | Judgment Returned Executed as to Tyron Thomas at USP Pollock, LA on 6/4/07. (KM, ilcd) (Entered: 06/25/2007) |
| 06/28/2007 | 219 | Judgment Returned Executed as to Ahshun T Collins at USP Pollock, LA on 5/23/07. (KM, ilcd) (Entered: 06/28/2007) |
| 06/29/2007 | 220 | Judgment Returned Executed as to Marion Jefferson, III at USP Pollock, LA on 5/23/07. (KM, ilcd) (Entered: 06/29/2007) |
| 07/12/2007 | 221 | Letter from Seville Williams regarding counsel. (KM, ilcd) (Entered: 07/12/2007) |
| 07/18/2007 | 222 | Letter to Seville Williams in response to his letter 221 . (KM, ilcd) (Entered: 07/18/2007) |
| 08/01/2007 | 223 | ORDER of USCA as to Seville Williams re 198 Notice of Appeal - Final Judgment. Motion to Withdraw filed by AFPD John Taylor is GRANTED; attorney Susan Kister is appointed to represent defendant-appellant Seville Williams (07-1574). (KM, ilcd) (Entered: 08/01/2007) |

| 08/02/2007 | 224 | Letter to Attorney Susan Kister enclosing Appeal Record. (Attachments: # (1) Docket sheet indicating documents included) (KM, ilcd) Modified on 8/2/2007: (Court only) Witness Lists #79 and #83 included (KM, ilcd). (Entered: 08/02/2007) |
| 08/09/2007 | 225 | Receipt for record on appeal from Attorney Susan Kister as to Seville Williams.(KM, ilcd) (Entered: 08/09/2007) |
| 08/10/2007 | | Remark: Record on Appeal as to Seville Williams returned to Clerk from Attorney Susan Kister. (KM, ilcd) (Entered: 08/10/2007) |
| 08/10/2007 | 226 | Letter from Seville Williams. (KM, ilcd) (Entered: 08/10/2007) |
| 08/10/2007 | 227 | Letter from Deputy Clerk to Seville Williams in response to his letter 226. (KM, ilcd) (Entered: 08/10/2007) |
| 09/13/2007 | 228 | Letter from defendant Brad Williams regarding receiving copy of trial transcripts. (Attachments: #(1) Exhibit) (KM, ilcd) (Entered: 09/13/2007) |
| 09/13/2007 | 229 | Letter from Brad Williams regarding status of his case, and information regarding Attorney Harvey Welch. (VB, ilcd) Modified on 9/14/2007 to change the filing date from 9/14/07 to 9/13/07 (VB, ilcd). (Entered: 09/14/2007) |
| 09/14/2007 | | Notice of Docket Text or Event Modification re 229 Letter from Brad Williams. The Clerk changed the filing date of the Letter from Brad Williams from 9/14/07 to 9/13/07. (VB, ilcd) (Entered: 09/14/2007) |
| 09/18/2007 | 230 | Letter from Deputy Clerk to Brad Williams in response to his letters (#228 and #229). (KM, ilcd) (Entered: 09/18/2007) |
| 11/05/2007 | 231 | Judgment Returned Executed as to Bobby L Riley at FCI Manchester, KY on 4/27/07. (KM, ilcd) (Entered: 11/05/2007) |
| 12/12/2007 | 232 | TRANSCRIPT of Final Pretrial Conference Proceedings as to Rory Tucker, Brad O Williams, Clinton Williams, Bobby L Riley, Seville Williams, Marion Jefferson, III held on 10/19/2006 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) Modified on 12/12/2007 to correct typographical error. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 233 | TRANSCRIPT of Jury Trial Proceedings (Day 1 of 10) as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams held on 10/30/2006 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | | Notice of Docket Text or Event Modification re 232 Transcript - Docket text modified to correct typographical error in date proceedings held. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 234 | TRANSCRIPT of Jury Trial Proceedings (Day 2 of 10) as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams held on 10/31/2006 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 235 | TRANSCRIPT of Jury Trial Proceedings (Day 3 of 10) as to Rory Tucker, |

| | | |
|---|---|---|
| | | Brad O Williams, Clinton Williams, Seville Williams held on 11/1/2006 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 236 | TRANSCRIPT of Jury Trial Proceedings (Day 4 of 10) as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams held on 11/2/2006 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 237 | TRANSCRIPT of Jury Trial Proceedings (Day 5 of 10) as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams held on 11/3/2007 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 238 | TRANSCRIPT of Jury Trial Proceedings (Day 6 of 10) as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams held on 11/6/2006 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 239 | TRANSCRIPT of Jury Trial Proceedings (Day 7 of 10) as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams held on 11/7/2006 before Chief Judge Michael P. McCuskey. Court Reporter: TJ. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 240 | TRANSCRIPT of Jury Trial Proceedings (Day 8 of 10) as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams held on 11/8/2006 before Chief Judge Michael P. McCuskey. Court Reporter: TJ. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 241 | TRANSCRIPT of Jury Trial Proceedings (Days 9 and 10 of 10) as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams held on 11/9/2007 and 11/10/2007 before Chief Judge Michael P. McCuskey. Court Reporter: TJ. (SP, ilcd) (Entered: 12/12/2007) |
| 12/12/2007 | 242 | TRANSCRIPT of Sentencing Proceedings as to Clinton Williams held on 3/12/2007 before Chief Judge Michael P. McCuskey. Court Reporter: LC. (SP, ilcd) (Entered: 12/12/2007) |
| 12/28/2007 | 243 | TRANSCRIPT of Sentencing Proceedings as to Seville Williams held on 3/12/07 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 12/28/2007) |
| 12/28/2007 | 244 | TRANSCRIPT of Sentencing Proceedings as to Brad O Williams held on 3/12/07 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 12/28/2007) |
| 12/28/2007 | 245 | TRANSCRIPT of Sentencing Proceedings as to Rory Tucker held on 3/12/07 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 12/28/2007) |
| 01/31/2008 | 246 | ORDER of USCA as to Seville Williams re defendant's counsel's motion for leave to withdraw under Circuit Rule 51(b) with Request from USCA for Long Record. (KM, ilcd) (Entered: 01/31/2008) |

| | | |
|---|---|---|
| 02/04/2008 | [247](#) | Letter of Transmittal to USCA re [198](#) Notice of Appeal - Final Judgment. (Attachments: # [1](#) Original Docket Sheet, # [2](#) Supplemental Docket Sheet) (VB, ilcd) (Entered: 02/04/2008) |
| 02/11/2008 | [248](#) | Receipt from USCA for record on appeal as to Seville Williams. (KM, ilcd) (Entered: 02/11/2008) |
| 02/26/2008 | [249](#) | NOTICE OF ATTORNEY APPEARANCE Richard N Cox appearing for USA. (Cox, Richard) (Entered: 02/26/2008) |
| 02/28/2008 | [250](#) | PRO SE MOTION for Extension of Time to File 2255 by Marion Jefferson, III. (KM, ilcd) (Entered: 02/28/2008) |
| 02/28/2008 | [251](#) | MOTION to Withdraw Document by USA as to Rory Tucker, Brad O Williams, Clinton Williams, Seville Williams. (Cox, Richard) (Entered: 02/28/2008) |
| 02/28/2008 | [252](#) | ORDER entered by Chief Judge Michael P. McCuskey on 2/28/2008. Defendant Marion Jefferson's Motion for Extension of Time to File Motion Pursuant to Section 2255 [250](#) is DENIED. See written order. (SP, ilcd) Modified on 6/23/2008 to add defendant's name (KM, ilcd). (Entered: 02/28/2008) |
| 02/29/2008 | | TEXT ORDER granting [251](#) Government's Motion to Withdraw Record. Entered by Chief Judge Michael P. McCuskey on 2/29/08. (BB, ilcd) (Entered: 02/29/2008) |
| 03/04/2008 | [253](#) | Receipt from US Attorney's Office for sentencing transcripts (#242, #244, #245) as to Rory Tucker, Brad O Williams, Clinton Williams. No other documents requested from US Attorney's Office at this time. (KM, ilcd) (Entered: 03/04/2008) |
| 03/13/2008 | [254](#) | ORDER of USCA (certified copy) as to Seville Williams returning 13 volumes of transcripts for Government's use. Upon completion of Government's brief, the Clerk of Court shall return transcripts back to USCA.(KM, ilcd) (Entered: 03/13/2008) |
| 03/13/2008 | [255](#) | Receipt from AUSA Richard Cox for 13 transcripts as to Rory Tucker, Brad O Williams, Clinton Williams, and Seville Williams. (KM, ilcd). Modified on 3/13/2008 to correct Clerk of Court (KM, ilcd). (Entered: 03/13/2008) |
| 05/05/2008 | | Remark: AUSA Richard Cox returned to Clerk's Office the 3 transcripts withdrawn on 3/4/08 and the 13 transcripts withdrawn on 3/13/08. (KM, ilcd) (Entered: 05/05/2008) |
| 05/06/2008 | [256](#) | Letter to USCA returning 13 transcripts as to Seville Williams. (KM, ilcd) (Entered: 05/06/2008) |
| 05/14/2008 | [257](#) | Receipt from USCA for transcripts [256](#) as to Seville Williams. (KM, ilcd) (Entered: 05/14/2008) |
| 05/28/2008 | [258](#) | Letter from Brad Williams re receiving transcripts from attorney Harvey Welch. (KM, ilcd) (Entered: 05/28/2008) |

| 06/02/2008 | 259 | PRO SE MOTION REQUESTING COURT TO DIRECT COUNSEL OF RECORD TO PROVIDE TRANSCRIPTS OF THE CASE SUB JUDICE by Brad O Williams. (SKD, ilcd) (Entered: 06/02/2008) |
| 06/04/2008 | | TEXT ORDER denying 259 Motion for Transcripts. It appears Defendant seeks transcripts to file a pro se brief in the appellate court. Defendant is represented by counsel on appeal and there is no indication in the record that Defendant would be allowed to file a pro se brief. Accordingly, Defendant has failed to set forth an adequate basis to receive the transcripts. Entered by Chief Judge Michael P. McCuskey on 6/4/08. (BB, ilcd) (Entered: 06/04/2008) |

\* Transcripts marked with (\*) were sent to USCA 2/4/2008 with long record as to Seville Williams (07-1574).