**E-FILED**
Thursday, 17 July, 2008  02:38:24 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

**FILED**

JUL 1 7 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

July 10, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. Brad Williams, Clinton Williams, Rory Tucker
D. C. Docket No. 06-20032
U. S. C. A. Docket No. 07-1573, 07-1575, 07-1576

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

3 Volumes of Pleadings

3* Volumes of Transcript
(*13 Volumes of Transcript submitted with record as to co-defendant Seville Williams - USCA Case 07-1574)

* Volumes of Exhibits:  Trial Exhibits are bulky, #135 Exhibit List is included in the record

Other (specify): In Camera Documents - 5 Volumes

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY: _s/S. Porter_____
Deputy Clerk

U.S.C.A. — 7th Circuit
**FILED**

JUL 1 1 2008  GW

GINO J. AGNELLO
CLERK